```
 1 │ Marc E. Angelucci, Esq. (SBN 211291)
   │ LAW OFFICE OF MARC E. ANGLEUCCI
 2 │ 11734 Wilshire Blvd., Ste. C903
   │ Los Angeles, CA 90025
 3 │ Telephone: (626) 319-3081
   │ Facsimile: (626) 236-4127
 4 │ Email: marc.angelucci@yahoo.com
 5 │ Attorney for Plaintiffs,
   │ National Coalition For Men, and James Lesmeister
 6
 7
 8
 9
10 │         IN THE UNITED STATES DISTRICT COURT
11 │         FOR THE CENTRAL DISTRICT OF CALIFORNIA
12 │ NATIONAL COALITION FOR MEN and     │ Case No. CV13-02391 DSF (MANx)
13 │ JAMES LESMEISTER, Individually
   │ and on behalf of others similarly
14 │ situated,                          │ PROOF OF SERVICE
15
16 │ PLAINTIFFS,
   │     v.
17 │
   │ SELECTIVE SERVICE SYSTEM;         │ Judge: Dale S. Fischer
18 │ LAWRENCE G. ROMO, as Director of  │ Magistrate: Margaret A. Nagle
   │ SELECTIVE SERVICE SYSTEM; and     │ Action Filed: April 4, 2013
19 │ DOES 1 through 50, Inclusive,
20
21 │ DEFENDANTS.
22
...
28
```

1

**PROOF OF SERVICE**

PROOF OF SERVICE

I am over the age of 18 and not a party to this case. I am a resident of or employed in the county where the mailing occurred. My business address is 11734 Wilshire Blvd., Ste. C903, Los Angeles, CA 9025, and my phone number is 626-319-3081. On the date indicated below, I served a true copy of the following documents:

- Complaint and Summons
- Notice of Assignment to U.S. Magistrate Judge

by way of:

___ Regular mail: I enclosed said documents in a sealed envelope addressed to each address below and deposited the envelope in the United States mail with first class postage fully prepaid in Los Angeles, California.

___ Overnight mail: I sent the documents by Federal Express overnight mail to:

✓ Certified mail: I send the documents certified mail to;

U.S. Attorney's Office
Central District of California
312 N. Spring St., Ste. 1200
Los Angeles, CA 90012

U.S. Attorney General
950 Pennsylvania Ave., NW
Washington, D.C. 20530-0001

Lawrence G. Romo, Director
Selective Service System
1515 Wilson Blvd., Ste. 600
Arlington, VA 22209

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and corrected. Executed at Los Angeles, California.

Date: 4/17/13

Marc A. Angelucci