1  STUART F. DELERY
2  Acting Assistant Attorney General
   ANTHONY J. COPPOLINO
3  Deputy Branch Director
4  BRYAN R. DIEDERICH (MA Bar. No. 647632)
   United States Department of Justice
5  Civil Division
6  20 Massachusetts Ave, NW
   Washington, D.C.  20004
7  Tel: (202) 305-0198; Fax: (202) 616-8470
8  Bryan.Diederich@usdoj.gov
   *Counsel for the Defendants*

9
10              UNITED STATES DISTRICT COURT
            FOR THE CENTRAL DISTRICT OF CALIFORNIA
11

12 | NATIONAL COALITION FOR MEN | ) |
   | and JAMES LESMEISTER, | ) |
13 | Individually and on behalf of others | ) |
14 | similarly situated, | ) Case No.: CV13-02391-DSF(MANx) |
   | | ) |
15 | PLAINTIFFS, | ) Hearing Date: July 29, 2013 |
16 | vs. | ) |
   | | ) NOTICE OF MOTION AND MOTION |
17 | SELECTIVE SERVICE SYSTEM; | ) TO DISMISS PURSUANT TO |
18 | LAWRENCE G. ROMO, as Director of | ) FEDERAL RULE OF CIVIL |
   | SELECTIVE SERVICE SYSTEM; and | ) PROCEDURE 12(B)(1), 12(B)(3), & |
19 | DOES 1 through 10, Inclusive, | ) 12(B)(6) |
20 | | ) |
   | DEFENDANTS. | ) |
21

22     PLEASE TAKE NOTICE that on July 29, 2013, at 1:30 p.m., Defendants
23 will move, and hereby do move, this Court to dismiss Plaintiffs' Complaint in the
24
25 above-captioned action for lack of jurisdiction pursuant to Federal Rule of Civil
26 Procedure 12(b)(1), improper venue pursuant to Federal Rule of Civil Procedure
27 12(b)(3), and for failure to state a claim upon which relief can be granted pursuant
28

**Notice of Mot. & Mot. to Dismiss,** *National Coalition for Men, et al. v. Selective Service System, et al.*, **CV13-02391-DSF(MANx)**

to Federal Rule of Civil Procedure 12(b)(6).  Defendants' motion to dismiss is based upon this notice, the accompanying Memorandum of Points and Authorities, and Defendants' Request for Judicial Notice and any other matter the Court may consider at oral argument or otherwise.  This motion is made following the conference of counsel pursuant to L.R. 7-3, which took place on June 10, 2013.

Dated:  June 17, 2013              Respectfully Submitted,

                                   STUART F. DELERY
                                   Acting Assistant Attorney General

                                   ANTHONY J. COPPOLINO
                                   Deputy Branch Director


                                   *Bryan R. Diederich*_____
                                   BRYAN R. DIEDERICH (MA Bar No. 647632)
                                   United States Department of Justice
                                   Civil Division
                                   20 Massachusetts Ave, NW
                                   Washington, D.C. 20004
                                   Tel: (202) 305-0198
                                   Fax: (202) 616-8202
                                   Bryan.Diederich@usdoj.gov
                                   *Counsel for the Defendants*