JS 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL COALITION FOR MEN and JAMES LESMEISTER, <br><br> Plaintiffs, <br><br> vs. <br><br> SELECTIVE SERVICE SYSTEM and LAWRENCE G. ROMO, <br><br> Defendants. | Case No.: CV 13–2391 DSF (MANx) <br><br> JUDGMENT |

The Court, the Honorable Dale S. Fischer, District Judge, Presiding, having ordered that the complaint be dismissed,

IT IS ORDERED AND ADJUDGED that Plaintiff take nothing, that the action be dismissed, and that Defendants recover their costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920.

Dated: 7/29/13

_____
Dale S. Fischer
United States District Judge