```
Court Name: U.S. District Court
Division: 2
Receipt Number: LA079642
Cashier ID: mtcash
Transaction Date: 09/26/2013
Payer Name: MARC E ANGELUCCI
-----------------------------------
NOTICE OF APPEAL/DOCKETING FEE
 For: MARC E ANGELUCCI
 Case/Party: D-CAC-2-13-CV-002391-001
 Amount:         $455.00
-----------------------------------
CREDIT CARD
 Amt Tendered:  $455.00
-----------------------------------
Total Due:       $455.00
Total Tendered:  $455.00
Change Amt:      $0.00


No refunds without original
receipt. Returned checks will be
assessed a fee of $53.00.
```