

**FILED**

**MAR 07 2014**

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| NATIONAL COALITION FOR MEN and JAMES LESMEISTER, Individually and on behalf of others similarly situated,<br><br>    Plaintiffs - Appellants,<br><br>  v.<br><br>SELECTIVE SERVICE SYSTEM and LAWRENCE G. ROMO, as Director of Selective Service System,<br><br>    Defendants - Appellees. | No. 13-56690<br><br>D.C. No. 2:13-cv-02391-DSF-MAN<br>Central District of California, Los Angeles<br><br>ORDER |



**RECEIVED**
CLERK, U.S. DISTRICT COURT
3/7/2014
CENTRAL DISTRICT OF CALIFORNIA
BY: _____DLM_____ DEPUTY

Appellants' motion for an extension of time to file the Transcript Designation Order Form and second request for an extension of time to file the opening brief is granted. Within 21 days after the date of this order, appellants shall file the transcript designation. The transcript is due April 28, 2014. The opening brief is due June 27, 2014. The answering brief is due July 28, 2014  The optional reply brief is due within 14 days after service of the answering brief.

Counsel is requested to seek a single extension of time adequate to permit preparation of the brief, rather than file multiple extension requests.  *See* Advisory Note to 9th Cir. R. 31-2.2.

Appellants shall serve a copy of this order on the court reporter at the district court.

Lking/3.3.14/Pro Mo

For the Court:

MOLLY C. DWYER
Clerk of the Court
Linda K. King, Deputy Clerk
Ninth Cir. R. 27-7/Advisory Note to Rule 27
   and Ninth Circuit Rule 27-10

Lking/3.3.14/Pro Mo