Marc E. Angelucci, Esq. (SBN 211291)
LAW OFFICE OF MARC E. ANGELUCCI
11734 Wilshire Blvd., Ste. C903
Los Angeles, CA 90025
Telephone: (626) 319-3081
Facsimile: (626) 236-4127
Email: marc.angelucci@yahoo.com

Attorney for Plaintiffs the National Coalition for Men and James Lesmeister

# IN THE UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL COALITION FOR MEN and JAMES LESMEISTER, Individually and on behalf of others similarly situated, <br><br> PLAINTIFFS, <br><br> v. <br><br> SELECTIVE SERVICE SYSTEM; LAWRENCE G. ROMO, as Director of SELECTIVE SERVICE SYSTEM; and DOES 1 through 50, Inclusive, <br><br> DEFENDANTS. | Case No. CV13-02391 DSF (MANx) <br><br> **APPELLANT'S DESIGNATION OF CLERK'S TRANSCRIPT ON APPEAL** <br><br> **Judge: Dale S. Fischer** <br> **Magistrate: Margaret A. Nagle** <br> **Action Filed: April 4, 2013** |

1

APPELLANT'S DESIGNATION OF RECORD

Appellants, National Coalition For Men and James Lesmeister (together, "Appellants"), hereby request that the following document be prepare for the Clerk's Transcript pursuant to the attached Order of the Ninth Circuit Court of Appeals dated March 7, 2014:

1. Complaint filed on April 4, 2013;

2. Defendants' Motion to Dismiss filed on June 19, 2014;

3. Defendants' Request for Judicial Notice filed on June 19, 2014;

4. Plaintiffs' Opposition to Defendants' Motion to Dismiss, filed on July 10, 2013;

5. Defendants' Reply in Support of Motion, filed on July 15, 2014;

6. Judgment, entered on July 29, 2013;

7. Notice of Appeal filed on September 26, 2013; and,

8. Docket list of filings.

Respectfully Submitted.

Law Office of Marc E. Angelucci

Date: 03/22/2014

By: _____
Marc E. Angelucci, Esq.
Attorney for Plaintiffs,
National Coalition For Men, and
James Lesmeister

2

APPELLANT'S DESIGNATION OF RECORD

## PROOF OF SERVICE

I am over the age of 18 and not a party to this case. I am a resident of or employed in the county where the mailing occurred. My business address is 11734 Wilshire Blvd., Ste. C903, Los Angeles, CA 9025, and my phone number is 626-319-3081. On the date indicated below, I served a true copy of the following documents:

- Appellants' Designation of Clerk's Transcript on Appeal

by way of:

___ Regular mail: I enclosed said documents in a sealed envelope addressed to each address below and deposited the envelope in the United States mail with first class postage fully prepaid in Los Angeles, California.

___ Overnight mail: I sent the documents by Federal Express overnight mail to:

___ Certified mail: I send the documents certified mail to;

U.S. Attorney's Office
Central District of California
312 N. Spring St., Ste. 1200
Los Angeles, CA 90012

U.S. Attorney General
950 Pennsylvania Ave., NW
Washington, D.C. 20530-0001

Lawrence G. Romo, Director
Selective Service System
1515 Wilson Blvd., Ste. 600
Arlington, VA 22209

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and corrected. Executed at Los Angeles, California.

Date: 03/22/2014

Marc E. Angelucci

**FILED**

UNITED STATES COURT OF APPEALS

MAR 07 2014

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| NATIONAL COALITION FOR MEN and JAMES LESMEISTER, Individually and on behalf of others similarly situated,<br><br>Plaintiffs - Appellants,<br><br>v.<br><br>SELECTIVE SERVICE SYSTEM and LAWRENCE G. ROMO, as Director of Selective Service System,<br><br>Defendants - Appellees. | No. 13-56690<br><br>D.C. No. 2:13-cv-02391-DSF-MAN<br>Central District of California, Los Angeles<br><br>ORDER |

Appellants' motion for an extension of time to file the Transcript Designation Order Form and second request for an extension of time to file the opening brief is granted. Within 21 days after the date of this order, appellants shall file the transcript designation. The transcript is due April 28, 2014. The opening brief is due June 27, 2014. The answering brief is due July 28, 2014  The optional reply brief is due within 14 days after service of the answering brief.

Counsel is requested to seek a single extension of time adequate to permit preparation of the brief, rather than file multiple extension requests. *See* Advisory Note to 9th Cir. R. 31-2.2.

Appellants shall serve a copy of this order on the court reporter at the district court.

Lking/3.3.14/Pro Mo

For the Court:

MOLLY C. DWYER
Clerk of the Court
Linda K. King, Deputy Clerk
Ninth Cir. R. 27-7/Advisory Note to Rule 27
    and Ninth Circuit Rule 27-10

Lking/3.3.14/Pro Mo