UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAR 15 2016

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| NATIONAL COALITION FOR MEN and JAMES LESMEISTER, Individually and on behalf of others similarly situated,<br><br>            Plaintiffs - Appellants,<br><br>  v.<br><br>SELECTIVE SERVICE SYSTEM and LAWRENCE G. ROMO, as Director of Selective Service System,<br><br>            Defendants - Appellees. | No. 13-56690<br><br>D.C. No. 2:13-cv-02391-DSF-MAN<br>U.S. District Court for Central California, Los Angeles<br><br>**MANDATE** |

  The judgment of this Court, entered February 19, 2016, takes effect this date.

  This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:
Molly C. Dwyer
Clerk of Court

Margoth Turcios
Deputy Clerk