UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAR 15 2016

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

NATIONAL COALITION FOR MEN and JAMES LESMEISTER, Individually and on behalf of others similarly situated,

    Plaintiffs - Appellants,

v.

SELECTIVE SERVICE SYSTEM and LAWRENCE G. ROMO, as Director of Selective Service System,

    Defendants - Appellees.

No. 13-56690

D.C. No. 2:13-cv-02391-DSF-MAN
U.S. District Court for Central California, Los Angeles

**ORDER**

The mandate issued on March 15, 2016 is recalled as issued in error. The case is a federal case but was not initially docketed as such and the mandate deadline was set according to civil case standards. Mandate deadline has been reset according to federal case standards.

FOR THE COURT:
Molly C. Dwyer
Clerk of Court

Margoth Turcios
Deputy Clerk