1  BENJAMIN C. MIZER, Principal Deputy Assistant Attorney General
2  EILEEN M. DECKER, United States Attorney
   ANTHONY J. COPPOLINO, Deputy Branch Director
3      tony.coppolino@usdoj.gov
   LYNN Y. LEE, Trial Attorney (SBN #235531)
4      lynn.lee@usdoj.gov
5  U.S. Department of Justice
   Civil Division, Federal Programs Branch
6  20 Massachusetts Avenue, N.W.
   Washington, D.C. 20530
7  Telephone: (202) 305-0531
   Fax: (202) 616-8470
8  *Attorneys for Defendants*
9
   MARC E. ANGELUCCI (SBN #211291)
10 LAW OFFICE OF MARC E. ANGELUCCI
   11734 Wilshire Blvd, Ste C903
11 Los Angeles, CA 90025
   Telephone: (626) 319-3081
12 Fax: (626) 236-4127
13 *Attorneys for Plaintiff*

14

15 **UNITED STATES DISTRICT COURT**
   **CENTRAL DISTRICT OF CALIFORNIA**
16

| | |
|---|---|
| 17  NATIONAL COALITION FOR MEN *et al.*, | Case No: 13-cv-2391 DSF (MANx) |
| 19           Plaintiffs, | |
| 20        v. | STIPULATION TO AMEND BRIEFING SCHEDULE FOR DEFENDANTS' MOTION TO DISMISS |
| 21 SELECTIVE SERVICE SYSTEM *et al.*, | |
| 23           Defendants. | |

25
26
27
28

To provide both parties adequate time to complete briefing on defendants' motion to dismiss, the parties hereby stipulate to and respectfully request the Court's approval of the items agreed upon below.

## STIPULATION

It is hereby stipulated and agreed between plaintiffs the National Coalition for Men and James Lesmeister and defendants the Selective Service System and Lawrence G. Romo in his official capacity as Director of the Selective Service System (collectively, "the Government"), by and through their counsel of record, as follows:

1. Plaintiffs filed their initial Complaint in this action on or about April 4, 2013 (ECF No. 1).

2. On July 29, 2013, the Court dismissed the action as unripe (ECF No. 20).

3. Plaintiffs appealed the Court's order. On February 19, 2016, the Ninth Circuit reversed and remanded for further proceedings. The mandate was issued on March 15, 2016 (ECF No. 28).

4. On May 19, 2016, the Court ordered defendants to file its response to plaintiffs' Complaint by June 13, 2016 (ECF No. 31). The parties stipulated to, and the Court approved, an extension of time for the Government to respond to plaintiffs' Complaint by August 5, 2016 (ECF Nos. 32, 33).

5. The Government timely filed a motion to dismiss plaintiffs' action on August 5, 2016 (ECF No. 34).

6. At plaintiffs' request, to provide plaintiffs more time to respond to the motion and to avoid scheduling conflicts for counsel for the Government in the month of September, the Government noticed the motion for hearing on October 24, 2016. It did so on the understanding that the parties would stipulate to a briefing schedule that would afford the Government more than one week to

prepare their reply to plaintiffs' opposition.

7. Accordingly, the parties have stipulated to the following briefing schedule for the opposition and reply:

- Plaintiffs will file their opposition to the Government's motion to dismiss by no later than **September 26, 2016**.
- The Government will file its reply by no later than **October 7, 2016.**

8. The above schedule will still leave more than two weeks between the filing of the reply and the noticed hearing date of October 26.

9. In addition, the parties agree that going forward, the Government will serve plaintiffs all pleadings and filings it makes in this case via e-mail, in addition to and separate from service by ECF.

IT IS SO STIPULATED.

Dated: August 5, 2016

BENJAMIN C. MIZER
Principal Deputy Assistant Attorney General

EILEEN M. DECKER
United States Attorney

ANTHONY J. COPPOLINO
Deputy Branch Director

/s/ Lynn Y. Lee
LYNN Y. Lee (CA Bar #235531)
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave N.W.
Washington, D.C. 20530
Telephone: (202) 305-0531
Fax: (202) 616-8470
E-mail: lynn.lee@usdoj.gov

*Attorneys for Defendants*

|   |   |
|---|---|
| 1 |  |
| 2 | LAW OFFICE OF MARC E. ANGELUCCI |
| 3 | /s/Marc E. Angelucci |
|   | (as authorized below) |
| 4 | Marc E. Angelucci (CA Bar #211291) |
| 5 | 410 N. Maryland Ave. |
|   | Glendale, CA 91206 |
| 6 | Telephone: (626) 319-3081 |
| 7 | Fax: (626) 236-4127 |
|   | E-mail: marc.angelucci@yahoo.com |
| 8 | *Attorneys for Plaintiff* |

DECLARATION PURSUANT TO CIV. L.R. 5-4.3.4

I, Lynn Y. Lee, declare that I have obtained the concurrence in the filing of this Stipulation from Marc Angelucci, counsel for plaintiff in this matter.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 5, 2016.

/s/ Lynn Y. Lee
LYNN Y. LEE (CA Bar No. 235531)
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue NW
Washington, D.C. 20530
Telephone: (202) 305-0531
Fax: (202) 616-8470
E-mail: lynn.lee@usdoj.gov

*Attorney for Defendants*