# IN THE UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF TEXAS

### HOUSTON DIVISION

| | |
|---|---|
| NATIONAL COALITION FOR MEN; ANTHONY DAVIS; AND JAMES LESMEISTER, Individually and on behalf of others similarly situated, <br><br> PLAINTIFFS, <br><br> v. <br><br> SELECTIVE SERVICE SYSTEM; LAWRENCE G. ROMO, as Director of SELECTIVE SERVICE SYSTEM; and DOES 1 through 50, Inclusive, <br><br> DEFENDANTS. | Civil Action No. 4:16−cv−03362 <br><br> Honorable Gray H. Miller <br><br> **DECLARATIONS OF MARC ANGELUCCI, HARRY CROUCH, ANTHONY DAVIS, AND JAMES LESMEISTER, AND NOTICE OF LODGMENT OF EXHIBITS, IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT; REQUEST FOR JUDICIAL NOTICE** <br><br> **Filed Concurrently with:** <br> - **Separate Statement; and,** <br> - **Motion for Summary Judgment.** |

Pursuant to Federal Rule of Civil Procedure 56, Plaintiffs National Coalition For Men ("NCFM"), Anthony Davis, and James Lesmeister (together, "Plaintiffs"), respectfully submit the following Declarations of Marc Angelucci, Harry Crouch on behalf of NCFM, James Lesmeister, and Anthony Davis, along with Exhibits 1 through 7, in support of their Motion for Summary Judgment. Plaintiffs also request judicial notice of exhibits:

## DECLARATION OF MARC E. ANGELUCCI

1. I, Marc Angelucci, am an attorney licensed and practicing in the State of California. I represent the Plaintiffs in this case. I have personal knowledge of the facts stated herein and would testify to them truthfully under oath if called upon to do so.

2. Attached as Exhibit 1 and incorporated herein is a true and correct copy of a January 12, 2013 Memorandum by Secretary of Defense Leon E. Panetta and Chairman of the Joint Chiefs of Staff Martin E. Dempsey titled: "Memorandum for Secretaries of the Military Departments Acting Under Secretary of Defense for Personnel and Readiness," which I obtained from Defendants when they included it as an exhibits in prior motions before the District Court in California.

3. Attached as Exhibit 2 and incorporated herein is a true and correct copy of various December 4, 2015 letters from the United States Department of Defense to Congress stating the Department of Defense "intends to assign women to previously closed positions and unit across all Services and U.S. Special Operations Command."

4. Attached as Exhibit 3 and incorporated herein is a true and correct copy of a printout from the Selective Service System's website titled "Women and the Draft," which I obtained on July 15, 2018 at www.sss.gov/Registration/Women-and-Draft/Backgrounder-Women-and-the-Draft.

5.   Attached as Exhibit 4 and incorporated herein is a true and correct copy of a report by the Department of Defense dated March 17, 2017 titled: "Report of the Purpose and Utility of a Registration System for Military Selective Service," which I obtained on or around July 2018 at the webpage https://twt-media.washtimes.com/media/misc/2017/10/25/SSS_Report_FINAL_10_July.pdf.

6.   Attached as Exhibit 5 and incorporated herein is a true and correct copy of the Selective Services' responses to Plaintiffs' First Set of Interrogatories (including both the questions and answers).

7.   Attached as Exhibit 5 and incorporated herein is a true and correct copy of the Selective Services' responses to Plaintiffs' First Set of Document Demands (including both the questions and answers).

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.  Executed on  August 18, 2018              , 2018 in  Crestline              , California.

_Marc Angelucci_
Marc Angelucci

lesbians, and other groups that California businesses discriminated against based on protected personal characteristics did not have to first assert their right to equal treatment to an offending business in order to have standing to sue for unlawful discrimination under California's Unruh Civil Rights Act.

6. NCFM has one or more members who are males ages 18-25, are harmed by or subject to the sex-discrimination of the Selective Service, are United States citizens, are not members of the military or students at military academies or otherwise exempt from the draft, and who meet all other qualifications for registration in the Selective Service System.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.  Executed on _____8/21/18_____,
2018 in San Diego, California.

Harry Crouch

## DECLARATION OF ANTHONY DAVIS

I, Anthony Davis, declare:

1. I am a male United States citizen, born on December 4, 1997, and am currently 20 years old.

2. I am a resident of San Diego, California.

3. I have registered for the military draft as is required of me as a male.

4. I am harmed by or subject to the sex-discriminatory registration requirements.

5. I am not a member of the military or a student at military academies or otherwise exempt from the draft.

6. I meet all qualifications for registration in the Selective Service System.

7. I am a paid member of NCFM and have been since _9/23/2016_.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.  Executed on _July 31,_ 2018 in San Diego, California.

Anthony Davis

## DECLARATION OF JAMES LESMEISTER

I, James Lesmeister, declare

1. I am a male United States citizen, born on January 12, 1995 and am currently 23 years old.

2. I am a resident of Pearland, Texas.

3. I have registered for the military draft as is required of me as a male.

4. I am harmed by or subject to the sex-discriminatory registration requirements.

5. I am not a member of the military or a student at military academies or otherwise exempt from the draft.

6. I meet all qualifications for registration in the Selective Service System.


I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on July 31, 2018 in Pearland, Texas.

_____
James Lesmeister

EXHIBIT 1





JAN 2 4 2013

MEMORANDUM FOR SECRETARIES OF THE MILITARY DEPARTMENTS
ACTING UNDER SECRETARY OF DEFENSE FOR PERSONNEL
AND READINESS
CHIEFS OF THE MILITARY SERVICES

SUBJECT: Elimination of the 1994 Direct Ground Combat Definition and Assignment Rule

We are fully committed to removing as many barriers as possible to joining, advancing, and succeeding in the U.S. Armed Forces. Success in our military based solely on ability, qualifications, and performance is consistent with our values and enhances military readiness. Today, women make up 15% of the U.S. military and are indispensable to the national security mission. In fact, thousands of women have served alongside men in Iraq and Afghanistan, and like men, have been exposed to hostile enemy action in those countries. However, many positions in our military remain closed to women because of the 1994 Direct Ground Combat Definition and Assignment Rule.

In February 2012, in collaboration with the Joint Chiefs of Staff, we modified the 1994 Rule, thereby opening up over 14,000 positions previously closed to women. Subsequently, the Joint Chiefs of Staff reviewed the 1994 Direct Ground Combat Definition and Assignment Rule and they now propose a way forward that will fully integrate women without compromising our readiness, morale, or war-fighting capacity. We agree with their approach and guiding principles, and the milestones they propose. A copy of the memorandum explaining the advice of the Joint Chiefs of Staff is attached.

Therefore, the 1994 Direct Ground Combat Definition and Assignment Rule excluding women from assignment to units and positions whose primary mission is to engage in direct combat on the ground is rescinded effective immediately. Currently closed units and positions will be opened by each relevant Service, consistent with the guiding principles set forth in the attached memorandum and after the development and implementation of validated, gender-neutral occupational standards and the required notifications to Congress. The Military Departments shall submit by May 15, 2013, to the Secretary of Defense through the Chairman of the Joint Chiefs of Staff and the Under Secretary of Defense for Personnel and Readiness, their detailed plans for the implementation of this directive. Their plans shall be consistent with the guiding principles, and goals and milestones contained in the attached memorandum.

Integration of women into newly opened positions and units will occur as expeditiously as possible, considering good order and judicious use of fiscal resources, but must be completed no later than January 1, 2016. Any recommendation to keep an occupational specialty or unit closed to women must be personally approved first by the Chairman of the Joint Chiefs of Staff, and then

Exhibit B

EXHIBIT 2



**U.S. Department of Justice**

Civil Division

950 Pennsylvania Ave. NW, Rm. 7234
Washington, DC 20530

MBS:SMcNeil

Tel.: (202) 616-8209

VIA CM/ECF

December 4, 2015

Molly Dwyer, Clerk of Court
United States Court of Appeals
  for the Ninth Circuit
P.O. Box 193939
San Francisco, CA 94119-3939

  Re: *National Coalition for Men v. Selective Service System*, No. 13-56690 (9th Cir.)

    Scheduled for oral argument on Tuesday, December 8, 2015, at 9:30am,
    before Circuit Judge Gould, Circuit Judge Berzon, and Senior District Judge
    Steeh III (E.D. Mich.)

Dear Ms. Dwyer:

  Pursuant to Fed. R. App. P. 28(j), I write to notify the panel that on December 3, 2015, as required by 10 U.S.C. § 652 and 10 U.S.C. § 6035, the Secretary of Defense notified Congress that the Department of Defense (DoD) intends to assign women to previously closed positions and units across all Services and U.S. Special Operations Command.

  The Secretary's notice does not alter the government's position in this case.  For the reasons set out in the government's brief, the judgment of the district court should be affirmed.

  The Secretary's notice is enclosed.

       Sincerely,

       /s/ Sonia K. McNeil 
       Sonia K. McNeil
       Attorney, Appellate Staff
       Civil Division

Encl.
cc: all counsel (by CM/ECF)

SECRETARY OF DEFENSE
1000 DEFENSE PENTAGON
WASHINGTON, DC 20301-1000

DEC - 3 2015

The Honorable Joseph R. Biden, Jr.
President of the Senate
United States Senate
Washington, DC  20510

Dear Mr. President:

   This letter provides notification as required by section 652 and section 6035 of title 10, U.S.C., that the Department of Defense (DoD) intends to assign women to previously closed positions and units across all Services and U.S. Special Operations Command.  The enclosure provides a detailed description of the intended changes and the required analysis of their impact on the constitutionality of the application of the Military Selective Service Act to males only.  Additionally, the position descriptions for the affected occupational specialties, Additional Skill Identifiers, Skill Qualification Identifiers, and Navy Enlisted Classification Codes are enclosed.  DoD will not implement changes to direct ground combat units and occupations listed in the enclosure until 30 calendar days after notification is received by Congress.

   Consistent with 10 U.S.C. 6035, no change in Department of the Navy policy limiting service on submarines to males shall take place until a period of 30 days of continuous session of Congress (excluding any day on which either House of Congress is not in session) expires following the date on which the notice is received by Congress.  Additionally, DoD will not expend funds to configure any existing submarines or to design any new submarine to accommodate female crew members until the Department submits written notice of the proposed reconfiguration or design and a period of 30 days of continuous session of Congress (excluding any day on which either House of Congress is not in session) expires following the date on which the notice is received by Congress.

   The DoD intends to open all formerly closed positions, occupations, Additional Skill Identifiers, Skill Qualification Identifiers, and Navy Enlisted Classification Codes to women in the Active and Reserve Components across all Services.  The DoD reviewed the occupational standards associated with these positions and determined they are gender-neutral.

   I appreciate your continued support of the extraordinary men and women serving our Nation.  I am sending identical letters to the Speaker of the House and the Chairmen of the congressional defense committees.

Sincerely,

Ash Carter

Enclosures:
As stated



**SECRETARY OF DEFENSE**
1000 DEFENSE PENTAGON
WASHINGTON, DC 20301-1000

DEC - 3 2015

The Honorable Paul D. Ryan
Speaker of the House
U.S. House of Representatives
Washington, DC 20515

Dear Mr. Speaker:

This letter provides notification as required by section 652 and section 6035 of title 10, U.S.C., that the Department of Defense (DoD) intends to assign women to previously closed positions and units across all Services and U.S. Special Operations Command. The enclosure provides a detailed description of the intended changes and the required analysis of their impact on the constitutionality of the application of the Military Selective Service Act to males only. Additionally, the position descriptions for the affected occupational specialties, Additional Skill Identifiers, Skill Qualification Identifiers, and Navy Enlisted Classification Codes are enclosed. DoD will not implement changes to direct ground combat units and occupations listed in the enclosure until 30 calendar days after notification is received by Congress.

Consistent with 10 U.S.C. 6035, no change in Department of the Navy policy limiting service on submarines to males shall take place until a period of 30 days of continuous session of Congress (excluding any day on which either House of Congress is not in session) expires following the date on which the notice is received by Congress. Additionally, DoD will not expend funds to configure any existing submarines or to design any new submarine to accommodate female crew members until the Department submits written notice of the proposed reconfiguration or design and a period of 30 days of continuous session of Congress (excluding any day on which either House of Congress is not in session) expires following the date on which the notice is received by Congress.

The DoD intends to open all formerly closed positions, occupations, Additional Skill Identifiers, Skill Qualification Identifiers, and Navy Enlisted Classification Codes to women in the Active and Reserve Components across all Services. The DoD reviewed the occupational standards associated with these positions and determined they are gender-neutral.

I appreciate your continued support of the extraordinary men and women serving our Nation. A similar letter is being sent to the President of the Senate and the Chairmen of the congressional defense committees.

Sincerely,

Ash Carter

Enclosures:
As stated

cc:
The Honorable Nancy Pelosi
Democratic Leader

SECRETARY OF DEFENSE
**SECRETARY OF DEFENSE**
1000 DEFENSE PENTAGON
WASHINGTON, DC 20301-1000

DEC - 3 2015

The Honorable John McCain
Chairman
Committee on Armed Services
United States Senate
Washington, DC 20510

Dear Mr. Chairman:

This letter provides notification as required by section 652 and section 6035 of title 10, U.S.C., that the Department of Defense (DoD) intends to assign women to previously closed positions and units across all Services and U.S. Special Operations Command. The enclosure provides a detailed description of the intended changes and the required analysis of their impact on the constitutionality of the application of the Military Selective Service Act to males only. Additionally, the position descriptions for the affected occupational specialties, Additional Skill Identifiers, Skill Qualification Identifiers, and Navy Enlisted Classification Codes are enclosed. DoD will not implement changes to direct ground combat units and occupations listed in the enclosure until 30 calendar days after notification is received by Congress.

Consistent with 10 U.S.C. 6035, no change in Department of the Navy policy limiting service on submarines to males shall take place until a period of 30 days of continuous session of Congress (excluding any day on which either House of Congress is not in session) expires following the date on which the notice is received by Congress. Additionally, DoD will not expend funds to configure any existing submarines or to design any new submarine to accommodate female crew members until the Department submits written notice of the proposed reconfiguration or design and a period of 30 days of continuous session of Congress (excluding any day on which either House of Congress is not in session) expires following the date on which the notice is received by Congress.

The DoD intends to open all formerly closed positions, occupations, Additional Skill Identifiers, Skill Qualification Identifiers, and Navy Enlisted Classification Codes to women in the Active and Reserve Components across all Services. The DoD reviewed the occupational standards associated with these positions and determined they are gender-neutral.

I appreciate your continued support of the extraordinary men and women serving our Nation. I am sending identical letters to the President of the Senate, the Speaker of the House, and the Chairmen of the other congressional defense committees.

Sincerely,

Ash Carter

Enclosures:
As stated

cc:
The Honorable Jack Reed
Ranking Member

**SECRETARY OF DEFENSE**
1000 DEFENSE PENTAGON
WASHINGTON, DC 20301-1000

DEC - 3 2015

The Honorable William M. "Mac" Thornberry
Chairman
Committee on Armed Services
U.S. House of Representatives
Washington, DC 20515

Dear Mr. Chairman:

This letter provides notification as required by section 652 and section 6035 of title 10, U.S.C., that the Department of Defense (DoD) intends to assign women to previously closed positions and units across all Services and U.S. Special Operations Command. The enclosure provides a detailed description of the intended changes and the required analysis of their impact on the constitutionality of the application of the Military Selective Service Act to males only. Additionally, the position descriptions for the affected occupational specialties, Additional Skill Identifiers, Skill Qualification Identifiers, and Navy Enlisted Classification Codes are enclosed. DoD will not implement changes to direct ground combat units and occupations listed in the enclosure until 30 calendar days after notification is received by Congress.

Consistent with 10 U.S.C. 6035, no change in Department of the Navy policy limiting service on submarines to males shall take place until a period of 30 days of continuous session of Congress (excluding any day on which either House of Congress is not in session) expires following the date on which the notice is received by Congress. Additionally, DoD will not expend funds to configure any existing submarines or to design any new submarine to accommodate female crew members until the Department submits written notice of the proposed reconfiguration or design and a period of 30 days of continuous session of Congress (excluding any day on which either House of Congress is not in session) expires following the date on which the notice is received by Congress.

The DoD intends to open all formerly closed positions, occupations, Additional Skill Identifiers, Skill Qualification Identifiers, and Navy Enlisted Classification Codes to women in the Active and Reserve Components across all Services. The DoD reviewed the occupational standards associated with these positions and determined they are gender-neutral.

I appreciate your continued support of the extraordinary men and women serving our Nation. I am sending identical letters to the President of the Senate, the Speaker of the House, and the Chairmen of the other congressional defense committees.

Sincerely,

Ash Carter

Enclosures:
As stated

cc:
The Honorable Adam Smith
Ranking Member

SECRETARY OF DEFENSE
1000 DEFENSE PENTAGON
WASHINGTON, DC 20301-1000

DEC – 3 2015

The Honorable Thad Cochran
Chairman
Committee on Appropriations
United States Senate
Washington, DC 20510

Dear Mr. Chairman:

This letter provides notification as required by section 652 and section 6035 of title 10, U.S.C., that the Department of Defense (DoD) intends to assign women to previously closed positions and units across all Services and U.S. Special Operations Command. The enclosure provides a detailed description of the intended changes and the required analysis of their impact on the constitutionality of the application of the Military Selective Service Act to males only. Additionally, the position descriptions for the affected occupational specialties, Additional Skill Identifiers, Skill Qualification Identifiers, and Navy Enlisted Classification Codes are enclosed. DoD will not implement changes to direct ground combat units and occupations listed in the enclosure until 30 calendar days after notification is received by Congress.

Consistent with 10 U.S.C. 6035, no change in Department of the Navy policy limiting service on submarines to males shall take place until a period of 30 days of continuous session of Congress (excluding any day on which either House of Congress is not in session) expires following the date on which the notice is received by Congress. Additionally, DoD will not expend funds to configure any existing submarines or to design any new submarine to accommodate female crew members until the Department submits written notice of the proposed reconfiguration or design and a period of 30 days of continuous session of Congress (excluding any day on which either House of Congress is not in session) expires following the date on which the notice is received by Congress.

The DoD intends to open all formerly closed positions, occupations, Additional Skill Identifiers, Skill Qualification Identifiers, and Navy Enlisted Classification Codes to women in the Active and Reserve Components across all Services. The DoD reviewed the occupational standards associated with these positions and determined they are gender-neutral.

I appreciate your continued support of the extraordinary men and women serving our Nation. I am sending identical letters to the President of the Senate, the Speaker of the House, and the Chairmen of the other congressional defense committees.

Sincerely,

Ash Carter

Enclosures:
As stated

cc:
The Honorable Barbara A. Mikulski
Vice Chairwoman

SECRETARY OF DEFENSE
1000 DEFENSE PENTAGON
WASHINGTON, DC 20301-1000

DEC - 3 2015

The Honorable Harold Rogers
Chairman
Committee on Appropriations
U.S. House of Representatives
Washington, DC 20515

Dear Mr. Chairman:

This letter provides notification as required by section 652 and section 6035 of title 10, U.S.C., that the Department of Defense (DoD) intends to assign women to previously closed positions and units across all Services and U.S. Special Operations Command. The enclosure provides a detailed description of the intended changes and the required analysis of their impact on the constitutionality of the application of the Military Selective Service Act to males only. Additionally, the position descriptions for the affected occupational specialties, Additional Skill Identifiers, Skill Qualification Identifiers, and Navy Enlisted Classification Codes are enclosed. DoD will not implement changes to direct ground combat units and occupations listed in the enclosure until 30 calendar days after notification is received by Congress.

Consistent with 10 U.S.C. 6035, no change in Department of the Navy policy limiting service on submarines to males shall take place until a period of 30 days of continuous session of Congress (excluding any day on which either House of Congress is not in session) expires following the date on which the notice is received by Congress. Additionally, DoD will not expend funds to configure any existing submarines or to design any new submarine to accommodate female crew members until the Department submits written notice of the proposed reconfiguration or design and a period of 30 days of continuous session of Congress (excluding any day on which either House of Congress is not in session) expires following the date on which the notice is received by Congress.

The DoD intends to open all formerly closed positions, occupations, Additional Skill Identifiers, Skill Qualification Identifiers, and Navy Enlisted Classification Codes to women in the Active and Reserve Components across all Services. The DoD reviewed the occupational standards associated with these positions and determined they are gender-neutral.

I appreciate your continued support of the extraordinary men and women serving our Nation. I am sending identical letters to the President of the Senate, the Speaker of the House, and the Chairmen of the other congressional defense committees.

Sincerely,

Ash Carter

Enclosures:
As stated

cc:
The Honorable Nita M. Lowey
Ranking Member

## Army

## Closed Officer Military Occupational Specialties

## AOC 11A Infantry

The Infantry Officer is responsible for the training and tactical employment of Infantry units, Infantry soldiers, and combined arms units. Evaluates intelligence, estimates situations, and formulates decisions. Coordinates employment of unit with other units. Commands attached elements. Directs communications, location and construction of Infantry positions and ground obstacles, and camouflaging of positions and equipment. Directs operation and employment of Infantry weapons and equipment such as rifles, machine guns, mortars, hand grenades, rocket launchers, recoilless rifles, armored personnel carriers and Bradley Infantry Fighting Vehicle. Directs training, administration, supply, maintenance, transportation and security activities of Infantry units.

## AOC 18A Special Forces

Special Forces officers lead, plan, coordinate, direct and participate in Special Forces units performing the core tasks of Unconventional Warfare, Foreign Internal Defense, Direct Action, Special Reconnaissance, Counter-Terrorism, Counter-Proliferation, and Support to Information Operations in all operational environments. The successful SFOD-A must be adept at accomplishing a wide range of requirements including training management, logistical planning, resource management, training plan development for foreign forces, and negotiating and working with foreign and U.S. government agencies and country teams.

## AOC 19A Armor Generalist, 19B Armor Officer, and 19C Cavalry Officer

The Armor Officer encompasses leadership and staff positions concerned with the training and tactical employment of tank or reconnaissance units, both mounted and dismounted. Evaluates intelligence, estimates situations, formulates courses of action and makes decisions. Directs operations and employment of tanks, armored vehicles, support infantry, and related equipment. Directs training, administration, supply maintenance, transportation, and security activities of the unit.

## Army

## Closed Warrant Officer Military Occupational Specialties

## WOMOS 180A Special Forces Warrant Officer

Special Forces Warrant Officers are previous 18A, 18B, 18C, 18D, 18E, 18F or 18Z qualified Soldiers who are trained to lead, plan, coordinate, direct and participate in Special Forces units. The Special Forces (SF) warrant officer is an adaptive technical expert, combat leader, trainer, and advisor. They are experienced subject matter experts in unconventional warfare (UW), as well as operations and intelligence fusion, joint, interagency, intergovernmental and multi-national (JIIM) operations, training management, and mission planning and execution at all levels across the operational continuum.

# Army

## Closed Enlisted Military Occupational Specialties

### MOS 11B Infantryman

The Infantryman supervises, leads, or serves as a member of an infantry activity that employs individual small arms weapons or heavy anti-armor crew served weapons in support of offensive and defensive combat operations. Operates both mounted and dismounted to close with and destroy the enemy.  Assists in the performance of reconnaissance operations. Constructs and camouflages individual/crew served weapons/vehicle firing/fighting positions.  Assists in the breaching or construction of fortification and barriers, including minefields and obstacles.

### MOS 11C Indirect Fire Infantryman

The indirect fire infantryman serves as a supervisor or as a member of a mortar squad, section, or platoon. Employs crew and individual weapons in offensive, defensive and retrograde ground combat tactical operations. Employs, fires and recovers anti-personnel and anti-tank mines. Performs self-extraction from a mine field. Locates and neutralizes mines. Navigates from one point on the ground to another. Operates and maintains communications equipment and operates in a radio net. Operates in a NBC contaminated area. Emplaces and recovers early warning devises. Constructs and camouflages individual/crew served weapons firing position.

### MOS 11Z Infantry Senior Sergeant

The Infantry Senior Sergeant supervises, leads, or serves as a member of an infantry activity that employs individual small arms weapons or heavy anti-armor crew served weapons, either vehicle or dismounted in support of offensive and defensive combat operations. Serves as the principal NCO in an infantry dismounted reconnaissance, mechanized, or weapons company, operations or intelligence sections of an infantry or combined arms battalion or infantry brigades and higher level organizations. Provides tactical and technical guidance and professional support to subordinates and makes recommendations to superiors in the accomplishment of their duties.

### MOS 13F Fire Support Specialist

The fire support specialist leads, supervises, or serves as in intelligence activities including target processing in FA cannon battalions, division artillery, artillery and maneuver brigade and Corps headquarters and fire support elements.

## MOS 18B Special Forces Weapons Sergeant

Special Forces Weapons Sergeant employs U.S. and foreign small arms, light and heavy crew served weapons, anti-aircraft, and anti-armor weapons. Controls emplacement and supervises employment of weapons during tactical offensive and defensive combat operations; reads, interprets, and prepares combat orders; coordinates organic and supporting fire power, performs standard and non-standard air delivery, airborne operations, and air-ground operations; ensures collection and proper reporting of intelligence data to unit and staff sections.

## MOS 18C Special Forces Engineer Sergeant

The Special Forces engineer sergeant employs offensive/defensive combat engineer capabilities. Performs and instructs in demolitions, explosives, improvised munitions, U.S. and foreign landmines, mine/countermine operations, construction, field fortification, bridging, rigging, electrical wiring, reconnaissance, target analysis and civil action projects. Instructs and performs land and water navigation duties by interpreting maps, overlays, photos, charts and using standard and nonstandard navigational techniques and equipment. The engineer sergeant is proficient in sabotage operations with standard, nonstandard, and improvised munitions and explosives. Plans, prepares and conducts the target analysis portion of the area study; collects and disseminates engineer intelligence data; prepares and reviews target folders; prepares and reviews target analysis folders.

## MOS 18D Special Forces Medical Sergeant

Special Forces medical sergeant ensures detachment medical readiness. The medical sergeant establishes and supervises temporary, fixed and unconventional warfare medical/dental facilities to support conventional or unconventional operations with emergency, routine, and long term medical care. Operates combat laboratory and treats emergency and trauma patients in accordance with established surgical principles; diagnoses and treats various medical/veterinary dermatological, pediatric, infectious and obstetric conditions using appropriate medications, intravenous fluid support and physical measures; manages and supervise all aspects of deployed preventive medicine

## MOS 18E Special Forces Communications Sergeant

Special Forces communications sergeant provides conventional and unconventional tactical communications support during unilateral, combined, coalition, joint, interagency and multinational operations. Employs ODA communications equipment to include HF, VHF, and UHF/SHF radio communications systems to transmit and receive radio

messages in voice, continuous wave, and burst radio nets. Trains, advises, and supervises the installation and operation of radios, communications procedures, facsimile, wire communications and computer networks; plans, manages, and advises the commander on C41 architecture.

### MOS 18F Special Forces Assistant Operations and Intelligence Sergeant

Special Forces intelligence sergeants are previous 18B, 18C, 18D, and 18E qualified Soldiers specifically trained to prepare intelligence estimate (analysis) during mission planning and preparation (isolation). The intelligence sergeant employs conventional and unconventional techniques in intelligence collection and processing during unilateral, combined, coalition, joint, interagency, and multi-national operations. Plans, organizes, trains, advises, assists, and supervises indigenous and allied personnel on collection and processing of intelligence information. The intelligence sergeant establishes intelligence nets, capable of establishing personnel identification through fingerprinting and other means and processes prisoners of war. Establishes security plan and performs security duties; maintains all classified documents in the operational area and establishes destruct ion and evacuation plans; provides area specialist assistance to U.S. forces and outside agencies.

### MOS 18Z Special Forces Senior Sergeant

Special Forces Sergeants are automatically conferred MOS 18Z upon promotion to Master Sergeant (E-8). The Special Forces Senior Sergeant supervises, leads and serves as a member of an Operational Detachment of a Special Forces unit. The senior sergeant supervises all administrative, operational, and training requirements of a SFOD-A. Leads all aspects of mission preparation (isolation) and execution, and advises the commander and staff on all matters pertaining to enlisted personnel. Enforces the implementation of established policies and standards as they pertain to enlisted personnel within the command, provides counsel and guidance to the NCOs and other enlisted Soldiers of the command. The senior sergeant manages the daily activities and operations of the unit.

### MOS 19D Cavalry Scout

The cavalry scout leads, serves, or assists as a member of scout team, squad, section, or platoon. The scout platoon's role is dedicated to supporting the cavalry organizations in the development of situational awareness and situational understanding and in tracking the enemy throughout the Area of Operation.

## **MOS 19K Armor Crewman**

The Armored Crewman employs techniques directly related to direct fire gunnery in support of a combined arms mission. An armor crewman leads, supervises, or serves as a member of a Combined Arms Unit in offensive and defensive combat operations.

## **MOS 19Z Armor Senior Sergeant**

The armor senior sergeant serves as principal Non-Commissioned Officer in an armor company, cavalry troop, or operations and intelligence staff sections or liaison teams in armor battalion, cavalry squadron, or higher level organizations. Plans, coordinates, and supervises activities pertaining to organization, training, combat operations, and combat intelligence. Supervise operations center at battalion and higher level units. Collects, interprets, analyzes, evaluates, and disseminates intelligence information and data. Edits and prepares tactical operations plans and orders. Coordinate implementation of operations, training programs, and communications activities.

# Army

## Open Officer Military Occupational Specialties

### AOC 01A Officer Generalist

The Officer Generalist commands or performs staff duties where no unique education, training or experience through any specific branch or Functional Area affiliation is required as a prerequisite for successful performance at the required grade.

### AOC 12A Engineer, General

The Engineer Officer is responsible for training and leading troops in combat, topographic, and construction engineering operations; facilities maintenance; civil works programs; and leading Engineer troops in infantry combat operations. Missions encompass military and civil engineering and the related planning, organization, training, operation, and development.

### AOC 13A Field Artillery, General

Field Artillery officers are multi-functional professionals who are the Army's experts in the coordination, synchronization and integration of Joint fires and Army fires, and they're leaders of Soldiers committed to providing precision, near precision and area fire effects. To ensure synchronized, integrated and effective fires that enable the maneuver commander to seize, retain, and exploit the initiative, Field Artillery officers are proficient in the Army's two core competencies – Combined Arms Maneuver (CAM) and Wide Area Security (WAS).

### AOC 15B Aviation Combined Arms Operations

The Aviation Combined Arms Operations Officer directs and coordinates the employment of Army aviation units in support of land combat operations. Provides the Army expertise at all levels of command to develop doctrine and plans essential to the successful employment of Army aviation systems. Directs training, safety, administration, communications, supply maintenance, transportation, and security activities of aviation units. Commands or serves in leadership positions in aviation maintenance/logistics units. Plans, coordinates, and directs employment of aviation maintenance/logistics assets. Serves in staff positions, at various levels, requiring aviation maintenance/logistics knowledge and experience.

### AOC 25A Signal, General

The Signal Corps Officer provides, operates, secures and defends the Army's portion of the cyberspace domain consisting of telecommunications and computer networks,

information services (to include visual information), and the electromagnetic spectrum at all levels, from sustaining military bases to global strategic communication facilities to forward-deployed fighting forces in support of unified land operations.

## AOC 27A Judge Advocate General

The Judge Advocate furnishes legal advice and services to the Active Army and the U.S. Army Reserves in civil and criminal legal practice, including the fields of business, property, administration, and financial operations under the jurisdiction of Department of the Army. Provides defense counsel services for Army personnel whenever required by law or regulation and authorized by The Judge Advocate General (TJAG) or TJAG's designee. These services include representation at trials by courts-martial, administrative boards, and other criminal and adverse administrative actions. Performs other defense-related duties as prescribed by Chief, U.S. Army Trial Defense Service.

## AOC 29A Electronic Warfare Officer

The Electronic Warfare Officer (EWO),FA29s, analyze, plan, organize, implement, monitor, integrate and assess CEMA operations, threat environment, and technical requirements. The EWO focuses the efforts of EW systems, both air and ground, against adversary personnel, facilities, or equipment with the intent of denying, degrading, neutralizing, defeating or destroying enemy capabilities, while protecting the use of all friendly CEMA operations through active coordination, integration and de-confliction. The EWO will integrate CEMA into the targeting and planning process as well as assist in the development of the enemy EW order of battle, CEMA target information and products, intelligence, and target selection standards.

## AOC 30A Information Operations Officer

The Information Operations (IO) Officer is the special staff officer responsible for synchronizing, coordinating and deconflicting information-related capabilities employed in support of unit operations. The Information Operations Officer is authorized at theater army through brigade. Coordinated by the G-3, the Information Operations Officer leads the information operations element located in the movement and maneuver cell at echelons above brigade.

## AOC 35D All Source Intelligence

The Military Intelligence Officer supervises and coordinates the planning, collection, evaluation, fusion, analysis, production and dissemination of all source intelligence at all echelons. Performs multidiscipline collection management, coordination of surveillance and reconnaissance activities and provide advice on the use of intelligence resources at all echelons. Supervises and performs intelligence preparation of the battlefield and use

automated intelligence data processing systems. Advises the commander and subordinate units on the enemy, weather and terrain.

### AOC 35E Counter Intelligence

Major Duties. Duties include directing supervising and coordinating the planning, collection, evaluation, fusion, analysis, production and dissemination of all source intelligence at all echelons. They perform multidiscipline collection management, coordination of surveillance and reconnaissance activities and provide advice on the use of intelligence resources at all echelons. They supervise and perform intelligence preparation of the battlefield and use automated intelligence data processing systems. They advise the commander and subordinate units on the enemy, weather and terrain.

### AOC 35G Military Intelligence Officer

The Geospatial Intelligence Imagery Analyst conducts geospatial intelligence analysis. Geospatial intelligence analysis involves identifying, analyzing and reporting targets observed on imagery from satellite and airborne systems. Besides analyzing standard optical imagery, the analyst will also learn the theory and application involved in analyzing radar, infrared, and spectral imagery and geospatial data. Intelligence derived by the geospatial intelligence imagery analyst is critical for mission success at the national, theater and tactical levels. Utilizes global satellite communication networks to support geospatial intelligence.

### AOC 38A Civil Affairs

Civil Affairs (CA) is an Army Special Operations Forces non-accession branch that is aligned with the maneuver, fires, and effects functional category. CA Officers lead Soldiers and units organized, trained, and equipped to command and conduct Civil Affairs operations, and support of civil-military operations. The mission of the CA officer is to engage and influence the civil populace by planning, executing, and transitioning CA operations in Army, joint, interagency, and multinational operations to support commanders in engaging the civil component of their operational environment in order to enhance civil-military operations or other stated U.S. objectives before, during, or after other military operations.

### AOC 42B Human Resources Officer

The Adjutant General's Corps Officer plans, develops, interprets, coordinates, integrates and implements the Department of Defense and Army's Human Resources programs and policies for the military, civilians, retirees, their families and contractor work force at all echelons.

## AOC 42H Senior Human Resources Officer

The Senior Human Resources Officer leads, commands, manages and/or directs the Human Resource (HR) military life cycle functions that support HR policy formulation, interpretation, coordination, integration and implementation at all echelons. They serve in positions requiring HR experience at HR company, brigade/BCT, divisions, Corps, theater, Headquarters, Department of the Army, Joint and DoD levels.

## AOC 51A Systems Development

The Systems Development Officer serves as project officer in organizations involved in the requirements formulation, development and acquisition of new material systems or major modifications to existing systems. Ensures proper interface between the system design and support program, and monitors system development to ensure the system design and support characteristics satisfy the operational requirements at the lowest life cycle cost.

## AOC 51R Systems Automation Acquisition and Engineering

The Systems Automation Acquisition and Engineering Officer manages and participates in all aspects of systems acquisition: conception, research, development, and acquisition of system automation material for the Army, from requirements formulation through disposal. Maintains awareness of advances in emerging computer systems technologies and evaluates and assesses competing technological approaches which may affect present or projected Army system requirements. Conducts analysis, research, design, and development for future systems. Develops objectives, plans, and procedures for testing and evaluating efficiency of computer systems processes.

## AOC 51T Test and Evaluation

The Test and Evaluation Officer plans, designs and documents experiments, test and evaluations to provide data to address specific issues under conditions ranging from highly controlled scientific experiments conducted in the laboratory to free play exercises in an operational environment. Coordinates and schedules all resources for the test and evaluation to include budgets, instrumentation, data collection, test personnel, equipment, communications and logistical support. Conducts and controls test, evaluates test data, integrates test results of the evaluation and provides recommendations in terms of both the suitability and effectiveness of articles under test against established requirements.

## AOC 51Z Acquisition

The Acquisition Officer has broad acquisition knowledge and experience. Serves in positions which deal with general acquisition and do not fulfill experience requirements

for a specific acquisition career field. Must have a thorough knowledge of the concepts based requirements system, the life cycle systems management model, the planning, programming, budgeting and execution system and their use in program management and contract management.

## AOC 53A Information Systems Management

AOC 53A provides the Army with a corps of highly skilled computer and information systems management professionals, who plan, coordinate, direct, manage and lead Soldiers and organizations that provide information services and network security at every level of operation. They plan and manage the integration of diverse forms of enterprise services such as directory services, database management, configuration management, email, Web-based applications, and portals into seamless information environments that enable knowledge management and decision superiority for commanders and leaders. Information systems management officers operate enterprise-wide together with Signal Operations (BR 25) and Telecommunication Systems Engineering (FA 24) officers, Signal warrant officers and Signal Soldiers to provide the communications networks and information services necessary for full spectrum operations in an Army JIIM environment

## AOC 56A Command and Unit Chaplain

The Command and Unit Chaplain acts as staff officer for all matters in which religion impacts on command programs, personnel, policies and procedures. Coordinates/directs a complete program of religious ministries, including workshops, pastoral counseling, religious education, and other activities for active and retired military personnel and their family members. Duties are those which normally pertain to the duties of a clergy person as they may be prescribed by law and modified by the organizational mission and environment. Provides leadership for moral, ethical and human self-development programs.

## AOC 57A Simulations Operations Officer

The Simulations Operations Officer serves in a wide range of activities to include management and the application of simulations within the training exercises and military operations. Serves as an expert in leveraging Army Battle Command Systems to assist commanders in accomplishing military operations and training requirements. Conducts research, development, and acquisition activities. Serves in positions requiring high level expertise to assist in the acquisition and development of Models and Simulations. Performs duties as combat or materiel developer; responsible for providing policy, resources, and management.

## AOC 59A Strategist

The Strategist Officer specializes in the development and implementation of national level strategic plans and policies, theater strategy and planning, and the development of concepts and doctrine for employing military forces at the operational and strategic levels of warfare.

## AOC 61N Flight Surgeon

The Flight Surgeon provides aviation and general medical services for Army aviation personnel. The role of Army Aviation Medicine is to support Army aviation's mission. Flight surgeon requirements are determined by the number of aviation personnel supported, with the ratio of 250 aviation personnel per one flight surgeon generally not to be exceeded. Flight surgeons assigned to aviation medicine duties will participate in frequent flights in Army aircraft. Flying in Army unit aircraft is an essential part of a successful aviation medicine program.

## AOC 65B Physical Therapist

Serves as an independent practitioner and physician extender, evaluating, managing, and providing treatment to patients with neuromusculoskeletal disorders.

## AOC 65D Physician Assistant

The Physician Assistant plans, organizes, performs, and supervises troop medical care at Levels I and II. Directs services, teaches and trains enlisted medics, and performs as Medical Platoon Leader or officer-in-charge in designated units. Manages subordinate personnel, facilities, and equipment required to operate troop clinics or other medical activities and organizations. Functions as a special staff officer to the commander, advising on medical matters pertinent to unit readiness and unit mission. Participates in the delivery of health care to all categories of patients and to all eligible beneficiaries.

## AOC 70B Health Services Administration

The Health Services Administration Officer plans, coordinates, monitors, evaluates, and advises unit commanders and staff in both medical and non-medical areas of patient evacuation and treatment, organizational administration, supply, training, operations, intelligence, transportation and maintenance.

## AOC 70H Health Service Plans, Operations, Intelligence

The Health Services Plans, Operations, Intelligence, Security and Training Officer plans and directs the activities of personnel and units responsible for inventory management of all Class VIII medical supplies. Directs and exercises staff supervision of units engaged in production, acquisition, storage, and distribution of medical equipment,

repair parts, and supplies. Serves as an advisor to commanders and their staffs on the subject of supporting health services operations.

### AOC 73B Clinical Psychologist

Plans, directs, and administers programs and services relating to clinical psychology and social work. These programs promote all aspects of mental health and the social well-being of all personnel entitled to care. This officer educates, consults, and develops policies on various subject emotional and mental health in his/her AOC. Duties are performed in MTOE/TDA organizations, both CONUS and OCONUS.

### AOC 74A Chemical, Biological, Radiological, and Nuclear

The Chemical, Biological, Radiological and Nuclear (CBRN) Officer is a highly trained and tactically and technically proficient CBRN expert that commands, directs, and controls the activities of CBRN Corps units and plan, coordinate, and execute force protection, CBRN consequence management, and defense support to civil authorities. CBRN officers perform functions related to the life cycle management of chemical munitions and materiel, to include storage and demilitarization and prepare response plans for chemical accident or incident response and assistance operations and biological accident or incident response and assistance operations and nuclear accident or incident response and assistance operations.

### AOC 88A Transportation, General

The Transportation Officer manages all facets of transportation related to the planning, operation, coordination and evaluation of all methods of transportation including multi-modal systems. Commands all types of transportation, movement control and logistical organizations tasked with controlling and carrying out personnel, cargo-movements, or logistics requirements within a geographic area(s). Recommends priorities; coordinates tasks; documents cargo and/or personnel to be transported; allocates resources; and determines mode(s) necessary for the optimum utilization of assets and timely mission accomplishment. Works closely with members of the sister services, and host country personnel on all manner of transportation plans and operations to include logistical support. Possesses expert knowledge of commercial transportation industries and practices in order to provide timely and adequate support for military/government requirements. Plays a key role in the research, development, procurement, and life cycle management of transportation related equipment and systems.

### AOC 90A Logistics

The Logistics Officer provides progressive career and leader development through challenging command and staff assignments in multifunctional logistics management.

Serve in a logistics officer position at Army staff, joint staff, corps, division, group, brigade, or battalion. The FA 90 position identifier is used in personnel authorization documents to identify multi-functional logistic officer positions in the grade of CPT to COL. Responsible for planning, developing and directing logistics operations to ensure integrating the functions of supply, transportation, maintenance, medical service administration and field services.

## AOC 92A Quartermaster, General

The Quartermaster Officer plans and directs the activities of Army units and organizations engaged in the acquisition, receipt, storage, preservation, and issue of equipment, repair parts, fortification/construction materiel, subsistence, petroleum products, water, and other general supplies (excluding ammunition, medical, and cryptographic materiel). Responsible for storage, maintenance, distribution, and disposal of air items, parachute packing, and preparation of cargo for aerial delivery. Coordinates and directs the collection of salvage, and/or abandoned property, unserviceable supplies and equipment and the disposition of such items through proper channels.

# Army

## Open Warrant Officer Military Occupational Specialties

### WOMOS 131A Field Artillery Targeting Technician

The Field Artillery Targeting Technician provides assistance and advice to the Commander and staff on all matters relative to the employment of target acquisition assets and the Army's targeting methodology. Synchronizes and coordinates the Army's targeting process and Joint Fires at all echelons. Plans, organizes, implements, monitors, and evaluates operations, threat environment, maintenance and advice on the technical/tactical employment of Target Acquisition Sensors.

### WOMOS 150U Unmanned Aircraft Systems Operations Technician

The Tactical Unmanned Aircraft System (UAS) Operations Technician develops UAS requirements and identifies appropriate payloads to satisfy collection requirements. Coordinates airspace requirements and acts as the Army liaison for all UAS missions. Articulates requirements for UAS collection and integrates UAS into collection strategies. Assists All-Source and Imagery Analysts with analysis of UAS data to satisfy priority intelligence requirements. Provides information to cue other collection assets and assist targeting by coordination re-tasking of the UAS. Supervises UAS standardization and safety programs IAW all applicable guidance. Advisor and Subject Matter Expert for all UAS related issues.

### WOMOS 151A Aviation Maintenance Technician (Nonrated)

The Aviation Maintenance Technician manages aircraft maintenance based on a thorough knowledge of aircraft maintenance requirements for powerplants, power trains, electrical systems, avionics, armament systems, mechanics and pneudraulics. Manages removal, disassembly, inspection, repair, assembly, installation, maintenance operational checks and adjustments of aircraft structures, components and subsystems. Manages the maintenance of technical publication libraries. Ensures compliance with regulations governing forms, records and reports pertaining to aircraft maintenance. Manages aircraft repair parts and supply procedures. Directs the development of aircraft repair parts and spares stockage levels to ensure mission accomplishment and sustainment.

### WOMOS 153D UH-60 Pilot

The UH-60 Pilot operates and commands aircraft under tactical and non-tactical conditions. Operates aircraft during all types of meteorological conditions during the day, night, and under night vision systems. Performs all military aircraft operations (e.g., reconnaissance, security, gunnery, rescue, air assault, mine/flare delivery,

internal/external load, and paradrop/rappelling operations). Performs aerial route, zone, and/or area reconnaissance in support of combat maneuver operations. Routinely participates in real time and training operations that include combat, combat support, or combat service support operations. Additionally, performs administrative or liaison missions to transport passengers, mail or cargo for military purposes.

## WOMOS 255A Information Services Technician

The Information Services Technician supervises and manages information system assets associated with Automated Information Systems (AIS) and Internet Protocol (IP) Local Area Networks (LAN). Plans, develops, implements, and tests a myriad of state-of-the-art, real time voice and data tactical information systems. Leads personnel and sections and manage the training of personnel on the installation, administration, management, maintenance, operation, integration, securing and troubleshooting of tactical AIS, intranets, and video teleconferencing (VTC) systems. Performs system integration and administration, develop policy recommendations, and create and implement Information Assurance/Computer Network Defense (IA/CND) programs to protect and defend information, computers, and networks from disruption, denial of service, degradation, or destruction.

## WOMOS 255S Information Protection Technician

The Cyberspace Defense Technician serves as network information protection technician of brigade or division level organizations. Supervises and manages information assurance programs, associated sub-element programs (e.g., computer network defense), and associated personnel at the network, systems, and services levels. Plans, installs, administers, manages, maintains, integrates, operates, services, secures, optimizes, and troubleshoots information assurance programs to include network defense measures. Supervises and oversees subordinate information and network defense sections required to support information assurance and network defense. Supervises planning elements for cryptographic networks, communications security operations, and electromagnetic spectrum operations.

## WOMOS 290A Electronic Warfare Technician

The Electronic Warfare Technician (EWT) analyzes, plans, organizes, implements, monitors, integrates and assesses EW operations, threat environment, and technical requirements. The EWT focuses the efforts of EW systems, both air and ground, against adversary personnel, facilities, or equipment with the intent of denying, degrading, neutralizing, defeating or destroying enemy capabilities, while protecting the use of all friendly EW operations through active coordination, integration and de-confliction. The EWT will integrate EW into the targeting and planning process as well

as assist in the development of the enemy EW order of battle, EW target information and products, intelligence, and target selection standards.

## WOMOS 350F All Source Intelligence Technician

The All Source Intelligence Technician serves as the technical and tactical expert in charge of multi-echelon intelligence analytical elements. Manages All-Source Intelligence analysis by ensuring the fusion of information from all sources and intelligence disciplines into finished analytical products. Responsible for integrating intelligence support into Intelligence, Surveillance, and Reconnaissance, full spectrum operations, targeting, and effects-based planning. Advises the commander and staff elements on intelligence considerations through assessments and tailored All Source Intelligence products. Integrates Automated Information Systems in support of intelligence production efforts and maintains intelligence files and databases to provide intelligence support to the military decision-making process.

## WOMOS 350G Geospatial Intelligence Imagery Technician

The Geospatial-Intelligence Imagery Technician uses specialized knowledge and expertise to perform geospatial-intelligence (GEOINT) analysis and collection synchronization. The technician possesses knowledge of the theory and application of data ranging from the ultraviolet through the microwave portions of the electromagnetic spectrum, and information derived from the analysis of literal imagery; geospatial data; and information technically derived from the processing, exploitation, literal, and non-literal analysis of spectral, spatial, temporal, radiometric, phase history, polarimetric data, other intelligence products, and the data needed for data processing and exploitation, and signature information (to include development, validation, simulation, data archival, and dissemination). These types of data can be collected on stationary and moving targets by electro-optical (to include IR, MWIR, SWIR TIR, Spectral, MSI, HIS, HD), SAR (to include MTI), related sensor programs (both active and passive), and non-technical means (to include geospatial information acquired by personnel in the field).

## WOMOS 351L Counter-Intelligence Technician

The Counterintelligence Technician conducts investigations/operations by applying sound judgment and analytical reasoning methods to detect and prevent acts of espionage, sabotage, and terrorism directed against Army activities. Prepares, reviews, and approves investigative/operational reports of investigations and inspections. Performs terrorism counteraction analysis and threat analysis. Conducts and supervises both overt and covert investigations. Develops, evaluates, and manages sources and informants of military intelligence. Develops and approves investigative plans. Obtains and executes arrest and search warrants in coordination with the Criminal Investigations

Division or the FBI. Interviews and interrogates witnesses, suspects, and subjects, and obtains written statements executed under oath.

## WOMOS 351M Human Intelligence Collection Technician

Plans and directs screening, interrogations, debriefing, and Military Source Operations IAW policy, law, regulations, and other agreements. Oversees the technical performance of subordinate military and civilian personnel in performance of their duties. Advises Commanders and staff on HUMINT training considerations and the best employment of HUMINT assets. Coordinates closely with other intelligence and non-intelligence agencies in support of HUMINT operations. Writes, reviews, and approves HUMINT orders and other operational documents. Manages intelligence and operational HUMINT reporting.

## WOMOS 352N Voice Intercept Technician

Manages personnel and equipment to task, collect, process, exploit, locate, identify, and analyze SIGINT information. Reports and supervises reporting per SIGINT directives to produce combat information and intelligence. Establishes priorities and provides guidance for collection, exploitation, analysis and reporting missions. Manages SIGINT collection, exploitation, reporting missions and analytic projects. Advises and assists commanders and staffs in formulating plans for SIGINT activities. Provides technical, tactical, and leader mentorship and guidance to Soldiers and leaders.

## WOMOS 420A Human Resources Technician

The Human Resources Technician manages personnel readiness, personnel accounting and strength reporting, casualty management, personnel replacements, awards and decorations, evaluations, promotions, identification documents control and issuance, line of duty investigations, officer procurement, reassignments, separations, Soldier readiness programs, personnel actions, and personnel information management systems at assigned command level.

## WOMOS 882A Mobility Officer

Directs and coordinates the implementation of Global Transportation Network, Department of the Army Movement Management System-Redesign, Automated Command and Control Information System, ACCIS-Air-Load Module, Automated Information Management System, Automated Air Load Planning System, Air Movement Flow Table, Computer Aided Loading and Manifesting System, Movement Tracking System, Computerized Movement Planning and Status System, LOGMAR/BARCODE scanners, Combat Service Support System, Worldwide Port System, Frequency Tag System, Mobile Subscriber equipment and Tactical Terminal Adapters. Plans, assesses, supervises and reports convoy and cargo handling operations at company, battalion, brigade of division level. Plans movement of personnel, unit equipment and

port call. Facilitates international movement by rail, highway, air and water to, within and from the theater assigned. Coordinates transportation plans. Coordinates cargo handling, ensuring its compliance with U.S. Army, contracted and host nation regulatory requirement.

## WOMOS 890A Ammunition Technician

The Ammunition Technician directs and coordinates the implementation of the following activities: accountability, receipt, storage, issue, inspection, maintenance and demilitarization of conventional ammunition, components, residue and inert training ammunition devices. Investigates and reports conventional ammunition accidents, failures, or malfunctions. Supervises and manages the Standard Army Ammunition System at all levels. Prepares and/or reviews ammunition storage waivers.

## WOMOS 915A Automotive Maintenance Warrant Officer

The Automotive Maintenance Warrant Officer plans, organizes, and executes field maintenance of wheeled and light tracked vehicles, self-propelled artillery systems, and fire control, armament, ground support, and powered driven chemical equipment. Diagnoses, tests, and analyzes malfunctions of unit equipment. Directs the establishment and operation of unit shop stock lists for field repair and maintenance related operations. Establishes and enforces shop fire and safety programs. Manages unit calibration requirements and unit level oil analysis program. Prepares readiness reports. Writes and updates internal SOPs for maintenance areas. Directs emergency recovery and repair for all unit equipment. Manages the Army Maintenance Management System. Manages scheduling of periodic maintenance and services. Manages dispatch of passenger, cargo, and combat vehicles.

## WOMOS 920A Property Accounting Technician

The Property Accounting Technician serves in both operational and generating force units. Ensures 100 percent property accountability is maintained, all authorized equipment is on hand, on valid requisition, or redistribution order. Locates and acquires standard and nonstandard equipment and supplies through military and non-military supply sources to meet unit readiness and operational requirements.
Oversees/validates the small purchase program to prevent fraud, waste, and abuse. Determines equipment funding requirements and coordinates for funds availability with supported units and resource management activities. Develops, executes, monitors, and provides input to the annual supply budget. Coordinates acquisition and priority distribution of new equipment fielding with the Force Modernization Activity. Redistributes excess equipment throughout the command.

## WOMOS 920B Supply Systems Technician

Serves as technician or technical manager in a narrow technical functional area; generally at platoon, detachment, company or at the position in other organizations where senior Supply Systems Technician(s) are assigned. Generally this individual will serve alone in organizations which provide the following type supply support: 1. Nondivisional: Mission Supply Support Activity (SSA) with less than 3000 Authorized Stockage Line (ASL) and less than 30 personnel assigned or Customer Supply Support activity (SSA) with less than 3000 Authorized Stockage Lines (ASL) and less than 30 personnel assigned. 2. Divisional: All Forward Supply Support Activities. Manages the receipt, storage and issuance of supplies and equipment at the SSA level in accordance with established policies and regulations. Plans stockage level requirements for stockage and control based on accumulation and demand. Provides technical guidance to personnel of supported units/activities in order to assist, establish, and maintain adequate stockage levels for mission accomplishment.

## WOMOS 921A Airdrop Systems Technician

The Airdrop Systems Technician provides technical guidance to commanders and staff with the mission of conducting/receiving airborne and airdrop operations. Supervises inspection of parachutes and parachute components to detect flaws in materials and workmanship. Supervises packing of parachutes. Ensures that unserviceable, non-repairable, and overage parachutes are retired from inventory. Supervises airdrop rigging activities and airdrop equipment maintenance activities. Maintains compliance standards and criteria for life support systems and other airdrop equipment.

## WOMOS 948A Electronic Systems Maintenance Warrant Officer

The Electronic Systems Maintenance Warrant Officer establishes section safety and crime/security prevention programs that ensures adherence to safety and crime/security prevention policies, practices, and regulations associated with these programs are followed. Manages personnel, equipment, and facility assets for the installation, operation, repair, maintenance, and modification of radio, radar, computer, electronic data processing, controlled cryptographic items, television, fiber optical, radiological and related communications equipment and associated tools, test and accessory equipment.

## Army

## Open Enlisted Military Occupational Specialties

### MOS 12B Combat Engineer

Combat Engineers are engaged in providing offensive, defensive, and stability operations, such as reconnaissance, mobility, counter-mobility, and survivability. Combat Engineers operate mounted or dismounted and employ demolitions, explosives, U.S. landmines, mine/countermine operations, location/detection of improvised munitions, basic combat construction, rigging, field fortifications, and bridging support to combat forces.

### MOS 12H Construction Engineer

The Construction Engineering Supervisor supervises construction, repair, and utility services of buildings, warehouses, fixed bridges, port facilities, and petroleum pipelines, tanks, and related equipment.

### MOS 12R Interior Electrician

The Interior Electrician supervises or performs installation and maintenance of interior electrical systems and equipment. Installs and maintains interior electrical systems up to 600 volts. Reads and interprets drawings, plans, and specifications. Installs service panels, switches and electrical boxes. Install metallic and nonmetallic sheathed cable, conduit and special electrical equipment. Installs service drop. Uses test equipment to test operational condition of circuits. Assist in performance of combat engineer missions.

### MOS 12W Carpentry and Masonry Specialist

The carpentry masonry specialist performs general, heavy and masonry duties.

### MOS 12Y Geospatial Engineer

The Geospatial Engineer manages the enterprise geospatial database; compiled from all sources including National Geospatial Agency, Topographical Engineering Center and other services, coalition allies, as well as exploiting new collection and production from deployed Soldiers and sensors. Manages the geospatial foundation of the Common Operating Picture, synchronizing hard and soft copy products and are a necessary component of All Source Intelligence and Battle Command. Finishes compilation of geospatial data into a printable map/product and prints (maps, overlays and special products) hardcopy geospatial information.

## MOS 15B Aircraft Powerplant Repairer

The Aircraft Powerplant Repairer performs and/or supervises inspections, testing, cleaning, repairs, maintenance and storage according to drawings, blueprints, directives, technical manuals, and safety procedures of aircraft powerplant subsystems, assemblies, and components. Requisitions and maintains shop and bench stock for repair of aircraft powerplant equipment. Prepares aircraft related maintenance forms and records.

## MOS 15D Aircraft Powertrain Repairer

The Aircraft Powertrain Repairer performs and/or supervises inspections, repairs and maintenance according to drawings, blueprints, directives, technical manuals, and safety procedures on aircraft powertrain systems to include the lubrication of required components and the removal and installation of aircraft subsystems such as main and tail rotor hub assemblies. Prepares aircraft related maintenance forms and records.

## MOS 15E Unmanned Aircraft System

The Unmanned Aircraft Systems Repairer supervises, inspects and performs Unmanned Aircraft Systems field and sustainment maintenance. Repairs the aircraft electrical, avionics, radio frequency, propulsion, fuel; removes and replaces optical payload, and weapons systems to include the electrical, electronic, and mechanical systems associated with those systems; the Ground Control Station electrical and electronic systems; the Ground Data Terminal electrical, electronic, and radio frequency systems; takeoff and landing systems; and associated ground support equipment.

## MOS 15F Aircraft Electrician

The Aircraft Electrician performs and/or supervises inspections, repairs, maintenance and testing according to drawings, blueprints, directives, technical manuals, and safety procedures of aircraft electrical systems and electronic components to include associated subsystems by applying the principles of electricity/electronics, hydrostatic motion, pneumatics, and hydraulics. Prepares aircraft related maintenance forms and records.

## MOS 15G Aircraft Structural Repairer

The Aircraft Structural Repairer performs and/or supervises inspections, fabrication, repairs and maintenance on aircraft structures according to drawings, blueprints, directives, technical manuals, and safety procedures. Uses and performs operator maintenance on common and special tools. Requisitions and maintains shop and bench stock for repair of aircraft structures and maintain facilities for storage of flammable and hazardous materials. Prepares aircraft related maintenance forms and records.

## MOS 15H Aircraft Pneudralics Repairer

The Aircraft Pneudralics Repairer performs and/or supervises inspections, fabrication, repairs and maintenance on aircraft pneudraulic subsystems, assemblies, and components according to drawings, blueprints, directives, technical manuals, and safety procedures. Uses and performs operator maintenance on common and special tools. Requisitions and maintains shop and bench stock for repair of aircraft structures and maintain facilities for storage of flammable and hazardous materials. Prepares aircraft related maintenance forms and records.

## MOS 15J OH-58D/ARH Armament, Electrical, Avionics Systems Repairer

The OH-58D Armament/Electrical/Avionics Systems Repairer performs and/or supervises inspections, maintenance and modifications according to drawings, blueprints, directives, technical manuals, and safety procedures on the OH-58D armament, electrical and avionics systems and cryptographic equipment to include the electrical, electronic, mechanical, and pneudraulic systems associated with OH-58D Armament/Missile Fire Control Systems. Tests, troubleshoots and repairs test sets and diagnostic equipment. Maintains records on weapons and subsystems. Uses and performs operator maintenance on common and special tools.

## MOS 15K Aircraft Components Repair Supervisor

The Aircraft Component Repair Supervisor performs administrative duties such as planning aircraft maintenance areas, component and avionics repair shops/facilities as well as determining man-hours, personnel management, parts and facility requirements while maintaining supply economy and discipline. Prepares evaluations, special reports, records and recommends and/or administers plans and policies pertaining to aircraft component repair. Instructs and supervises maintenance, repairs and inspections of aircraft components, aviation communications and other electronic/electrical systems according to drawings, blueprints, directives, technical manuals, and safety procedures.

## MOS 15N Avionic Mechanic

The Avionic Mechanic conducts inspections and/or maintenance according to drawings, blueprints, directives, technical manuals, and safety procedures on aircraft flight controls, stabilization systems, avionics and controlled cryptographic equipment such as Identification friend or foe (IFF). Tests, troubleshoots and repairs test sets and diagnostic equipment. Maintains facilities for storage of flammable and hazardous materials. Uses and performs operator maintenance on common and special tools. Requisitions and maintains shop and bench stock for repair of aircraft avionics equipment. Prepares aircraft related maintenance forms and records.

## MOS 15P Aviation Operations Specialist

An Aviation Operations Specialist supervises and/or conducts operation and maintenance of flight operations equipment. Performs duties such as conducting aircraft mission planning and maintaining individual aircrew flight records and assists in development of operation, warning, and fragmentary orders, prepares and updates appropriate maps, overlays, and charts, current DOD flight publications, encodes, decodes, and posts notices to airman (NOTAMS). Provides air traffic advisory services and interprets teletype weather reports.

## MOS 15W Unmanned Aerial Vehicle Operator

The Unmanned Aerial Systems Operator engages in operating and remotely piloting of the UAS. Performs pre-flight, in-flight, post-flight checks and procedures. Conducts site selection, emplacement and deployment of the air vehicles and ground equipment of the UAS. Participates in launch/recovery ground crew operations. Performs mission commander duties to include planning, analyzing and execution of reconnaissance surveillance, targeting and acquisition (RSTA) missions. Applies and assists in the military intelligence collection process and acts as a liaison to supported units. Operates, troubleshoots and performs limited unit-level maintenance on communication equipment, power sources, light and heavy wheeled vehicles.

## MOS 15Z Aircraft Maintenance

The Aircraft Maintenance Senior Sergeant supervises personnel at aviation field and sustainment units or in activities having a mix of aircraft maintenance or component repair. Prepares studies, evaluations, special reports and records pertaining to aircraft maintenance, component repair, and related activities. Plans aircraft maintenance areas, components repair shops, and facilities. Apply production control, quality control and other maintenance management principles and procedures to aircraft maintenance and shop operations.

## MOS 25B Information Technology Specialist

The Information Technology Specialist installs, operates and maintains computer systems and Local Area Networks (LAN). Performs System Administration (SA) and maintains computers and servers within the computing environment and the network environment. Performs network administration; installs, configures and maintains network equipment within the LAN. Installs, operates, and maintains commercial-off-the-shelf equipment (i.e. routers, switches, desktop and laptop computers). Provides SA to Tactical Battle Command Servers in the tactical operations center. Provides SA and direct support for Information Dissemination and Content Staging.

## MOS 25C Radio Operator-Maintainer

The Radio Operator-Maintainer is a dedicated radio operator who supervises, installs, operates, and maintains Program of Record and Commercial off-the-Shelf equipment within the Tactical Operations Center or Command Post, in vehicular or dismounted applications.

## MOS 25E Electromagnetic Spectrum Manager

The Electromagnetic Spectrum Manager develops, produces, and distributes the Signal Operating Instructions using computer software programs; maintains a database of frequency requests and assignments and performs periodic reviews and updates; takes steps to resolve frequency interference reports and maintains a database of interference incidents; prepares and forwards properly formatted frequency requests to the appropriate military or civilian agency for coordination and approval and maintains contact with them; performs unlimited frequency planning, selection, and deconfliction using automated tools; performs system field level maintenance on authorized signal equipment and associated electronic devices; and operates and performs preventive maintenance checks and services on assigned vehicles and power generators.

## MOS 25F Network Switching Systems Operator-Maintainer

The Network Switching Systems Operator/Maintainer supervises, installs, operates, and performs systems maintenance on large and small electronic switches; system control centers; node management facilities; associated multiplexing and combat net radio interface equipment; short range line of sight radio systems; communications security (COMSEC) devices; and other equipment associated with network switching operations.

## MOS 25N Nodal Network Systems Operator-Maintainer

The Nodal Network Systems Operator-Maintainer supervises, installs, operates and performs field level maintenance on IP based high speed electronic nodal systems, integrated network control centers, network management facilities, associated multiplexing and transit cased subscriber interface equipment, Communications Security (COMSEC) devices and other equipment associated with network nodal operations. Performs network management functions in support of maintaining, troubleshooting and reengineering of nodal assets as needed in support of operational requirements.

## MOS 25P Microwave Systems Operator-Maintainer

The Microwave Systems Operator/Maintainer supervises, installs, operates, and maintains strategic microwave communications systems, and associated antennas, multiplexing, and communication security equipment. Performs engineering quality

control and continuity testing of circuits, trunks, links, systems, and facilities. Maintains tactical line of sight, Tropospheric scatter communications systems and associated equipment.

### MOS 25S Satellite Communications Systems Operator-Maintainer

The Satellite Communication Systems Operator/Maintainer supervises, installs, operates and maintains tactical through strategic multichannel satellite communications ground terminals, systems, networks and associated equipment. Operates and performs preventive maintenance checks and services on assigned communications equipment, vehicles and power generators.

### MOS 25U Signal Support Systems Specialist

The Signal Support Systems Specialist supervises, installs, deploys, maintains, troubleshoots, trains, and assists the general purpose user with Programs of Record and Commercial off the Shelf communications equipment. Performs field level unit maintenance on authorized communication and electronic systems and communications security devices and prepares maintenance and supply requests for field level signal support.

### MOS 25W Telecommunications Operations Chief

The Telecommunications Operations Chief plans, coordinates, configures, directs, integrates, and supervises the installation, operation, maintenance, and management of telecommunications systems and networks, and oversees information systems support functions for command, control, communications, and computers used at all echelons of the Army.

### MOS 25X Senior Signal Sergeant

The Senior Signal Sergeant plans, develops, coordinates, directs, and supervises the installation, operation and management of integrated command and control telecommunications and information management networks. Writes command and control communications policy. Provides technical advice and assistance to commanders, staff, and subordinate units. Coordinates Signal activities with higher, lower and adjacent headquarters. Performs Signal staff and senior operations NCO functions, to include writing policy, procedures, operations plans, orders, and reports. Uses computers to control and monitor network status in an operational environment. Develops battlefield Signal operations plans in support of organizations at battalion and higher levels, and for Joint and Combined Commands and activities.

### MOS 27D Paralegal Specialist

The Paralegal Specialist administers and supervises the provision of legal services to unit commanders and staff and assist judge advocates/attorneys in providing professional legal services in diverse legal disciplines, including: organizational legal services (military justice, legal assistance, claims, administrative law, international law, operational law, and contract law); defense legal services; and judicial legal services.

### MOS 29E Electronic Warfare Specialist

The Electronic Warfare Specialist advises and assists the commander or command Electronic Warfare Officer, as applicable, regarding use of the electromagnetic and directed energy to control the EMS and defeat the enemy through planning, coordination, integration, and execution of Electronic Attack, Electronic Protection, and Electronic Support.

### MOS 35F Intelligence Analyst

The Intelligence Analyst conducts all-source analysis, develops the threat situation, produces, fuses and disseminates all-source intelligence to support the military decision making process. Performs, coordinates, and/or supervises the intelligence preparation of the battlefield process; planning requirements and assessing collection and support to targeting. Supports the command, staff, and advises on the use of intelligence resources at all echelons.

### MOS 35G Imagery Analyst

The Geospatial Intelligence Imagery Analyst conducts geospatial intelligence analysis. Geospatial intelligence analysis involves identifying, analyzing and reporting targets observed on imagery from satellite and airborne systems. Besides analyzing standard optical imagery, the analyst will also learn the theory and application involved in analyzing radar, infrared, and spectral imagery and geospatial data. Intelligence derived by the geospatial intelligence imagery analyst is critical for mission success at the national, theater and tactical levels. Utilizes global satellite communication networks to support geospatial intelligence.

### MOS 35L Counter Intelligence Special Agent

The Counter-Intelligence Special Agent operates as part of an Army modular component to a Joint Task Force organization and conduct operations in a joint/combined operational environment. Supervises and conducts investigations, collections and operations to detect, identify, counter, exploit and neutralize adversarial, foreign intelligence service and terrorist threats to Army and Department of Defense Equities. Utilizes appropriate reporting and communications equipment.

## MOS 35M Human Intelligence Collector

The Human Intelligence Collector operates as part of an Army modular component to a Joint Task Force organization and conducts operations in a joint/combined operations environment. Seeks to identify adversarial elements, intentions, compositions, strength, dispositions, tactics, equipment, personnel and capabilities through the use of military source operations, interrogations, screenings, debriefings, and assists in the translation and exploitation of documents and media.

## MOS 35N Signals Intelligence Analyst

The Signals Intelligence Analyst supervises and performs analysis and reporting of intercepted foreign communications and non-communications at all echelons. Assists in the intelligence, surveillance and reconnaissance synchronization process. Produces combat, strategic, and tactical intelligence reports.

## MOS 35P Cryptologic Linguist

The Cryptologic Linguist performs and supervises detection, acquisition, geolocation, identification, and exploitation and analysis of foreign communications at all echelons using signals intelligence/electronic warfare systems. The Cryptologic Linguist copies, translates, transcribes, gists and/or produces summaries of foreign communication transmissions; performs analysis and Intelligence, Surveillance and Reconnaissance synchronization to support mission requirements.

## MOS 35T Military Intelligence (MI) Systems Maintainer/Integrator

The Military Intelligence Systems Integrator/Maintainer maintains and repairs Intelligence, Surveillance and Reconnaissance (ISR) equipment and systems. Conducts intelligence systems and intelligence networks integration. Provides technical support to protect information in an intelligence network; performs computer hardware and software installation and reconfiguration; accesses and extracts data from fixed, portable, and wireless communication and storage devices; performs and supervises planning, employment, configuration, integration, monitoring and maintenance of ISR systems, complex computer-controlled MI and national cryptologic systems and networks for all intelligence disciplines.

## MOS 35X Intelligence Senior Sergeant/Chief Intelligence Sergeant

The Intelligence Senior Sergeant/Chief Intelligence Sergeant serves as the principal enlisted assistant to commanders and heads of staff elements, and as staff NCO for major commands, in multi-echelon, joint and combined intelligence organizations. Supervises intelligence surveillance, collection, analysis, processing, and distribution activities at all echelons. Supervises activities pertaining to organization and training of

tactical and technical operations. Coordinate operating requirements of subordinate units with major supported units. Reviews, evaluates, prepares and executes intelligence assets, deployment, employment, and redeployment plans and orders. Supervises intelligence operations in corps and echelon above corps analysis and control elements.

## MOS 35Y Human Intelligence (HUMINT)

Performs duties of initial feeder (MOS 35L or 35M), manages and supervises subordinate Soldiers of either discipline. The Chief CI HUMINT Sergeant is able to operate as part of an Army modular component to a joint Task Force organization and conduct operations in a joint/combined operational environment. Supervises the collection, processing, development, and dissemination of CI and HUMINT information. Supervises strategic debriefing, exploitation and theater interrogation centers. Plans, participates in and supervises HUMINT source operations. Supervises the full spectrum of HUMINT collection and multidiscipline CI activities at group, corps, Army, or comparable and higher headquarters. Coordinate HUMINT operational collection and CI requirements/activities of subordinate units with major supported units. Plans, coordinates and supervises CI/HUMINT operations and training. Manages CI collection activities and source operations. Manages CI investigative functions, to include operational and case control reviews. Manages special investigative and collection techniques. Reviews CI-related reports and plans. Performs CI Coordinating Authority (CICA) and S/G/J/C-2X staff management for all subordinate CI elements, to provide technical control and oversight.

## MOS 36A Financial Manager

The Financial Manager serves as primary staff officer for financial management. Directs and coordinates financial management functions and serves as the advisor to the Commander on all matters pertaining to programming/budgeting, finance and accounting, cost analysis, management practices, and financial management personnel and units. Examines, controls, and certifies military and civilian payrolls, travel, commercial accounts, non-appropriated funds, and other vouchers and claims. Establishes, controls, and audits all finance and accounting systems. Prepares and distributes reports and financial statements to provide the commander and staff with adequate information for management, status of funds, and budget purposes. Plans, develops, justifies, analyzes and executes programs/budgets.

## MOS 36B Financial Management Technician

The Financial Management Technician performs duties specific to the following financial management processes: budgeting, disbursing, and accounting for government funds;

payment for travel and commercial vendor services; pay support of Soldiers, DOD Civilians and contractors; and internal control operations. Receives and posts funding, commitment and obligation documents to accounting and budget systems. Applies the basics of Fiscal Law, Accounts Payable, and Army Comptroller principles in the execution of job requirements. Exercises basic knowledge of General Fund Enterprise Business System. Receives and processes treasury checks for payment. Maintains disbursing files and prepares periodic financial reports. Receives, reviews, prepares and computes travel vouchers.

## MOS 37F Psychological Operations Specialist

The Army Special Operations Forces Psychological Operations (PO) Specialist plans, analyzes, develops designs, distributes, disseminates, and evaluates PO across the broad range of military operations. PO forms the nucleus of the DOD's Inform and Influence Activity experts for Army Special Operations Forces, Joint, interagency and conventional force modular formations in support of full spectrum operations. PO personnel perform three core missions: Military Information, Interagency/Intergovernmental Support, and Civil Authority Information Support.

## MOS 38B Civil Affairs Specialist

The Army Special Operations Forces (ARSOF) Civil Affairs (CA) specialist plans, analyzes, develops, and evaluates CA across the broad range of military operations and post military operations. Soldiers and units so identified operate independently or in support of assigned forces. CA operations are inherently joint, multinational and interagency in nature. They interact closely with indigenous populations. CA forms the nucleus of the Army's Civil Military Operations expertise for ARSOF, the interagency and conventional force modular formations in support of full spectrum operations.

## MOS 42A Human Resources Specialist

The Human Resources Specialist supervises or performs personnel and administrative functions in support of company, battery, troop, detachments at division, corps, and echelons above corps; in brigade and battalion S-1s or in other similar organizations, activities and units; and advises the commander, the staff, and unit Soldiers on Human Resource matters.

## MOS 56M Chaplain Assistant

The Chaplain Assistant shapes the environment to accomplish the Commander's Religious Support mission by providing technical expertise in religious support operations and the impact of religion on the unit and the mission. Chaplain Assistants have three core capabilities: Integrate Religious Operations, Spiritual Readiness, and

Basic Human Interaction tasks into the unit mission. Chaplain Assistants integrate religious support operations in the total Joint, Interagency, Intergovernmental and Multi-National environment, within the contemporary operating environment at the tactical, operational and strategic levels.

### MOS 68J Medical Logistics Specialist

The medical logistics specialist performs or supervises requisitioning, receipt, inventory management, storage, preservation, issue, salvage, destruction stock control, quality control, property management, repair parts management, inspection, packing and shipping, care, segregation and accounting of medical supplies and equipment.

### MOS 68S Preventive Medicine Specialist

The Preventive Medicine Specialist conducts or assists with preventive medicine inspections, surveys, control operations and preventive medicine laboratory procedures; supervises preventive medicine facilities, or serves on preventive medicine staffs.

### MOS 68W Health Care Specialist

The Health Care Specialist provides emergency medical treatment, limited primary care, force health protection, evacuation in a variety of operational and clinical settings from point of injury or illness through the continuum of military health care and, as a field combat medic, provides emergency medical care/treatment at point of wounding on the battlefield or to battle and non-battle casualties during wartime.

### MOS 68X Behavioral Health Specialist

The  behavioral health specialist, under the supervision of a psychiatrist, social worker, psychiatric nurse, psychologist, assists with the management and treatment in/out-patient mental health activities, during peace time or mobilization; collects and records psychosocial and physical data; counsels and treats clients/patients with personal, behavioral or mental health problems.

### MOS 74D Chemical, Biological, Radiological, and Nuclear (CBRN) Specialist

The Chemical, Biological, Radiological, and Nuclear (CBRN) Specialist conducts CBRN reconnaissance and surveillance; performs decontamination operations; conducts CBRN sensitive site assessment and exploitation; and operates and performs operator maintenance on assigned CBRN defense and individual CBRN protective equipment. Additionally, in non-chemical units, CBRN NCOs/specialists plan, conduct and evaluate individual and collective CBRN training, and provide technical advice on all CBRN operations and hazards for company and higher-level organizations.

### MOS 79S Career Counselor

The Career Counselor assists commanders at all levels with sustaining the Army's readiness posture and achieving their retention mission. Advises commanders on all matters relating to the Army Retention Program, ensures mission accomplishment and processes reclassification actions. Processes bars to reenlistment. Counsels, reenlists, extends or transitions qualified Soldiers in the Active and Reserve Component to achieve the command's retention mission. Conducts staff assistance visits. Manages a retention program budget.

### MOS 88L Watercraft Engineer

The Watercraft Engineer supervises or performs unit direct support (DS) and general support (GS) maintenance. Services Army watercraft, amphibians and auxiliary equipment on marine vessels. Stands engine room and throttle watch while the vessel is underway. Stands anchor watch and ramp discharge watch during sea and anchor details and while the vessel is in port. Performs daily systems checks and posts all instrument and gauge readings to the engineer log book. Positions fuel control racks and adjusts throttle controls to maximize engine efficiency. Inspects, troubleshoots, tests, services, adjusts, repairs and replaces batteries, electrical system components, fuel system elements, propellers and propeller shafts, pumping assemblies and parts and other marine engine equipment. Cleans, performs surface preparation and paints engineer space equipment.

### MOS 88M Motor Transport Operator

The Motor Transport Operator supervises or operates wheel vehicles to transport personnel and cargo. Operates wheel vehicles and equipment over varied terrain and roadways for support of combat operations. Oversees and checks proper loading and unloading of cargo on vehicles and trailers. Secures cargo against inclement weather, pilferage, and damage. Operates vehicle component Material Handling Equipment, as required. Employs land navigation techniques. Must be knowledgeable of tactical automated communications systems and weapons when they are mounted on the vehicle. Corrects and reports all vehicle deficiencies; supports mechanics where necessary. Prepares vehicles for movement/shipment by air, rail, or vessel.

### MOS 88N Transportation Management Coordinator

The Transportation Management Coordinator coordinates, monitors, controls and supervises the movement of personnel, equipment and cargo by air, rail, highway and water. Determines the most efficient mode of transport that accomplishes mission requirements.

## MOS 89B Ammunition Specialist

The Ammunition Specialist receives, stores and issues conventional ammunition, guided missiles, large rockets and other ammunition related items; performs maintenance, modification, destruction and demilitarization on ammunition and explosive components.

## MOS 91B Wheeled Vehicle Repairer

The Wheeled Vehicle Repairer supervises and performs field level maintenance and recovery operations on light and heavy wheeled vehicles, their associated trailers and material handling equipment. Maintains wheeled vehicles, their associated trailers and material handling equipment (MHE) systems to include: use of applicable references, inspecting, servicing, maintaining, repairing, replacement, adjusting and testing of wheeled vehicles and MHE systems, subsystems and components such as: power plant/packs, compression ignition engines and engine fuel systems, air induction and exhaust systems and cooling systems.

## MOS 91C Utilities Equipment Repairer

The Utilities Equipment Repairer supervises and performs field level maintenance on utilities equipment and special purpose support systems. Maintains (inspects, repairs, tests and adjusts) air conditioner electrical systems, air conditioner vapor systems, refrigeration unit electrical systems, portable heater fuel/electrical systems, fire extinguisher rechargers and fire extinguishers/valves.

## MOS 91D Power Generation Equipment Repairer

The Power Generation Equipment Repairer supervises operations and performs field level maintenance functions, including overhaul, but not rebuild of power generation equipment, internal combustion engines and associated equipment up through 200KW (except for turbine engine driven generators). Performs field level maintenance on tactical power generation sets, power distribution systems, internal combustion engines and associated items of equipment. Assists operators in proper employment of tactical power generation equipment.

## MOS 91E Allied Trades Specialist

The Allied Trades Specialist supervises and performs the fabrication, repair and modifications of metallic and nonmetallic parts and supervises metalworking shop activities. Fabricates, repairs and modifies metallic and nonmetallic parts, utilizing such machines as engine lathes, utility grinders, power cutoff saws, armature under cutters,

arbor and hydraulic presses, drill presses, oxyacetylene, electric arc, inert gas welding machines and their associated attachments, accessories and tools.

### MOS 91F Small Arms/Artillery Repairer

The Small Arms/Artillery Repairer performs field and sustainment level maintenance and repairs on small arms and other infantry weapons and towed artillery. Diagnoses and troubleshoots malfunctions of small arms and other infantry weapons and towed artillery.

### MOS 91G Fire Control Repairer

The Fire Control Repairer supervises, and performs field maintenance on combat vehicles, infantry and artillery fire control systems and equipment, and related test equipment. Performs field maintenance on laser range finders, ballistic computers, laser observation devices, laser designators, thermal imaging systems, periscopes, telescopes, commander's weapon station/auxiliary sights, aiming circles, image transfer assemblies, quadrants, mount assemblies, fire control support equipment, and test, measurement, and diagnostic equipment. Performs battlefield damage assessment and repair.

### MOS 91J Quartermaster and Chemical Equipment Repairer

The Quartermaster and Chemical Equipment Repairer supervises or performs field level maintenance on chemical equipment, quartermaster machinery, forced air-heaters, and special purpose equipment. Maintains and repairs electrical/fuel heater systems, liquid pumps and pumping systems, tactical and lightweight reverse osmosis water purification systems, decontamination systems, protective filter systems, smoke generator systems and laundry systems. Maintains internal combustion engine ignition/fuel/cooling/electrical systems. Performs battlefield damage assessment and repair.

### MOS 91S Stryker System Maintenance Repairer

The Stryker Systems Maintainer supervises and performs field level maintenance on the Stryker family of vehicles (M1126 Infantry Carrier Vehicle, M1127 Recon Vehicle, M1128 Mobile Gun System, M1129 Mortar Carrier, M1130 Commander's Vehicle, M1131 Fire Support Vehicle, M1132 Engineer Support Vehicle, M1133 Medical Evacuation Vehicle, M1134 Anti-Tank Guided Missile, and M1135 NBC Recon Vehicle.

### MOS 91X Maintenance Supervisor

The Maintenance Supervisor supervises and performs field and sustainment maintenance on tracked and wheeled vehicles, construction equipment; (which includes

that used for earthmoving, grading and compaction; lifting and loading; quarrying and rock crushing; asphalt and concrete mixing and surfacing; water pumping; air compression and pneumatic tools; powered bridging and their associated trailers and material handling equipment) special purpose equipment maintenance activities to include: power generation equipment; air conditioning/refrigeration systems; and quartermaster and chemical equipment; sustainment support maintenance on combat vehicle, infantry and artillery fire control systems and equipment, and related test equipment; field level maintenance and repairs on small arms and other infantry weapons and towed artillery. Performs as support maintenance machine ship supervisor or metalworking supervisor.

## MOS 91Z Senior Maintenance Supervisor

The Maintenance Supervisor supervises, plans, coordinates, and directs the field maintenance of all wheeled, tracked, armament, power generation, and utility equipment. Serves as principal maintenance or operations NCO in maintenance battalion or higher level organization.

## MOS 92A Automated Logistical Specialist

The Automated Logistical Specialist supervises and performs management or stock record/warehouse functions pertaining to receipt, storage, distribution and issue and maintains equipment records and parts. Establishes and maintains stock records and other documents such as inventory, materiel control, accounting and supply reports. Establishes and maintains automated and manual accounting records, posts receipts and turn-ins and performs due-ins and due-outs accounting.

## MOS 92F Petroleum Supply Specialist

The Petroleum Supply Specialist supervises, receives, stores, accounts for and cares for, dispenses, issues and ships bulk or packaged petroleum, oils and lubricants products. Receives and stores bulk and package POL products. Issues and dispenses bulk fuels and water from storage and distribution facilities to using units. Selects and submits samples of POL to laboratory for testing. Performs petroleum and water accounting duties. Operates equipment associated with petroleum and water distribution system and multi-product pipeline system. Fuels and defuels vehicles, aircraft and stationary equipment. Takes emergency precautions to prevent harm to self and facilities in event of petroleum spillage or fire.

## MOS 92G Food Service Specialist

The Food Service Specialist supervises, prepares and serves food in a field or garrison operation. Performs preliminary food preparation procedures. Prepares menu items

listed on the production schedule. Bakes, fries, braises, boils, simmers, steams and sautés as prescribed by Army recipes. Prepares serving line, garnish food items and apply food protection and sanitation measures in a field and garrison environment. Receives and stores subsistence items. Creates Class I requirements using the Army Food Service Management Information System.

### MOS 92L Petroleum Laboratory Specialist

The Laboratory Petroleum Specialist supervises or conducts laboratory tests on petroleum, oils and lubricants (POL) products. Receives samples and conducts tests on petroleum products. Reports findings in accordance with ASTM test methods. Evaluates test results with specification requirements and makes recommendations regarding product disposition. Applies fire prevention and safety control procedures in handling volatile POL products.

### MOS 92R Parachute Rigger

The Parachute Rigger supervises, packs and repairs cargo and personnel parachutes and rigs equipment and supply containers for airdrop. Inventories, cleans, receives, stores, and issues all airdrop equipment used in airdrop operations. Rigs supplies, equipment and vehicles for airdrop. Assembles airdrop platform, cushioning materials, cargo, extraction and personnel parachute along with other airdrop related equipment. Inspects, tests and installs extraction and release systems. Performs technical, routine, and in-storage rigger-type inspection on cargo, extraction, and personnel parachute as well as other airdrop equipment before, during, and after each use. Packs cargo, extraction, and personnel parachutes. Performs unit, direct and general support maintenance on all parachutes, textile components and other airdrop equipment. Uses and maintains machines and tools for fabrication, modification and repair to parachute and other airdrop equipment. Drop-tests troop-type personnel parachute to check proficiency.

### MOS 92W Water Treatment Specialist

The Water Treatment Specialist supervises or performs installation, operation of water purification equipment, water storage and distribution operations and activities. Assists in water reconnaissance, site preparation, and setup of water treatment activity. Operates and maintains water treatment equipment. Receives, issues, and stores potable water. Performs water quality analysis testing and verification.

### MOS 92Y Unit Supply Specialist

The Unit Supply Specialist supervises or performs duties involving request, receipt, storage, issue, accountability and preservation of individual, organizational, installation

and expendable supplies and equipment. Receives, inspects, inventories, loads, unloads, segregates, stores, issues, delivers and turns-in organization and installation supplies and equipment. Operates unit level computers (ULC). Prepares all unit/organizational supply documents. Maintains automated supply system for accounting of organizational and installation supplies and equipment. Issues and receives small arms. Secures and controls weapons and ammunition in security areas. Schedules and performs preventive and organizational maintenance on weapons.

## MOS 94E Radio and Communications Security Repairer

The Radio and Communications Security (COMSEC) Repairer performs or supervises field level maintenance on radio receivers, transmitters, COMSEC equipment, controlled cryptographic items, and associated equipment. Uses test, measurement, and diagnostic equipment, test program sets, and interactive electronic technical manuals to determine the cause and location of malfunctions, extent of faults, and category of maintenance required. Inspects equipment for faults, and completeness. Tests equipment to determine operational condition. Troubleshoots to determine location, and extent of equipment faults. Repairs equipment by adjusting, aligning, repairing, or replacing defective components. Tests repaired equipment to ensure compliance with technical specifications.

## MOS 94F Computer/Detection Systems Repairer

The Computer/Detection Systems Repairer performs or supervises field level maintenance and repair on microcomputers and electromechanical telecommunications equipment, field artillery digital devices, global positioning system receivers, switchboards, telephones, associated wire instruments/equipment, night vision devices/equipment, laser and fiber optic systems, mine detection and dispensing systems, battlefield illumination devices, electronic azimuth determining devices, and nuclear, biological, and chemical warning and measuring devices.

## MOS 94R Avionic and Survivability Equipment Repairer

The Avionics and Survivability Equipment Repairer performs field level maintenance on avionic navigation flight control systems, stabilization systems, equipment which operates using radar principles, and aircraft survivability equipment. Uses Test, Measurement, and Diagnostic Equipment (TMDE), Test Program Sets (TPS), and Interactive Electronic Technical Manuals (IETM) to determine the cause and location of malfunctions, extent of faults, and category of maintenance required. Inspects equipment for faults and completeness. Tests equipment to determine operational condition. Troubleshoots to determine location and extent of equipment faults. Repairs equipment by adjusting, aligning, repairing, or replacing defective components.

## MOS 94W Electronic Maintenance Chief

The Electronic Maintenance Chief supervises, monitors, and directs the electronic maintenance mission of the US Army. The electronic maintenance chief performs and supervises field level maintenance on all Army standard electronic equipment, systems, and associated devices, to include communications security equipment and controlled cryptographic items.

# Army

## Closed Additional Skill Identifiers

### 3J (M1 A2 Abrams Tank)

Identifies positions which require an incumbent who possesses detailed knowledge on the operation of the M1A2 Abrams tank and its weapons systems. Provides gunnery training on the M1A2 SEP Abrams Main Battle Tank to armor officers and noncommissioned officers who will be assigned to a Armor Brigade Combat Team as a M1A2 SEP tank commander.

### 3Z (Mortar Unit Officer)

Identifies positions which require the assignment of officers who are qualified to lead mortar units. Provides NCOs and Officers with the knowledge to supervise and direct the fires of a mortar platoon. Instructions include tactical employment of the mortar platoon, graphics, fire planning, mechanical training, FO procedures, and fire direction control procedures. Upon successful completion, enlisted personnel are awarded the additional skill identifier of B1 and Officers are awarded the additional skill identifier of 3Z.

### 5R (Ranger)

Identifies positions which require Ranger skills and knowledge of Ranger training. The Ranger Course is the Army's premier small unit tactics and leadership school. The Ranger Course is a mentally and physically challenging school that develops functional skills directly related to units whose mission is to engage the enemy in close combat and direct fi re battle.

### 5S (Ranger Parachutist)

Identifies positions which require individuals who are both Ranger and parachutist qualified. Individuals must meet the qualifications for 5P (Parachutist) and 5R (Ranger).

### 4W / W7 Special Forces Underwater Operations

The Combat Diver is trained to perform military open-circuit and closed-circuit combat dive operations, and is knowledgeable in waterborne surface infiltration and exfiltration tactics, techniques, and procedures. Includes open-circuit diving, closet-circuit diving, pool and tower training, diving medicine and science, waterborne infiltration, and culmination exercise.

### B1 (Infantry Mortar NCO Leader)

Must successfully complete the Infantry Mortar Leaders Course conducted by the U. S. Army Infantry School, Ft Benning, GA. Major subject areas include but are not limited to; Tactical Employment of Mortars; Fire Support Planning; Mechanical Training; Live Fire Exercises; Forward Observation Procedures; Fire Direction Procedures; Maintenance; and Survey Techniques.

### B2 (Light Leaders Course)

Must successfully complete the 3 week Light Leaders Course conducted under the auspices of the United States Army Infantry School (USAIS), Fort Benning, GA. Course provides weapons systems training with advanced infantry marksmanship strategies and standards (AIMSS), land navigation, tactics, foot marches, tactical planning, battle drills and squad field training exercises.

### B4 (Sniper)

Identifies positions requiring Soldiers qualified as snipers. Must successfully complete the Sniper Course, conducted under the auspices of the United States Army Infantry School, Ft Benning, GA. This course educates Snipers to be adaptive Soldiers, critical and creative thinkers, armed with the technical, tactical, and logistical skills necessary to serve successfully at the Sniper Team level. Prepare Snipers with a principal understanding of team duties and responsibilities.

### B7 (Bradley Transition Course)

Must successfully complete the 3 week Bradley Transition Course conducted by the U.S. Army Infantry School, Ft Benning, GA.

### B8 (Anti-Armor Leaders Course)

Must successfully complete the three week Heavy Weapons Leaders Course (HWLC) conducted under the auspices of the US Army Infantry School, Ft Benning, GA. The HWLC trains Soldiers in the rank of Sergeant through Lieutenant on the tactical employment of an anti-armor platoon and technical proficiency of the Javelin, Improved Target Acquisition System (ITAS) and Heavy Machine Guns while operating in a decentralized competitive environment.

### C2 (Dragon Gunnery)

Identifies positions requiring Soldiers qualified in the employment of XM47 medium anti-tank assault weapon system (Dragon). Must successfully complete the Dragon Gunnery Course, Ft Benning, GA.

### E9 (M90I Improved TOW Vehicle Gunner/Crew Training)

Identifies positions requiring Soldiers qualified in ITV operations.  Must successfully complete the ITV Gunner/Crew Training Course at Ft Benning, GA or Ft Knox, KY.

### K8 (Master Gunnery M 1 A2 Tank)

Identifies positions requiring Soldiers qualified to assess status of M1A2 unit gunnery training and vehicle mounted weapons maintenance. Develops and conducts gunnery training programs for the M1A2 tank.

### L7 (Joint Fires Observer)

Identifies positions for Soldiers requiring qualifications as Joint Fires Observer. Students will be trained on Jointly approved Tactics, Techniques, and Procedures (TTPs) such as: Close Air Support (CAS), Close Combat Attack (CCA), Artillery, Naval Surface Fire Support (NSFS). Students will also receive instruction in the operation of communications equipment and laser designating equipment (G/VLLD/LLDR).

### R4 (Stryker Armored Vehicle Operations/Maintenance)

Identifies positions requiring Soldiers qualified in IBCT operations.  Conducted under the auspices of the U.S. Army Armor School (MOS 19D and 19K).  Provides vehicle specific training on driver's station operations, driving, and maintenance and troubleshooting.

### R8 (Mobile Gun System Master Gunner)

Identifies positions requiring Soldiers qualified to assess status of IBCT unit gunnery training and vehicle mounted weapons maintenance. Develops and conducts gunnery training programs for the Mobile Gun System.

### W3 Special Forces Sniper (Target Interdiction)

The Special Forces Sniper receives training to perform Special Forces Sniper Operations. Soldiers are trained in level I Special Operations Sniper skills and operational procedures that are necessary for them to engage selected targets with precision fires from concealed positons at ranges and under conditions that are not possible for conventionally trained snipers in support of all SOF missions across the operational continuum.

### S6 Special Forces Combat Diving, Supervision

The Soldier is trained to plan and supervise combat diving operations. Receives training in tides and currents, submarine operating, diving operations, diving equipment, medical aspects of diving, recompression chamber operations, and diving physics.

### Q5 Special Forces Combat Diving, Medical

The Soldier is trained in medical aspects of combat diving operations. Receives training in Medical planning for diving operations, diving physiology, altitude diving, diving physics, diagnosis and treatment of diving injuries, dangerous marine life, recompression chamber operations.

**Army**

**Closed Skill Qualification Identifiers**

**G (Ranger)**

Identifies positions requiring assignment of Soldiers who are Ranger qualified. Must successfully complete the appropriate training at the Infantry School and meet physical qualifications for Ranger training and assignment outlined in AR 40-501.

### T (1st Special Forces Operational Detachment-Delta Unit Operator)

Must successfully complete the 1st Special Forces Operational Detachment-Delta Unit Assessment and Selection Course, Operator Training Course, and 18 months OJT in an operational element of 1st SFOD-D.P (Parachutist) as outlined in AR 614-200

**V (Ranger Parachutist)**

Identifies positions requiring assignment of Soldiers who are Ranger and parachutist qualified. Must successfully complete requirements for award of SQI G (Ranger) and P (parachutist) as outlined in AR 614-200.

### W Special Forces Advanced Reconnaissance, Target Analysis Exploitation Techniques

Identifies Active Component TDA/MTOE only positions requiring Soldiers qualified in Special Forces Advanced Reconnaissance, Target Analysis and Exploitation Techniques (SFARTAET) in support of Commander(s) in Chief(s) (CINCs) Extremes Forces. Must have successfully completed the 8 week Special Forces Advanced Reconnaissance, Target Analysis and Exploitation Techniques (SFARTAET) course conducted under the auspices of the Commander, U.S. Army John F. Kennedy Special Warfare Center and School (USAJFKSWCS), Ft Bragg, NC.

## Marine Corps

## Closed Officer Military Occupational Specialties

### MOS 0302 Infantry Officer

Infantry Officers are the commanders or their assistants in infantry and reconnaissance units in Marine Air-Ground Task Forces (MAGTFs). They plan, direct, and assist in the deployment and tactical employment of MAGTFs and any subordinate infantry and reconnaissance units. Infantry Officers are responsible for the discipline, morale, and welfare of their unit's Marines. To fulfill these responsibilities, they evaluate intelligence; estimate the operational situation; and formulate, coordinate, and execute appropriate plans for offensive/defensive maneuver, reconnaissance, fire support, nuclear, biological and chemical defense, directed energy warfare, communications and operational logistics and maintenance.

### MOS 0370 Special Operations Officer

Special Operations Officers (SOO) are Marine Officers responsible for the organization, training, planning, employment and execution of the Marine Special Operations Teams, Marine Special Operations Company and Marine Special Operations Battalion across the spectrum of the Special Operations Core Tasks of Special Reconnaissance, Direct Action, Foreign Internal Defense, and Counter- Terrorism, the Secondary Core Task of Information Operations and tasks in Support of Unconventional Warfare as part of the Marine Corps component to USSOCOM. Marine SOOs possess high levels of maturity, experience, judgment and the ability to rapidly apply critical thought to the operational environment. They may also possess advanced language capabilities and cultural familiarity, and are adept at working by, with and through partner nation forces in pursuit of strategic goals and objectives.

### MOS 0802 Field Artillery Officer

Field Artillery Officers command, or assist commanders in directing field artillery units. They direct tactical employment of the field artillery unit in combat, and coordinate unit's fire with other artillery units with mortar, air, and naval surface fire support ships. They evaluate intelligence, plan targeting at all echelons, and direct administration, communication, supply, maintenance, and security activities of artillery units.

### MOS 1802 Tank Officer

Tank Officers command, or assist in commanding tank units. They provide recommendations to the supported unit commander for the tactical employment of tank units. Tank Officers, as maneuver unit leaders, must be able to evaluate intelligence and the operational situation. Additionally, they formulate, coordinate, and execute operation orders.

## MOS 1803 Assault Amphibian Vehicle Officer

Assault Amphibious Vehicle Officers command, or assist in commanding, assault amphibian (AA) units, provide recommendations to the supported unit commander for the tactical employment of AA units. They also direct AA units on maneuvers, tactical problems, and in combat. In conjunction with the U.S. Navy units, they control the ship to shore movement of AAVs. AAV Officers are responsible for the AA unit's personnel and equipment readiness, operational employment, and the identification and coordination of required logistics support.

**Marine Corps**

**Closed Warrant Officer Military Occupational Specialty**

**MOS 0306 Infantry Weapons Officer**

The Marine Gunner is a Chief Warrant Officer specifically trained in the employment and training of infantry battalion organic weapons, gear and assigned personnel and in the basics of Combat Marksmanship as defined by the current version of MCO 3574.2. Gunners are special staff officers employed as the principal advisor to commanders at all levels. They assist in the development of training and employment plans designed to ensure Mission Essential Task compliance. They help design and vet the weaponeering and training policies of the commander and help to disseminate information to the unit's personnel regarding such policies. They generate and quantify reports on the unit's technical and tactical weaponeering proficiency and brief the unit commander as to where each subordinate unit sits in regards to his intent. They mentor the officers and Marines of the unit in all applicable mechanical, doctrinal and conceptual weaponeering and training matters as required to improve the general effectiveness and proficiency of the command. They have oversight of the unit's ammunition allocation and annual weapons requalification and certification programs. They accommodate all weapons organic to the MAGTF IAW the current version of MCO 3570.1.  Additional duties will include: Battalion Landing Team (BLT) Gunner ISO of a MEU, Team New Equipment Training (NET), new weapons systems and gear research and development, foreign weapons training, participation in applicable Course Curriculum Review Boards, new curriculum development for marksmanship and infantry related tasks, vetting of draft Infantry and Marine Corps Common Skills Training and Readiness Manuals and Fire Support Planning.

### Marine Corps

### Closed Enlisted Military Occupational Specialties

### MOS 0311 Rifleman

The Riflemen employ the M16M4/A4 Service Rifle, the M203 Grenade Launcher and the M27 Infantry Automatic Rifle (IAR) Riflemen are the primary scouts, assault, and close combat forces available to the MAGTF. They are the foundation of the Marine Infantry Organization, and as such are the nucleus of the fire team in the rifle squad, the scout team in the LAR Squad, and Scout Snipers in the infantry battalion. Noncommissioned Officers are assigned as Fire Team Leaders, Scout Team Leaders, and Rifle Squad Leaders.

### MOS 0313 Light Armored Vehicle (LAV) Crewman

The LAV Crewman provides driving and 1st echelon maintenance skills for all mission role vehicles organic to the LAR Battalion. The LAV Crewman also provides gunnery and weapons skills for the employment of the 25mm Chain Gun, the Coaxial and Pintle-Mounted 7.62mm Machineguns and thermal optics on the LAV-25 Variant. LAV Crewmen are knowledgeable in security and reconnaissance missions in support of the MAGTF. Noncommissioned Officers are assigned as LAV-25 Gunners and Vehicle Commanders. Staff Noncommissioned Officers are assigned as Vehicle Commanders and Platoon Sergeants.

### MOS 0321 Reconnaissance Man

The Reconnaissance Man is an Infantry Marine skilled in amphibious reconnaissance and ground reconnaissance. In addition to basic infantry skills, he possesses proficiency in scout swimming, small boat operations and refined observation, scouting, patrolling and long-range communications skills. Reconnaissance Men receive advanced training as Static Line and Military Freefall Parachutists and Jumpmasters, as well as Combatant Divers and Diving Supervisors.

### MOS 0331 Machine Gunner

The Machine Gunner is responsible for the tactical employment of the 7.62 mm Medium Machine-Gun, the 50 cal., and 40mm Heavy Machine-Gun, and their support vehicle. Machine Gunners provide direct fire in support of the Infantry Rifle squads/platoons/companies. They are located in the weapons platoons of the rifle and weapons company in the infantry battalion. Noncommissioned Officers are assigned as team leaders and squad leaders/section leaders.

### MOS 0341 Mortarman

Mortarmen are responsible for the tactical employment of the M224, 60mm Light Mortar and M252, 81mm Medium Mortar. Mortarmen provide indirect fire in support of the rifle

and LAR squads/platoons/companies and the infantry and LAR battalions. They are located in the weapons platoon of the Rifle Companies, 81mm Mortar Platoons of the Weapons Companies and LAR Companies. Noncommissioned Officers are assigned as Mortar Gunners, Forward Observers, Fire Direction Plotters, and squad and section leaders.

## MOS 0351 Infantry Assaultman

The Infantry Assaultman employs rockets, the Anti-Personnel Obstacle Breaching System (APOBS), and demolitions. Assaultmen provide rocket fire against fortified positions in support of the rifle squads, platoons, and companies within the infantry battalion. Additionally, Assaultmen employ APOBS, demolitions, and breaching/infiltration techniques to facilitate infantry maneuver in the offense, and demolitions and expedient counter mobility measures in the defense. Assaultmen are found in the assault sections of weapons platoons of the infantry rifle companies. Noncommissioned Officers are assigned as gunners, team, squad, and section leaders.

## MOS 0352 Antitank Missileman

The Antitank Missileman is responsible for the tactical employment of the M220E4 TOW2 Weapon System, M98A1 Javelin Weapons System, Anti-Armor Operations, and Tactical Vehicle Operations. They provide medium and heavy anti-armor fire in support of the infantry battalion, LAR battalion, tank battalion, and the MAGTF. They are located in the anti-armor platoon within the weapons company of the infantry battalions and LAR battalions, the scout and antitank platoons of the tank battalions; and the scout and antitank platoon in H&S Co 4th Tank Battalion (MARFORRES). Noncommissioned Officers are assigned as Gunners and squad leaders.

## MOS 0365 Infantry Squad Leader

Infantry Squad Leaders are created via the Squad Leader Development Program (SLDP) by a lateral move from the Infantry MOS of Rifleman (0311), Machine Gunner (0331), Mortarman (0341), Infantry Assaultman (0351), or Antitank Missileman (0352). SLDP was designed to synchronize the training and education of a second term infantryman with the assignments process that results in a more mature, better trained, and educated squad leader. Volunteers gain priority placement in Advanced Infantry Training and the Sergeants Course which professionalizes the squad leader billet and enhances the capabilities of Marine Infantry Squad Leaders for operations in complex and distributed environments. The Infantry Squad Leader plans for assigned missions and carries out the orders issued by the Platoon Commander. He is also responsible for the discipline, training, control, conduct, and welfare of his squad at all times, as well as the condition, care, and economical and effective use of it weapons and equipment. In combat, he is responsible for the tactical employment, fire discipline, fire control,

sustainment, and maneuver of his squad during offensive, defensive, amphibious, and stability operations.

## MOS 0369 Infantry Unit Leader

The Infantry Unit Leader assists commanders and Operations Officers in the training, deployment and tactical employment of rifle, weapons and antitank platoons/companies and infantry, are proficient in all the Infantry Weapons Systems. They supervise and coordinate the preparation of personnel, weapons and equipment for movement and combat, the establishment and operation of unit command posts, the fire and movement between tactical units, the fire of supporting arms, and the unit resupply and casualty evacuation effort. As a Platoon Sergeant or section leader in the rifle, Scout Sniper, weapons, Heavy Machinegun, Mortar, and Anti-Armor Platoons, he advises the Platoon Commander on all issues of discipline, morale and welfare.

## MOS 0372 Critical Skills Operator

Critical Skills Operators (CSO) are Marines trained to execute missions in the Special Operations Core Tasks of Foreign Internal Defense (FID), Direct Action (DA), Special Reconnaissance (SR) and Counter-Terrorism (CT), the Secondary Core Task of Information Operations (IO) and tasks in Support of Unconventional Warfare (UW) as part of the Marine Corps component to USSOCOM. CSO Marines possess high levels of maturity, experience, judgment and the ability to rapidly apply critical thought to operational objectives. They are able to quickly achieve a commander's intent through mission orders and the effective application of these traits. They succeed in the face of adversity by being able to make the right decision, at the right place, and at the right time. CSO Marines are teamoriented, but are trained and ready to function as individuals and as members of an element, team, company, battalion or regiment. They are capable of operations across the entire spectrum of Special Operations, from employment in isolated and austere locales with little-to-no conventional support to operations as fully integrated units in a Combined Joint Special Operations Task Force or other Joint task organized configurations. To facilitate this, CSOs are also intensively trained as a Subject Matter Expert in advanced communications, engineering, special weapons, intelligence, and advanced special operations, depending on their billet in the MSOT. CSOs operate as cross-cultural diplomats and global scouts, with the unique ability to exert influence in areas and situations that are absent authority. They may also possess advanced language capabilities and cultural familiarity, and are adept at working by, with and through partner nation forces in pursuit of strategic goals and objectives. CSO's possess a naval expeditionary character, and as such provides maximum versatility for Geographical Combatant Commanders. MARSOF Marines are capable of rapid integration and interoperability with the joint force.

## MOS 0811 Field Artillery Cannoneer

As a member of a Field Artillery Howitzer Battery, Cannoneers prepare artillery pieces and equipment for movement, combat, and firing. They inspect and prepare ammunition for firing, and perform the various jobs incident to firing such as, laying for elevation and deflection, loading the piece, and handling ammunition. Field Artillery Cannoneers perform preventive maintenance and clean artillery pieces and equipment.  They make routine tests and authorize repairs to equipment. Camouflage position, protect equipment from chemical warfare agents, and construct field fortifications.

## MOS 0844 Field Artillery Fire Control Man

Field Artillery Fire Control Men perform duties essential to the delivery of accurate artillery fire. Typical duties include preparation of fire control equipment for movement and operation, performance of detailed survey operations, performance of preventive maintenance, routine testing, authorized minor repairs to survey and fire control equipment, and operation of field communications equipment. Fire control computation includes the use of computer equipment systems, plotting survey data on firing charts, determination of target coordinates, and the conversion to target coordinates and observer's reports into firing data and commands. MOS 0844 is assigned upon completion of formal school. Upon promotion to Staff Sergeant and the appropriate formal school, the 0844 will be designated MOS 0848.

## MOS 0848 Field Artillery Operations Man

Field Artillery Operations Men perform the various duties associated with the operation of a field artillery and mortar fire direction center; operations or training section; artillery sensor section; survey section. Duties include preparing personnel and equipment for movement and operation; assisting in location of fire direction center in the field; maintaining a situation map, operations journal, and survey records; performing duties incident to the preparation, reproduction, and distribution of operations orders, training orders, memoranda, schedules, status reports, and S-3 periodic reports; preparing operations maps and overlays; assisting in the establishment and operation of artillery meteorological stations, direct atmospheric meteorological observation interpreting, evaluating and distributing atmospheric data; performing duties incident to execution of sensor plans essential to proper employment of field artillery; assisting in installation, orientation, operation, and maintaining target acquisition radar equipment; and training personnel in radar, meteorological, survey, acoustic, and fire direction procedures.

## MOS 0861 Fire Support Man

Fire Support Men perform duties incident to the planning, observation, conduct, and control of artillery and naval gunfire. These duties include planning, calling for, integrating, coordinating, observing and adjusting artillery (cannon, rocket, missile) and NSFS, employment of LASER designators, range finders, and LASER guided munitions and coordination of lethal and non-lethal fire support assets to include mortars, artillery (cannon, rocket, missile), NSFS, Fixed and Rotary wing CAS. These duties also include

operating communications equipment, establishing radio networks for voice and digital communications, as well as operating Marine Corps fire support systems.

## MOS 1812 M1A1 Tank Crewman

As members of an M1A1 Tank Crew or Unit, M1A1 Tank Crewman performs various duties incident to the operation and maintenance of the tank, to include tactical employment, firing and maneuvering. Typical duties include preparing tanks, personnel, and equipment for movement and combat; preparation of ammunition for firing; locating targets; loading, aiming and firing of organic tank weapons using the tank fire control system; driving the tank; and performance of operator-level preventive and corrective maintenance.

## MOS 1833 Assault Amphibian Vehicle Crewman

The Assault Amphibious Vehicle Crewman performs various duties related to the operation and maintenance of the AAV, to include tactical employment, Gunnery using the onboard weapon systems, communications, and maneuver. AAV Crewmen employ their vehicle in support of Infantry units during ship to objective maneuver and during subsequent operations ashore. Typical duties may include first echelon preventive and corrective maintenance, and pre-combat checks and inspections on the AAV and its associated equipment in order to support both amphibious and land operations.

## Marine Corps

## Open Officer Military Occupational Specialties

### MOS 0102 Manpower Officer

Manpower Officers plan, coordinate, execute and/or supervise the functions of Manpower (General Administration, Operational, Military and Civilian Staffing/Manpower, and Personnel Administration) in their respective commands and organizations. Manpower Officers coordinate with MOS 0170 Personnel Officers, as required, specifically for most matters of Personnel Administration, for which the Installation Personnel Administration Center (IPAC) has primary cognizance (if an IPAC is so designated). Manpower Officers serve as advisors to commanders for administrative matters. Manpower Officers are MAGTF Officers, supporting operations with the specific focus on policies and programs affecting individual service members in areas other than training and logistics. Billets include the unit S-1 Officer, Manpower Officer, G-1 Operations Officer, G-1 Adjutant, Deputy G-1, and the Assistant Chief of Staff (AC/S G-1) in the Operating Forces and Supporting Establishment, as well as joint assignments. Typical duties include at the company grade level: receiving and routing correspondence, maintaining the command files and directives, overseeing forms management programs, personnel strength reporting, processing awards and decorations, providing expertise on performance evaluations, safeguarding classified material, overseeing unit-level legal matters, casualty reporting and supervising unit-level postal functions. Typical duties at the field grade level include: overseeing the four functional areas of manpower (S-1/Adjutants section, personnel administration section, civilian manpower section, G1 Operations section), Manpower Plans and Policy Development, and Military and Civilian Manpower Planning and Staffing.

### MOS 0202 Marine Air/Ground Task Force (MAGTF) Intelligence Officer

Intelligence Officers function as advisors to commanders and staffs on all intelligence functions and operations. They are subject matter experts on all intelligence disciplines and their application across the spectrum of military operations. They formulate plans, policies, and procedures pertaining to intelligence operations at all levels of the Operating Forces, Supporting Establishment and Joint Commands. MAGTF Intelligence Officers can also fill billets as Battalion Commanders and Company Commanders in Intelligence Battalions, Radio Battalions, and Reconnaissance Battalions and in different capacities within the Marine Corps Special Operations Command. As commanders or officers in charge, they are responsible for the discipline, welfare, and effective employment of their unit's Marines. To fulfill these responsibilities, they collect, analyze, and evaluate information; estimate the operational situation; and formulate, coordinate, execute approved intelligence actions, operations, and activities. Additionally, they are responsible for their unit's communications capabilities, logistics, and maintenance.

## MOS 0203 Ground Intelligence Officer

Ground Intelligence Officers serve as commanders and staff officers in the operating forces and are responsible for tactical planning and employment of ground surveillance and reconnaissance units as well as the coordination of a unit's overall intelligence effort. Ground Intelligence Officers analyze and evaluate information; estimate the tactical situation; and formulate, coordinate, execute approved intelligence actions, operations, and activities to include offensive and defensive actions, reconnaissance, and fire support. They command and/or lead ground units in tactical information gathering operations and activities in support of identified collection requirements. Additionally, they are responsible for manning, training, equipping, sustaining, and maintaining their unit. Through the intelligence officer, they support the overall intelligence effort of the command.

## MOS 0402 Logistics Officer

Logistics Officers plan, coordinate, execute and/or supervise the execution of all logistics functions and the six functional areas of tactical logistics: supply, maintenance, transportation, general engineering, health services, and services. Logistics Officers serve as commanders or assistants to the commanders of tactical logistics units/ elements and as members of general or executive staffs in the operating forces, supporting establishment, and joint staffs. They perform duties of Mobility Officer, Maintenance Management Officer, Motor Transport Officer, Landing Support Officers, and are responsible for administrative and tactical unit movement of personnel, supplies, and equipment by all modes of transportation.

## MOS 0530 Civil Affairs Officer

Civil Affairs Officers assist the MAGTF commander to plan, coordinate, and conduct civil-military operations. They help ensure the civil implications of all MAGTF missions are considered throughout the Marine Corps Planning Process. Civil Affairs Officers act as an interface between the MAGTF commander and a wide variety of civilian populations, agencies, and organizations. Mission essential task/skill training is established in the T&R and includes graduation from the TECOM approved, skill designator awarding civil affairs course. This MOS will be assigned to unrestricted officers as a non-PMOS only by the DC, M&RA (MM).

## MOS 0602 Communications Officer

Communications Officers command, or assist in commanding, a communication unit or element. They supervise and coordinate all aspects of the planning, installation, operation, displacement and maintenance of data, telecommunications, radio systems, and computer systems.

## MOS 0603 Marine Air Ground Task Force Communications Planner

MAGTF Communication Planners serve in selected billets, which provide a G-6 with additional sources within the command staff section for the planning, coordination, and monitoring of C4 systems. This MOS may be assigned as a non-PMOS only.

## MOS 1302 Combat Engineer Officer

Engineer Officers command or assist in commanding engineer units consisting of Marines in various MOSs whose duties include: repair, maintenance and operation of heavy equipment; engineer reconnaissance; obstacle system emplacement; breaching operations, to include reducing explosive hazards; mine/countermine operations; employment of demolitions and explosives; urban breaching; route clearance operations; assault, tactical and non-standard bridging; design, construction and maintenance of combat roads and trails; design and construction of expedient roads, airfields and landing zones; design and construction of survivability positions; expedient horizontal and vertical construction; and design, construction and maintenance of base camps/forward operating bases and combat outposts; storage and dispensing of bulk fuel products; and the installation, operation and maintenance of Tactical Utility Systems.

## MOS 3002 Ground Supply Officer

Ground Supply Officers are a special staff officer that supervises the Commanders' Property, Plant & Equipment (PP&E) and Operating Material & Supplies (OM&S) to ensure improved data accuracy & existence and completeness (equipment accountability, visibility and auditability). They supervise and coordinate ground supply administration and operations for supply activities, units, bases, or stations, including operating forces and shore station organizations. Ground Supply Officers may direct the activities of a maintenance distribution or industrial type organization, and they command or serve in either an operating forces service unit or a nonoperating forces activity. Ground Supply Officers supervise the execution of policies and procedures pertaining to supply chain management to include: procurement; receipt; inventory control; repair; storage; distribution; issue; disposal; and computation and maintenance of stock positioning requirements. They provide supply support insight for operational planning requirements; supervise transportation of supplies and equipment; manage the transmittal of public funds; participate in the budget process, and administration and expenditure of allotted funds; and make necessary recommendations to the commanding officer regarding supply support procedures.

## MOS 7502 Forward Air Controller/Air Officer

Forward Air Controller/Air Officers direct and control close air support missions and advise commanders of ground units on matters pertaining to air support.

## MOS 7506 Any Pilot/Naval Flight Officer

This MOS will be used in T/Os to designate a billet to which any Pilot/Naval Flight Officer may be assigned but will not be assigned to an individual.

## MOS 8002 Joint Terminal Attack Controller

This is a EMOS which requires formal Joint Terminal Attack Controller (JTAC) training and certification. It forms the foundation skill set for assignment to appropriate JTAC billets in the Operating Forces. A JTAC is a qualified (certified) service member who from a forward position directs the action of combat aircraft engaged in close air support (CAS) and other offensive air operations. A qualified and current JTAC will be recognized across DoD as capable and authorized to perform terminal attack control. Mission essential task/skill training for JTAC is established in the T&R and includes graduation from the Tactical Air Control Party (TACP) Course at EWTG. Upon successful completion of the TACP Course, the JTAC will be designated combat capable, receive MOS 8002, JTAC, and will return to his unit for completion of the T&R requirements. Only T&R qualified and current JTACs may conduct Close Air Support (CAS) training operations without specified instructor supervision. No JTAC duties can be performed unless JTAC is current and qualified per the T&R. Training currency must be documented and certified in the JTAC training record.

## MOS 8006 Unrestricted Officer

This MOS will be used in T/Os to designate a billet to which any Unrestricted Officer, Ground or Naval Aviator, may be assigned but will not be assigned to an individual.

## MOS 8007 Unrestricted Ground Officer

This MOS will be used in T/Os to designate a billet to which any Unrestricted Ground Officer may be assigned, but will not be assigned to an individual.

## MOS 8041 Colonel, Ground

Colonel, Ground are officers in the grade of Colonel. This title and MOS will also be used to identify Colonel Ground Billets.

## Marine Corps

## Open Warrant Officer Military Occupational Specialties

### MOS 0170 Personnel Officer

Personnel Officers are Special Staff Officers, who supervise and manage a consolidated administrative office in matters pertaining to personnel administration. Personnel Officers must understand the duties, tasks, and responsibilities required for MOSs 0111 and 0171. Personnel Officers function as a supervisor, coordinator, and administrator of the manpower, personnel and pay information reported into the Marine Corps Total Force System (MCTFS) via the Unit Diary/Manpower Integrated Personnel System (UD/MIPS) or On Line Diary System (OLDS). Personnel Officers must possess knowledge of the Marine Corps standard word processing and database software packages and the MCTFS. Personnel Officers advise on issues related to personal affairs, benefits, and privileges accrued to members of the Armed Forces. Due to the diversity of commands throughout the Marine Corps, the duties and tasks performed by the Personnel Officer may overlap those performed by the adjutant.

### MOS 0430 Mobility Officer

Mobility Officers plan and execute unit movements of personnel, supplies, and equipment via all modes of transportation. They prepare and execute plans to deploy, sustain and redeploy Marine combat forces of a MAGTF, joint task, or as a member of a component command. They serve as Mobility Officers at the infantry regiment, aircraft group, MEU, MarDiv, MAW and MLG Level; MWSS, CLB, Aircraft Group, and as a Strategic Mobility Officer at the Combatant Command, Joint Task Force, MEF, and MARFOR levels. They also serve as Combat Cargo Officers (CCOs) on Naval staffs and LFORM compatible amphibious ships. Moreover, they coordinate and conduct unit-level embarkation and mobility training, and they are assigned as Embarkation and Strategic Mobility Instructors at Logistics Operations School, Marine Corps Combat Service Support Schools (MCCSSS) and Expeditionary Warfare Training Group Pacific (ETWGPAC). Mobility Officers analyze, translate, and execute commander's operational requirements and intent to support mission requirements. As subject matter experts (SME), they provide interface and articulate the strategic mobility requirements both present and future to appropriate agencies, such as; Headquarters Marine Corps, U.S. Transportation Command and her three Transportation Component Commands (TCCs); Surface Deployment Distribution Command, Military Sealift Command, and Air Mobility Command. This MOS is technical in nature and requires years of training, education, and experience to become proficient. Officers with a primary MOS of 0402 will not be assigned MOS 0430 as an additional MOS.

### MOS 2110 Ordnance Vehicle Maintenance Officer

Ordnance Vehicle Maintenance Officers manage the equipment readiness, work progress, and maintenance personnel qualification/training. They manage the activities of personnel engaged in the recovery, salvage, and maintenance of weapon systems

(ordnance vehicles). They supervise the functional areas of maintenance management; establish field maintenance sites, and procedures for the defense of those sites. They manage command environmental hazardous waste programs, and supervise and provide oversight of disposal, storage, emergency planning for hazardous waste, and ozone depleting substances.

## MOS 2120 Weapons Repair Officer

Weapons Repair Officers manage the equipment readiness, work progress, and maintenance personnel qualification/training. They manage the activities of personnel engaged in the recovery, salvage, and maintenance of weapon systems (small arms and artillery). They supervise the functional areas of maintenance management. They manage command environmental and hazardous waste programs. They supervise and provide oversight of disposal, storage, emergency planning for hazardous waste, and ozone depleting substances.

## MOS 2805 Data/Communications Officer

Data/Communications Maintenance Officers supervise and coordinate installation, operation, maintenance, and repair of data/ communications equipment and systems.

## MOS 3510 Motor Transport Maintenance Officer

The Motor Transport Maintenance Officers plan, coordinate, execute and/or supervise the execution of all functions of motor transport.  Motor Transport Maintenance Officers analyze, translate, and execute commander's operational requirements and intent to support mission requirements at the Battalion Squadron, Regiment, MSC, MEF and HQMC levels.  As subject matter experts they are responsible for training of operation and maintenance personnel, equipment readiness and availability and administrative and tactical unit movement of personnel, supplies and equipment by ground tactical motor transport methods. Due to the complex technical nature of this MOS, years of experience and training are required to become proficient. The Motor Transport Maintenance Officer can be responsible for the performance of duties as a Special Staff Officer with respect to motor transport operations and maintenance.

## MOS 5702 Chemical, Biological, Radiological, Nuclear Officer

CBRN Defense Officers function as supervisors, coordinators, and technical advisers, and special staff officers to the commanding officer for operational and technical functions associated with CBRN and supporting Combating Weapons of Mass Destruction (C-WMD) related issues within the command. CBRNDOs provide technical expertise pertaining to the management, procurement, and distribution of CBRN capabilities. They plan, coordinate, and supervise CBRN related training, and prepare plans, annexes, orders, and standard operating procedures relative to CBRN. CBRNDOs also advise commanders on the vulnerability of their own forces, and work with intelligence, plans and operations, and logistics communities in collecting, evaluating, and dissemination of information concerning enemy CBRN capabilities, as

well as other information relating to CBRN threats and hazards supporting C-WMD objectives. Marines entering this OccFld will initially receive a basic MOS 5701, Basic CBRN Defense Officer.

## Marine Corps

## Open Enlisted Military Occupational Specialties

### MOS 0111 Administrative Specialist

Administrative Specialists perform personnel, general operational and manpower management administration at all levels.

### MOS 0211 Counter Intelligence/Human Intelligence Specialist

CI/HUMINT Specialists are created by lateral move from any MOS. They are involved in all facets of planning and conducting CI and human intelligence operations and activities. CI activities are concerned with identifying and counteracting the threat of friendly forces posed by hostile intelligence organizations, or by persons engaged in espionage, sabotage, subversion or terrorism. HUMINT activities are designed to obtain intelligence information using human beings as both sources and collectors, where the human being is the primary collection instrument. CI/HUMINT Specialists are expected to possess a working knowledge of the organization, operations, and techniques employed by foreign intelligence services and terrorist organizations. They conduct human intelligence operations to collect information of intelligence value for the commander. They collect information of intelligence value by means of conducting interrogations, debriefings, screenings and liaison operations. CI/HUMINT Marines obtaining a qualifying DLAB score can receive language training. Qualified CI/HUMINT specialist use foreign language skills and/or interpreters to conduct CI/HUMINT activities; exploit foreign language documents; and recordings. In addition to knowing a foreign country's language, they are familiar with the area, customs, culture, religion, and traditions of its people, and infrastructure. In support of these functions, CI/HUMINT specialists utilize automated databases, interview/interrogation techniques, liaison, specialized CI techniques, technical support measures, intelligence/investigative photography, reporting-writing techniques and other capabilities as required to accomplish the mission. Marines selected for specialized billets requiring advanced training may be assigned to training venues hosted by other government agencies, other Services or technical schools. Requirements and selection for this training will be managed in coordination with subordinate Marine Corps units by Intelligence Department, IOC. Schools in excess of 120 days will incur time in service obligation. Prior to assignment to a school, the Marine must agree to 36 months of obligated service. Marines not agreeing to meet the obligated service requirements will not be assigned to specialized training. This MOS will be assigned and voided only by the authority of the CMC (MM). This MOS is applicable to the Reserves.

### MOS 0231 Intelligence Specialist

Intelligence Specialist is an entry level primary MOS. Intelligence Specialists are familiar with all phases and facets of intelligence operations. Typical duties of Intelligence Specialists involve the collection, recording, analysis, processing, and dissemination of information/intelligence. The Intelligence Specialist, depending on his/her rank, may

supervise intelligence sections of commands up to and including MEF. A percentage of 0231s will undergo foreign language training. Qualified Marines may fill billets that require foreign language skills to conduct interpretation/translation activities and to exploit foreign language documents and recordings. DoD has stated a career goal for professional linguists of achieving Interagency Language Roundtable General Professional Proficiency (level-3) in those modalities (listening, reading, and/or speaking) required to perform his or her primary function. Linguists are encouraged to take advantage of language training events in order to achieve this goal. This MOS will be assigned and voided only by the CMC (MM).

## MOS 0241 Imagery Analyst Specialist

Imagery Analysis Specialists are created by lateral move from any MOS. They process and analyze imagery gathered by various sensor platforms to derive intelligence. They use photogrammetric skills to assist the commander in accurate target acquisition and perform reconnaissance mission planning for multi-mission, multi-source imagery reconnaissance. Intelligence derived by the imagery analyst is used in updating military intelligence databases at national, theater, and organic level. Imagery analysis products include Battle Damage Assessment (BDA), Order of Battle (OOB), Lines of Communication (LOC) surveys, Helicopter Landing Zone (HLZ), coastal landing beaches, Expeditionary Airfields, Non-Combatant Evacuation Operation (NEO) studies and target identification.

## MOS 0411 Maintenance Management Specialist

The Maintenance Management Specialist provides advice, guidance, and assistance to the unit's equipment commodity/section managers and maintenance personnel to ensure a systematic approach to maintenance operations of ground equipment. The Maintenance Management Specialist supervises maintenance management and maintenance personnel in monitoring and reporting of maintenance management policy, programs, procedures and maintenance automated information system (MAIS) requirements and analyzes, maintenance management functional elements/areas, maintenance production functions, and maintenance engineering actions in support of equipment Total Lifecycle Systems Management (TLCSM) efforts. When serving in the capacity of the Maintenance Management Officer, coordinates the commander's interest, resources, production, and information requirements in operational planning to ensure effective management of personnel, equipment, maintenance, and materiel to meet operational objectives.

## MOS 0431 Logistics Embarkation Specialist

The Logistics/Embarkation Specialist prepares supplies and equipment for embarkation and performs various Force Deployment Planning and Execution (FDP&E) functions to support the movement of personnel, supplies, and equipment via all modes of transportation using commercial and military assets, at all levels including unit, MAGTF, and joint operations. They are trained in the application of Automated Information Systems (AIS) that are utilized throughout the Defense Transportation System (DTS) to

account, track, and interface movement data with load planning programs and joint AIS to support the FDP&E process and In Transit Visibility (ITV). The Logistics/Embarkation Specialist are trained to prepare aircraft and ship load plans that meet organizational requirements. They assist with the preparation, planning, and execution of strategic mobility plans in accordance with the Time Phased Force Deployment Data (TPFDD) used to deploy and sustain forward deployed forces. The Logistics/Embarkation Specialist also performs multiple logistics administrative duties within the J/G/S-4 section. They compile and maintain logistics support data, compute combat logistics support requirements, and coordinate combat logistics functions in support of MAGTF operations and deployments. At the SNCO level, they will also serve as Combat Cargo Assistants (CCAs) onboard naval amphibious assault ships. MOS 0491, Logistics/Mobility Chief is assigned as the primary MOS upon promotion to Gunnery Sergeant.

## MOS 0451 Airborne and Air Delivery Specialist

Airborne and Air Delivery Specialists are responsible for the maintenance of all life safety equipment relating to Airborne/Airdrop Operations. In addition, they will assist in preparing the supplies and equipment necessary to deliver personnel and equipment via parachute and conduct subsequent equipment recovery and throughput operations. They are responsible for performing parachute repack as well as conducting preventive and corrective maintenance on all airdrop equipment, and will assist in evaluating proposed Landing Zone/Drop Zones in order to support the planning and execution of effective personnel, supplies, and equipment clearance during airborne, airdrop and equipment recovery operations. They will also perform various supervisory duties in support of airborne and airdrop missions to include, but not limited to, mission planning, Jumpmaster (military freefall and static line), Drop Zone Safety and Malfunctions Officers.

## MOS 0481 Landing Support Specialist

The Landing Support Specialist performs various duties that support the establishment, maintenance and control of transportation throughput systems on beaches, landing zones, ports (air and sea), and terminals (rail, truck, and container) used in support of MAGTF operations and deployments. They are trained in the doctrinal concepts of landing support and the landing force support party; conducting port, arrival/departure airfield, helicopter landing zone, and rail head operations. The Landing Support Specialist is also trained in the application of Automated Information Systems (AIS) that are utilized throughout the Defense Transportation System (DTS) to track, and interface movement data with load planning programs and joint AIS to support the FDP&E process and In Transit Visibility (ITV). NCOs and Staff NCOs plan, conduct, and supervise landing support operations and training. At the MAGTF level, they assist with the throughput of unit personnel, supplies and equipment. They also assist with the preparation, planning, and execution of strategic mobility plans in accordance with the Time Phased Force Deployment Data (TPFDD) used to deploy and sustain forward deployed forces. At the SNCO level, they will also serve as Combat Cargo Assistants

(CCAs) onboard naval amphibious assault ships. MOS 0491, Logistics/Mobility Chief is assigned as the primary MOS upon promotion to Gunnery Sergeant.

## MOS 0491 Logistics/Mobility Chief

The Logistics/Mobility Chief coordinates, plans, conducts and supervises logistics, embarkation, and landing support operations throughout the Marine Corps. They are also responsible for unit level logistics and embarkation training. They coordinate all combat logistics functions to deploy and sustain Marine combat forces of a MAGTF and its attached units. Logistics/Mobility Chiefs also serve as Combat Cargo Assistants (CCAs) onboard naval amphibious staffs and ships. They serve on General Officer Staffs at the MEF, MARFOR, and HQMC level and conduct planning and execution of AFTF deployments at the strategic level. Logistics/Mobility Chiefs articulate command strategic mobility requirements both present and future to appropriate agencies, such as; Headquarters Marine Corps, U.S. Transportation Command and her three Transportation Component Commands (TCCs); Surface Deployment Distribution Command, Military Sealift Command, and Air Mobility Command. As the Logistics/Mobility Chiefs' career progresses, they are assigned to Naval and Joint Staffs as a liaison for the Marine Corps where they provide interface and address Marine Corps' mobility and lift requirements. They can also be assigned to serve with the TCCs as liaisons to convey the MAGTF commander's operational requirements to support unit moves at the operational/strategic level.

## MOS 0511 Marine Air Ground Task Force Planning Specialist

The Enlisted MAGTF Planning Specialist is responsible for functional support in the areas of GFM, Joint Combat Capability Assessment (JCCA), and FDP&E. Typical duties include updating plan via established GFM/FDP&E automated data processing tools and coordinating execution of force deployment plans.

## MOS 0531 Civil Affairs Non-Commissioned Officer

Civil Affairs Noncommissioned Officers perform various duties involving planning, coordinating, and conducting civil-military operations (CMO). They conduct research analysis, and execution of civil affairs area studies, area assessments, and CMO estimates. This MOS will be assigned as a FMOS only. Mission essential task/skill training is established in the T&R and includes graduation from the TECOM approved, non-PMOS awarding civil affairs course. Upon successful completion of this course, the Marine will be designated a Civil Affairs Noncommissioned Officer.

## MOS 0612 Tactical Switching Operator

Tactical Switching Operators are the foundation of cabled communications in the Marine Corps. The primary function of personnel holding this designation is to install, operate, and maintain analog, TDM, and internet protocol telecommunications systems that interconnect key locations with reliable paths for the transmission of classified and unclassified voice, video, and data services. Typical duties of this MOS include

installing, maintaining, and recovering cable distribution infrastructure, telephones, local session controllers, media gateways, and media converters. Skill progression training for Sergeant and Corporal is the Telecommunications Supervisor's Course.

## MOS 0619 Telecommunications System Chief

Telecommunications Systems Chiefs supervise and perform advanced installation, operation, and maintenance of cable infrastructures and command and control telephony systems. These systems provide transport for critical classified and unclassified voice, video and data services. In addition, Telecommunication Systems Chiefs manage budgeting, inventory, plans, quality control, and operations of garrison inside and outside plant telecommunications networks. Skill progression training for Gunnery Sergeants and Staff Sergeants is the Telecommunications Systems Chiefs Course.

## MOS 0621 Field Radio Operator

Field Radio Operators employ radio to send and receive messages. Typical duties include the set up and tuning of radio equipment including antennas and power sources; establishing contact with distant stations; processing and logging of messages; making changes to frequencies or cryptographic codes; and maintaining equipment at the first echelon. Skill progression training for Sergeant and Corporal is Radio Supervisors Course.

## MOS 0622 Digital Multi-Channel Wideband Transmission Equipment Operator

The Digital Multi-Channel Wideband Transmission Equipment Operator is trained to install, operate and maintain the AN/MRC-142 Digital Wideband Transmission Systems (DWTS). Marines trained on the operation of the platform can employ the AN/MRC-142 to exchange data in a single point-topoint (PTP) configuration or two separate simultaneous locations for multipoint operation.

## MOS 0627 Satellite Communications

The Satellite Communications Operator is a Marine that's trained to install, operate and maintain various satellite communication platforms from the Secure Mobile Anti-Jam Reliable Tactical Terminal (SMARTT/AEHF) AN/TSC-154, the Lightweight Multi-Band Satellite Terminal (LMST/SHF) AN/USC-65(V), the Phoenix Tactical SHF Terminal (TSST) AN/TSC-156 and Very Small Aperture Terminal-Large (VSAT-L), providing classified and unclassified data, voice and video teleconferencing capabilities in garrison or tactical environments.

## MOS 0629 Radio Chief

Radio Chiefs supervise the installation and operation of fixed and field radio systems, microwave systems, and satellite communications systems. A Radio Chief must be

familiar with the equipment capabilities and system integration for all elements of switching, transmission, data communications, and information assurance. They prepare and execute radio communications and plans vital to successful deployments for highly mobile and reliable communications. Additionally, the Radio Chiefs must understand maintenance and be familiar with budgeting, and administration. Skill progression training for Gunnery Sergeant and Staff Sergeant is the Radio Chief Course.

## MOS 0648 Spectrum Manager

Spectrum Managers coordinate the use of Marine Air Ground Task Force (MAGTF) Spectrum-Dependent (S-D) Equipment and Systems into the electromagnetic environment (EME). Spectrum Managers must be thoroughly familiar with and trained in international, national, DOD, Joint and Service level spectrum policy, allocations and frequency assignment procedures; spectrum supportability and certification procedures; coordination of Host Nation Approval (HNA); radio theory; spectrum analysis and engineering effects of electromagnetic compatibility (EMC); and determination, mitigation and resolution of electromagnetic interference (EMI). Spectrum Managers implement policy and guidance for the effective and efficient use of the electromagnetic spectrum; administer and manage the MAGTF's use of national level and DOD associated spectrum databases; and coordinates the development of the Communications Electronic Operating Instruction (CEOI) and Joint Restricted Frequency List (JRFL). Spectrum Managers must be knowledgeable of all DOD/Service and commercial S-D equipment and systems to include, but not limited to, command and control, communications, intelligence, surveillance and reconnaissance (ISR) assets, aviation platforms, radar and navigation, electronic warfare (EW), munitions and weapons systems, etc.

## MOS 0651 Cyber Network Operator

Cyber Network Operators are responsible for the installation, configuring and management of cyber network systems in both stand alone and client-server environments including Microsoft based curriculum and MS Exchange/Server, CISCO Certified Network Associate (CCNA) modules 1, 2 and 3, as well as other authorized cyber network systems. They install, configure and maintain cyber services, both hardware and software.  They also plan and execute the integration of multiple information systems to include Data Distribution System-Replacement/ Modular (DDS-R/M), in a network environment, evaluate and resolve customer information system problems and effect hardware upgrades and repair to maintain mission capability. Skill progression for Sergeants and Corporals is the Cyber Network Supervisor Course.

## MOS 0659 Cyber Network Systems Chief

Cyber Network Systems Chiefs perform advanced systems installation, operation, integration and troubleshooting in order to maintain optimum secure cyber communication systems. They plan and supervise the installation, configuration and maintenance of all cyber communication systems and network services in both a

garrison and deployment environment. Cyber Network Systems Chiefs plan and design local and wide area networks and link heterogeneous networks through the application of appropriate cyber and telecommunication hardware and software. Skill progression training for Gunnery Sergeants and Staff Sergeants is the Cyber Systems Chief Course.

## MOS 0681 Information Security Technician

Information Security Technicians serve as the primary functional proponent for cryptographic key management infrastructure. These Marines provide day-to-day operation of the Electronic Key Management System (EKMS), as well as other duty areas related to Information Security (INFOSEC), such as Public Key Infrastructure (PKI) and FORTEZZA Card Management. Entry-level input to this MOS may be from any MOS at the grades of Staff Sergeant or Gunnery Sergeant. This MOS will be awarded by the CMC (C4) to Marines approved for lateral move and on completion of one of the listed approved courses in subparagraph b(3) below.

## MOS 0699 Communications Chief

Communications Chiefs are the Senior Staff Noncommissioned Officers that directly assist the communications officer in developing the communications plan. A Communications Chief must possess an overall knowledge of the equipment capabilities and system integration for all elements of switching, single-channel radio, transmission, cyber networks and information assurance. Additionally, they must have overall knowledge of maintenance, budgeting and administration. They supervise communication units to determine equipment and operational readiness thereby supervising the installation, operation and maintenance of communication facilities. The skill progression training for Master Gunnery Sergeants and Master Sergeants is the Communications Chief Course.

## MOS 0913 Marine Combat Instructor

The Marine Combat Instructor instructs and assists in the training of basic combat skills to entry level Marines to include: weapons handling, automatic weapons, munitions, combat conditioning, land navigation, communications, NBC protection, offensive/defensive tactics and scouting/patrolling. The Marine Combat Instructor reinforces core values instilled in recruit training by setting the superior example with professional conduct, knowledge, bearing and attitude, provides student performance counseling, assists in the conduct of parades and ceremonies, and maintains records and prepares reports.

## MOS 0932 Small Arms Weapons Instructor

Small Arms Weapons Instructors conduct all phases of the Marine Corps Marksmanship training. They develop comprehensive marksmanship training plan based on commander's guidance. They conduct and supervise all small arms marksmanship-

training evolutions in support of unit mission. This MOS may be assigned to a Marine or used as a billet designator.

## MOS 1141 Electrician

Using knowledge of electrical theory and concepts, Electricians install, operate, maintain, and repair underground, above ground, overhead and tactical electrical power distribution systems. Additionally, Electricians operate and perform organizational level operator/crew maintenance on electrical power generation equipment, load banks, and floodlight sets. When on Humanitarian Assistance and Civil Military Operations, they install and repair interior wiring in buildings. These duties may include installing hardware, including cross-arms, insulators, and lightning arresters; assembling/erecting and climbing utility poles; stringing wire conductors; measuring, cutting, bending, assembling, and installing electric conduit; installing control and distribution apparatus, such as switches, relays, and circuit breakers; testing circuits for continuity, compatibility, and safety, including ground of components, using test instruments such as multi-meters and ohmmeters; and installing and repairing electric fixtures but not limited to, ground testers. Corporal through Staff Sergeant are afforded the opportunity to attend a skill progression course the Advanced Electrician Course that provides in-depth instruction on the requirements of the National Electric Code (NEC) and the planning of electrical support to include determining demand, phase balancing, and voltage drops. An apprenticeship program, leading to U.S. Department of Labor certification as a Journey Worker, is available to Electricians under the United Services Military Apprenticeship Program (USMAP).

## MOS 1142 Engineer Equipment Electrical System Technician

Using knowledge of electrical theory and concepts, and electronic fundamentals, Engineer Equipment Electrical Systems Technicians repair electric motors, electronic modules, motor control circuits, and electric power generation equipment. These technicians also troubleshoot digital/logic components/circuits and make organizational and intermediate level repairs on the electrical systems of engineer and general supply equipment. Duties include diagnosing problems and making repairs utilizing manuals, schematic diagrams, wiring diagrams, and other specifications, using hand tools, power tools, and electrical and electronic test equipment. Repairs include soldering connections and replacing wires, malfunctioning apparatus, and components, including some faulty mechanical, hydraulic and pneumatic parts on equipment. Corporal through Staff Sergeant are afforded the opportunity to attend a skill progression course the Advanced Engineer Equipment Electrical Systems Technician Course that provides in-depth instruction on the integrated electrical systems of Combat Operations Center (COC) Integrated Trailer/ECU/Generator (ITEG); the interaction between electrical and hydraulic systems of Material Handling Equipment (MHE) using the CAT E-Tool, along with reprogramming of fault codes and parameters on controls of Tactical Quiet Generators sets; and electrical control of refrigerant systems and heater elements of Environmental Control Units (ECU), and Containerized Batch Laundry (CBL) units. An apprenticeship program, leading to U.S. Department of Labor certification as a Journey

Worker is available to Engineer Equipment Electrical Systems Technicians under the United Services Military Apprenticeship program (USMAP).

## MOS 1161 Refrigeration and Air Conditioning Technician

Refrigeration and Air Conditioning Technicians must be certified by the Environmental Protection Agency (EPA) to handle Hydro Chlorofluorocarbons (HCFCs) and Chlorofluorocarbons (CFC). They install, operate and perform organizational and intermediate level repairs on field refrigeration and environmental control units for all ground operations and equipment. These duties include installing refrigeration systems according to engineering specifications; recovery of specified gases or fluids from systems; dismantling and testing malfunctioning systems using electrical and mechanical, testing equipment, and repairing systems by replacing or adjusting defective and worn parts. An apprenticeship program, leading to U.S. Department of Labor certification as a Journey Worker, is available to Refrigeration and Air Conditioning Technicians under the United Services Military Apprenticeship Program (USMAP).

## MOS 1171 Water Support Technician

Water Support Technicians install, operate, inspect, and perform preventive and corrective maintenance on pumps, water purification equipment, water storage/distribution systems, and laundry and shower facilities. They conduct and evaluate water surveys, water reconnaissance, and water quality analysis as well as establish, maintain, and close sanitation systems. When on Humanitarian Assistance and Civil Military Operations these technicians also plan, install, and repair the plumbing systems of structures. These duties include cutting, bending, and threading pipes; joining pipes using screws, bolts, fittings, solder, and plastic solvent; cleaning tanks; testing water to determine acidity, impurities, turbidity, and conductivity; and regulating the flow of raw water for treatment while mixing it with specified amounts of chemicals in the purification process. Corporal through Staff Sergeant are afforded the opportunity to attend a skill progression course the Advanced Water Support Technician course (M03UAC2) that provides in-depth instruction on the requirements of the Uniform Plumbing Code (UPC) and the planning of water support. An apprenticeship program, leading to U.S. Department of Labor certification as a Journey Worker, is available to Water Support Technicians under the United Services Military Apprenticeship Program (USMAP).

## MOS 1316 Metal Worker

Metal Workers examine drawings and work orders; determine sequence of operations, materials, tools, equipment, time, and personnel required. They also perform installation, operation, maintenance and repair of metalworking, and welding equipment and material.

## MOS 1341 Engineer Equipment Mechanic

Engineer Equipment Mechanics perform preventive maintenance and make repairs to diesel engines and gasoline and diesel driven construction equipment such as tractors, power shovels, road machinery, air compressors, concrete mixers and other engine driven or towed construction equipment.

## MOS 1342 Small Craft Mechanic

Small Craft Mechanics perform preventive maintenance and repairs to bridge erection boats and rubber-hulled vessels; repair diesel engines, outboard engines and hydro jet propulsion systems; and repair small craft trailers and cradle systems.

## MOS 1345 Engineer Equipment Operator

Engineer Equipment Operators operate gasoline or diesel engine powered, self-propelled, skid-mounted, and towed engineer construction equipment including accessories and allied equipment used in earthmoving, grading, excavation, logging, clearing, and landing operations.

## MOS 1361 Engineer Assistant

Engineer Assistants perform various duties incidental to construction design, planning, estimating, and management. Personnel assigned this MOS are trained to use optical reading/electronic total station survey instruments to establish the horizontal and vertical alignment/layout for construction projects. In addition, they are trained to use manual/ Computer Aided Drafting (CAD) methods of preparing architectural/mechanical/civil drawings, to include computations for bills of material/earthwork volumes.

## MOS 1371 Combat Engineer

Combat Engineers conduct engineer reconnaissance; emplace obstacle systems; conduct breaching operations, to include reducing explosive hazards; conduct mine/countermine operations; employ demolitions and military explosives; conduct urban breaching; conduct route clearance; provide assault bridging, tactical bridging and non-standard bridging/repair; construct and maintain combat roads and trails; construct expedient roads and airfield/landing zones; design and construct survivability positions; perform expedient vertical and horizontal construction; design, construct and maintain base camps/forward operating bases and combat outposts; and fight as provisional infantry.

## MOS 1372 Assault Breacher Vehicle (ABV)/Armored Vehicle Launched Bridge (AVLB) Crewman

The ABV/AVLB Crewman is a NMOS for PMOS 1371, Combat Engineer. Job tasks associated with operations of the ABV/AVLB Crewman will be those tasks required to

drive the unit, operate the breaching/bridging systems, provide protection, and communicate. Operator/Crew level maintenance tasks will also be included.

## MOS 2111 Small Arms Repairer/Technician

Small Arms Repairer/Technician in the grade of Private through Lance Corporal, under supervision, performs basic duties to include to inspection, maintenance, and repair of all small arms, less vehicular mounted weapons. The Small Arms Repairer/Technician also completes basic shop administrative forms and records utilizing technical manuals and Marine Corps Orders. At the Corporal through Gunnery Sergeant level the Small Arms Repairer/Technician performs, trains, and supervises various duties incident to inspection, maintenance, and repair of all small arms, to include Vehicular Mounted Small Arms. The Small Arms Repairer/Technician also prepares, maintains, and supervises a shop maintenance and management program and coordinates maintenance and repair of small arms according to grade.

## MOS 2112 Precision Weapons Repairer/Technician

The Precision Weapons Repairer/Technician performs duties incident to inspection, maintenance, fabrication, and repair of precision small arms in support of the Competition-In-Arms Program (CIAP) and Depot Maintenance Intra-service Support Agreement (DMISA) program. This MOS will be assigned as a NMOS only.

## MOS 2131 Towed Artillery Systems Technician

The Towed Artillery Systems Technician, under supervision, performs basic duties incident to inspection, maintenance, and repair of Towed Artillery Howitzers. The Towed Artillery Systems Technician also completes basic shop administrative forms and records utilizing technical manuals. At the Gunnery Sergeant through Corporal level, the Towed Artillery Systems Technician performs, trains, and supervises various duties incident to inspection, maintenance and repair of towed artillery howitzers. The Towed Artillery Systems Technician also prepares, maintains and supervises a shop maintenance and management program, and performs the maintenance and repair of Towed Artillery Howitzers according to grade.

## MOS 2141 Assault Amphibious Vehicle Repairer/Technician

The AAV Repairer/Technician, under supervision, performs basic automotive and hull duties incident to inspection, maintenance, and repair of the AAV family of vehicles. The AAV Repairer/Technician also completes basic shop administrative forms and records utilizing technical manuals. The Gunnery Sergeant to Corporal level supervises, and performs various duties incident to the inspection, maintenance, and repair of the automotive and turret systems of the AAV. The AAV Repairer/Technician also prepares, maintains and supervises shop maintenance and management program, and coordinates maintenance and recovery operations according to grade.

## MOS 2146 Main Battle Tank Repairer/Technician

The MBT Repairer/Technician performs basic automotive duties incident to inspection, maintenance, and repair of the Marine Corps MBT, Tank Retriever (M88A2), and Armored Vehicle Launched Bridge (AVLB). The MBT Repairer/Technician also completes basic shop administrative forms and records utilizing technical manuals. At the grades of Sergeant and above, the MBT Repairer/Technician trains, supervises, and performs various duties and tasks incident to the inspection, maintenance, and repair of the automotive and turret systems of the Marine Corps MBT. The MBT Repairer/ Technician also prepares, maintains, and supervises shop maintenance and management programs, and coordinates maintenance and recovery operations according to grade.

## MOS 2147 Light Armored Vehicle Repairer/Technician

The LAV Repairer/Technician, under supervision, performs basic automotive duties and tasks incident to inspection, maintenance, and repair of the LAV family of vehicles. The LAV Repairer/Technician also completes basic shop administrative forms and records utilizing technical manuals. At the grade of Corporal and above, the LAV Systems Technician trains, supervises, and performs various duties and tasks incident to the inspection, maintenance, and repair of automotive and turret systems of the LAV family of vehicles. The LAV Systems Technician also prepares, maintains, and supervises shop maintenance and management programs, and coordinates maintenance and recovery operations according to grade.

## MOS 2149 Ordnance Vehicle Maintenance Chief

Ordnance Vehicle Maintenance Chiefs supervise the maintenance, repair, and inspection of ordnance vehicles to include their turrets and direct the activities of assigned enlisted personnel in an ordnance vehicle repair shop or facility. Senior Ordnance Vehicle Maintenance Chiefs supervise and manage the administration of ordnance vehicle maintenance facilities and ordnance vehicle offices. The Senior Ordnance Vehicle Maintenance Chief is proficient in the organization, management, operation and conduct of technical inspections of ordnance vehicles, ordnance vehicle maintenance equipment, and ordnance vehicle shops or facilities. The Senior Ordnance Vehicle Maintenance Chief assists the ordnance vehicle maintenance officer in all duties. They manage command environmental and hazardous waste programs. They supervise and provide oversight of disposal, storage, emergency planning for hazardous waste, and ozone depleting substances.

## MOS 2161 Machinist

Machinists perform various duties incident to fabrication, repair or modification of engineer, motor transport, weapons, and accessories. Duties include selection of proper stock and set up of work on lathes, shapes, milling machines, internal and external grinders, drill presses, saws and cylinder, or line-boring machines. Machinists work from sketches, diagrams, blueprints, written specifications, or oral instructions.  The control of

quality and accuracy is met by the Machinists' use of precision measuring devices to include micrometers, vernier gauges, and various other gauges and the subsequent adjustment of machine tool controls.  Fabrication of metals is also followed by welding with all standard welding equipment. Maintenance of all shop equipment is performed to ensure that serviceability is sustained. Coordination with other repair shops, reporting of work completion, and the shop administrative functions are requirements to be effected by machinists.

## MOS 2171 Electro-Optical Ordnance Repairer

The Electro-Optical Ordnance Repairer performs electrooptical maintenance and repair to ground ordnance laser and night vision devices, small missiles systems, and other fire control equipment. Duties also include performing mechanical, mechanical-optical and electrical repairs to include inspecting, troubleshooting and adjusting fire control instruments and systems. The Electro-Optical Ordnance Repairer, grades Private through Corporal, also completes basic shop administrative forms and records using technical publications. At the grades of Sergeant and above, the Electro-Optical Ordnance Repairer trains, supervises, and performs various duties and tasks incident to the management of an Electro-Optical Ordnance Repair shop or facility.

## MOS 2311 Ammunition Technician

Ammunition Technicians work in every facet of the ammunition field, including receipt, storage, issue, and handling of ammunition and toxic chemicals.

## MOS 2651 Special Intelligence System Administrator/Communicator

Special Intelligence System Administrators/Communicators' duties encompass all aspects of special intelligence communications including the utilization of specialized classified communications equipment. Special Intelligence Communicators' duties include support to unit-unique computer security systems, information assurance, and Garrison and Tactical Special Intelligence Communications Networks. Communicators also maintain files, log special intelligence communications related publications and perform other operational and administrative tasks.

## MOS 2821 Technical Controller

Technical Controllers operate and maintain technical control equipment. They establish technical control sites, locate and correct faults, and improve signal quality in communications networks to maintain adequate communications and data services for the MAGTF commander.  Typical duties include testing of circuits to ensure circuit quality is maintained, repairing faults or reducing degradation in communications networks, and maintaining records on activation/deactivation of communications links and maintenance actions performed. Technical Controller Marines operate and maintain technical control equipment by performing tasks including equipment adjustments and replacing faulty components/parts.

### MOS 2841 Ground Electronics Transmission Systems Maintainer

Ground Electronics Transmission Systems Maintainers are trained to install, diagnose, modify, and perform field level maintenance on Ground Common Transmission Systems, Digital Fires Situational Awareness Systems, Vehicle Intercommunications Systems, Vehicle Electronics Equipment, related electronic equipment, electronic jamming systems, and miscellaneous non-communication systems. Typical duties include the troubleshooting and repair of ground common radio systems, Ground Common Tactical Wideband Transmission Systems and related electronic equipment at an organizational unit or intermediate maintenance activity. These Marines also requisition parts, complete service requests, and to assist in the installation of Ground Electronics Transmission Systems.

### MOS 2847 Ground Electronics Telecommunications and Information Technology System

Ground Electronics Telecommunications and Information Technology Systems Maintainers are trained to install, diagnose, modify, and perform field level repairs on repairs on Marine Corps Common Hardware Suite (MCHS) systems, intelligence processing systems, information technology systems, telephone switching systems, and related equipment. Typical duties include the repair and alignment to ground common telephone and switching equipment, intelligence processing equipment, data distribution systems, and information technology end user devices (e.g. computers, printers, or plotters), and associated peripheral devices. These Marines also requisition parts, complete service requests, and assist in the installation of Information Technology Systems.

### MOS 2862 Ground Electronics Systems Maintenance Technician

Ground Electronics Systems Maintenance Technicians are qualified to perform complex diagnosis, field level repairs, and modifications to ground electronics systems. These technicians supervise ground electronics systems maintenance activities and instruct in the use and maintenance of ground electronics communications systems. Typical duties include complex field level repairs and modifications to ground electronics systems, supervision of a maintenance section or shop, coordination of equipment evacuation for repair with other maintenance activities, requisitioning of parts, and monitoring maintenance reports. These technicians also provide technical assistance during the employment and installation of data/radio communication systems. This MOS is career progression for MOSs 2831, 2841 and 2847. Preferred target for assignment to career progression training is at the 5-8 years' time in service (TIS) mark.  MOS 2862 is assigned upon completion of the Electronics Maintenance Technician Course. MOS 2891, Electronics Maintenance Chief, is assigned upon promotion to Master Sergeant and completion of required training.

## MOS 2887 Artillery Electronics Technician

Artillery Electronics Technicians are training to operate and maintain Counter Mortar Radar Systems, Meteorological Measuring Systems, Chronograph Systems, and Ancillary Ground Radar Systems. Tasks include the siting, installing, inspecting, testing, and repairing of the systems with emphasis on inspection. Artillery Electronics Technicians maintain necessary records on maintenance performed, hours of operation, and systems or component tests. MOS 2891, Electronics Maintenance Chief is assigned upon promotion to Master Sergeant and completion of required training.

## MOS 2891 Ground Electronics Systems Maintenance Chief

Ground Electronics Systems Maintenance Chiefs perform staff duties in formulating and implementing maintenance plans to support tactical logistics IAW MCWP 4-11. These Maintenance Chiefs will develop policies and procedures for ground electronics systems maintainers to perform inspection and classification; servicing, adjustment, and tuning; repair; modification; recovery and evacuation; overhauling and rebuilding; and testing and calibration of Ground Electronics Systems Equipment and miscellaneous electronics systems used by Marine Corps Ground Forces. As a Senior Staff Noncommissioned Officer in a highly technical field, the Electronics Maintenance Chief is qualified to manage the activities of Ground Electronics Maintenance Personnel from diverse maintenance specialties within the MAGTF. Duties may include teaching electronics theory and maintenance best practices, supervising a maintenance shop, writing evaluation test plans, and inspecting units performing electronics maintenance. This MOS is a career progression for Gunnery Sergeants with MOSs 2831, 2862, and 2887.

## MOS 3043 Supply Administration and Operations Specialist

Supply Administration and Operations Specialists perform every facet of ground supply administration and operations. These Marines must be able to accomplish the technical duties in retail and wholesale supply accounting within every Marine Corps activity and unit. In addition to requisition and procurement processing, they operate personal computers, multimedia data entry, scanning and retrieval systems, generate routine reports, and perform technical research for customer inquiries. They maintain and prepare necessary inventory control; maintain custody records; perform reconciliations; and administer and expend unit allocated funds.  They must use critical thinking skills to identify and take timely corrective action to solve data output and supply administration problems. Make recommendations to the Supply Officer on supply related issues.

## MOS 3051 Packaging Specialist

Warehouse Clerks perform various duties within supply chain management to include receiving; inspecting; locating; storing; rotating; safekeeping; issuing; preparing; shipping; material return; care in storage; and disposal of supplies and equipment. These clerks maintain personal computer and mainframe locator systems in order to conduct inventories, maintain records of sub-custodied principal items, monitor shelf life

items, input data entry transactions, and retrieval of historical records. All records must be maintained according to NARA-approved dispositions per references (cb) and (bp). They maintain hand held optical character recognition scanners, devices, and multimedia retrieval systems. These Marines are licensed to operate MHE (forklifts, tractors, etc.) and operate bulk and small parts conveyer systems used in warehousing operations. They identify packaging requirements and ensure items are maintained as required; comply with fire and safety regulations; use protective measures for items in storage, including open storage lots and hazardous materials storage areas; establish field supply support areas. They will use detailed technical data from the Federal Logistics System for the development and execution of a care and storage program to include the development of storage space requirements; per weight, cube, and clearance factors by categories of supply.

## MOS 3381 Food Service Specialist

Food Service Specialists function in the garrison and field environment in every aspect of food preparation, administration, procurement, storage, distribution, to include funding, requisitioning, purchasing, receiving, accounting, and storing subsistence supplies required for troop consumption and/or for resale activities, units, and organizations, cooking, baking, and serving. Additionally, they perform quality assurance surveillance of food service contracts. Typical duties are preparing fruits and vegetables, meat, fish and poultry for cooking, seasoning food, baking of bread and pastry products; verify incoming shipments, prepare reports of supplies received, prepare, edit, and consolidate back-orders for subsistence stores and quality assurance evaluations. The most senior grades act as an administrative assistant to the Food Service Officer/Food Service Operations Officer and Contracting Officers Representative to the Installation Contracting Office.

## MOS 3451 Financial Management Resource Analyst

Financial Management Resource Analysts perform accounting, budgeting and all other financial management relevant duties for appropriated funds supporting the operating forces and supporting establishments.  Financial Management Resource Analysts duties include the maintenance, monitoring, reconciliation and preparation of official accounting records; general ledger control; related cost accounting; financial systems analysis and any oversight duties typically performed by related cost accounting organizations. Financial Management Resource Analysts also perform duties specifically pertaining to the compilation of financial data and estimates for budget formulation; analysis of variances between the budget plan and actual budget execution and any related budget analysis and oversight duties typically performed by budget organizations. Additional financial management duties may encompass a broad scope of related duties to include recording financial data to support budget execution and program analysis, preparation of financial progress reports and statistics, and any other related financial management duties supporting command internal controls and business process oversight analysis and review functions to identify instances of fraud, waste, abuse and mismanagement of resources. All of the aforementioned duties

require a fundamental understanding of all financial management related system interfaces and associated computer applications.

## MOS 3521 Automotive Maintenance Technician

The Automotive Maintenance Technician services, inspects, maintains, and repairs motor transport equipment at the field level.

## MOS 3529 Motor Transport Maintenance Chief

The Motor Transport Maintenance Chief (MTMC) supervises the maintenance, repair and inspection of motor transport equipment, directs the activities of assigned enlisted personnel in a motor transport maintenance repair shop or facility as well as conducts motor vehicle accident/mishap investigations and prepares accident/mishap investigation reports. The MTMC assists with all duties and responsibilities under the cognizance of the Motor Transport Maintenance Officer.

## MOS 3531 Motor Vehicle Operator

Motor Vehicle Operators operate Motor Transport Tactical Wheeled Vehicles and equipment transporting passengers and cargo in support of combat and garrison operations. They also perform crew/operator level maintenance and maintain all associated tools and equipment for assigned vehicles and equipment, to rated capacity, of which licensed to operate.

## MOS 3534 Semitrailer Refueler Operator

A Semitrailer Refueler Operator operates the MK31 Tactical Tractors and MK970 Semitrailer Refueler in support of ground and aviation equipment in support of combat and garrison operations as well as performs crew/operator level maintenance on the associated vehicles and equipment, to rated capacity, for which licensed to operate. Marines with NMOS 3534 are trained to conduct fueling operations for ground equipment as well as fueling and defueling operations for all aviation equipment. This MOS will be assigned as a NMOS only.

## MOS 3536 Vehicle Recovery Operator

A Vehicle Recovery Operator operates the MK36 and MKR15 Tactical Wheeled Wrecker to recover disabled and destroyed Tactical Wheeled Vehicles in support of combat and garrison operations. In addition, the Vehicle Recovery Operator performs crew/operator level maintenance and maintains all associated tools and equipment for vehicles and equipment, to rated capacity, of which licensed to operate.

## MOS 3537 Motor Transport Operations Chief

A Motor Transport Operations Chief supervises crew/operator level maintenance, planning and execution of motor transport operations, directs the activities of all enlisted personnel in a motor pool, conducts motor vehicles accident/mishap investigations and prepares accident/mishap reports. The Motor Transport Operation Chief assists with all duties and responsibilities under the cognizance of the Motor Transport Officer.

## MOS 4821 Career Planner

The Career Retention Specialist must be thoroughly familiar with the reenlistment process from prospecting to reenlistment ceremonies. They work within Marine Corps units, primarily as the Commander's advisor for enlisted retention matters. Typical functions of a Career Retention Specialist include preliminary screening and administrative processing, scheduling, and conducting interviews, completion of reenlistment/lateral move/extension documents, and maintaining accurate records. They also provide Marine Corps units with basic individual career counseling, and fundamental Manpower PME and briefings. This MOS will be assigned and voided only by the authority of the CMC (MM).

## MOS 5711 Chemical, Biological, Radiological, Nuclear Defense Specialist

CBRN Defense Specialists' primary responsibility is to ensure their unit is trained and ready to survive and operate in a CBRN environment. CBRN Defense Specialist assists, conduct, and supervise training in CBRN defense monitor, survey and reconnaissance, chemical detection and identification, biological agent collection and sampling, decontamination of personnel, equipment and casualties, and in individual protective measures and first aid for unit personnel. CBRN Defense Specialties also operate within the unit's combat operations center assisting CBRN Defense Officers in providing commanders in recommended courses of action to meet operational objectives and facilitate mission accomplishment as they relate to CBRN defense. CBRN Defense Specialists provide tactical information to the commander relative to CBRN exposure status, location of contaminated areas on the battlefield, and readiness status of their unit's CBRN defense equipment. Additionally, CBRN Defense Specialists are responsible for the employment, maintenance, and serviceability, of CBRN defense equipment and supplies. Senior CBRN Specialists assist commanders, Operations Officers, and the CBRN Officer in the planning, preparation and execution of CBRN related matters including training, deployment and tactical employment of CBRN equipment, are proficient as Hazardous Materials Technician and CBRN Incident Managers for CBRN actions supporting Combating Weapons of Mass Destruction (CWMD). They supervise and coordinate the preparation of personnel, equipment for movement/placement (CBRN Surveillance and Reconnaissance), and the establishment and operation of CBRN centers.  This MOS will be assigned and voided only by the authority of the CMC (MM).

## MOS 7041 Aviation Operations Specialist

To provide the Marine Corps with trained personnel in MOS 7041, Aviation Operations Specialist (AOS). Selected Marine Corps personnel, male and female are provided with the basic duties of an Aviation Operations Specialist. This includes drafting correspondence; assisting in the preparation of orders, maintaining orders of flight time in both master and individual flight files in accordance with current Marine Corps standard systems and software applications; maintaining files of extended flight; storage and dissemination of flight information publications (FLIP); posting radio and landing facility charts, flight information manuals, maps, and preparing aviation operations safety reports. Additional duties include supporting air tasking order (ATO) production within a Tactical Air Command (TACC), coordinating airfield services to include Air Traffic Control (ATC), Meteorology and Oceanography (METOC), Aircraft Rescue and Firefighting (ARFF) transient Aircraft, Flight Planning, Fuel Services, Airfield Maintenance in accordance with Federal Aviation Administration (FAA) guidelines and restricted airspace management for tenant and non-tenant activities. Although this training is not all inclusive, graduates will be able to function at all levels of command. MOS 7041 is assigned upon completion of the Marine Aviation Operations Specialist Course (MARAOS) and meeting all required prerequisites.

## MOS 8013 Special Assignment Enlisted

Regularly performs duties of a highly specialized nature that are not covered by other MOSs.

## MOS 8014 Any Enlisted

This MOS will be used in T/O's to designate a billet to which any enlisted Marine may be assigned but will not be assigned to an individual.

## MOS 8026 Parachutist/Combat Diver Marine

A Marine who has completed an MCCDC approved parachute and combatant diver qualification course.

## MOS 8071 Special Operation Capability Specialist

Assigned throughout MARSOC, the Special Operations Capability Specialist (SOCS) is responsible for providing support to the Marine Special Operations Forces.

## MOS 8152 Marine Corps Security Forces Guard

The MCSF Guard will be assigned to duty with MCSF units. He will be physically fit and mentally capable of enduring the rigors of combat. He will have the requisite knowledge to safely and properly employ the service rifle, pistol and shotgun. As a member of a reaction force, he will conduct offensive infantry tactics in confined spaces, ashore and

afloat, to restore breached security and provide the final barrier/element of an integrated security plan for the asset being protected. He also must possess skills in land navigation and patrolling. In the grades of Corporal through Gunnery Sergeant, as a security supervisor, the Marine will plan, evaluate, and supervise the implementation of site-specific security plans to protect assets designated as vital to the national security.

## MOS 8621 Surveillance Sensor Operator

Surveillance Sensor Operators inspect, install, operate, and perform operator maintenance on surveillance equipment prior to and after employment.

## MOS 8641 Radar Micro-Miniature Repair

The Micro-Miniature Repairer MOS identifies Electronics Maintenance Personnel who have received training in the highly specialized area of circuit card repair. Micro-Miniature Repairers are trained in the use of automated test equipment to troubleshoot inoperative circuit cards down to the defective component. They are also trained in the specialized techniques required to remove and replace micro-miniature components such as surface mounted, highly static sensitive and multiplied devices.

## MOS 8711 Ground Operations Specialist

Ground Operations Specialists perform duties in a Ground Combat Element (GCE) operations and training sections.

## MOS 8911 Barracks and Ground Marine

Barracks and Grounds Marines supervise the policing and minor maintenance of barracks and grounds; supervise or assist in the supervision of, training, routine administration, and employment of units.

## MOS 8999 First Sergeant/Sergeant Major

Assists the commander as Senior Enlisted Marine in the unit. Acts as principal enlisted assistant to the commander. Keeps apprised of all policies of the commander. Disseminates information to the unit's enlisted personnel regarding such policies. Reports to the commander on the status of matters pertaining to the efficient operation of the command. Counsel's subordinate unit Noncommissioned Officers as required improving the general effectiveness of the command. Interviews and counsels enlisted personnel on pertinent professional and personal matters that may affect the efficiency of the command. Assists the commander in the conduct of office hours, requests mast and meritorious mast. Participates in ceremonies, briefings, confer commander. Assists in supervision of clerical and administrative matters; training functions and the employment of the command in garrison and in the field; logistic functions such as billeting, transportation, and messing; inspections and investigations; personnel management; and daily routine. Assumes other duties designated by the commander.

## **Navy**

### **Closed Officer Occupations**

### **113X Special Warfare Officer**

Special Warfare Officers perform maritime and land-based Special Operations in urban, desert, jungle, artic, and mountain environments. Duties include combat diving, paradrop operations, small boat operations, tactical ground mobility, small arms and crew-served weapons, fast roping, rappelling, explosives, communications, trauma care, intelligence gathering and interpretation, and Chemical, Biological, Radiological, and Nuclear Explosive defense measures.

# Navy

## Closed Warrant Officer Occupations

### 715X Special Warfare Warrant Officer

Special Warfare Officers perform maritime and land-based Special Operations in urban, desert, jungle, artic, and mountain environments. Duties include combat diving, paradrop operations, small boat operations, tactical ground mobility, small arms and crew-served weapons, fast roping, rappelling, explosives, communications, trauma care, intelligence gathering and interpretation, and Chemical, Biological, Radiological, and Nuclear Explosive defense measures.

### 717X Special Warfare Combatant Craft Crewman Warrant Officer

Special Warfare Officers perform maritime and land-based Special Operations in urban, desert, jungle, artic, and mountain environments. Duties include combat diving, paradrop operations, small boat operations, tactical ground mobility, small arms and crew-served weapons, fast roping, rappelling, explosives, communications, trauma care, intelligence gathering and interpretation, and Chemical, Biological, Radiological, and Nuclear Explosive defense measures.

## Navy

## Closed Enlisted Occupations

### Special Warfare Operators (SO)

Perform maritime and land-based Special Operations in urban, desert, jungle, artic, and mountain environments. Duties include combat diving, paradrop operations, small boat operations, tactical ground mobility, small arms and crew-served weapons, fast roping, rappelling, explosives, communications, trauma care, intelligence gathering and interpretation, and Chemical, Biological, Radiological, and Nuclear Explosive (CBRNE) defense measures.

### Special Warfare Boat Operator (SB)

Special Warfare Boat Operators (SB) support and perform maritime Special Operations in open ocean, littoral, and riverine environments; provide maritime insertion and extraction of Special Operations Forces (SOF) and others; possess unique skills in the operation, maintenance, and repair of specially configured combatant craft; operate small arms and crew-served weapons, operate, maintain and repair tactical communications equipment, and use paradrop techniques to insert combatant craft. Other skills include small boat tactics, tactical ground mobility, trauma care, intelligence gathering and interpretation, and chemical/biological/radiological/nuclear defense measures.

## Navy

### Open Officer Occupations

### 1110 Surface Warfare Officer

Surface Warfare Officer (SWO) primary duties are associated with individual ship command ship operations. They can serve on all platforms. SWOs serve as ship drivers and watchstanders, and then eventually as commanding officers. SWOs manage weapon, combat, communication, surveillance, damage control and engineering systems, and operations.

### 1120 Submarine Officer

Primary duties are associated with individual submarine command operations. They can serve on all platforms. Submariners serve as sub drivers and watchstanders, and then eventually as commanding officers. Submariners and SWOs serve in similar capacities. They manage weapon, combat, communication, surveillance, damage control, and conventional and nuclear engineering systems, and operations.

### 1140 Explosive Ordnance Disposal Officer

Explosive Ordnance Disposal (EOD) officer primary responsibilities include search, detection, and destruction of explosive ordinance through technical skill and unit management. They serve as unit members of EOD Mobile Units where they will be assigned to various warfighting competencies of EOD which include: Antiterrorism/force protection (AT/FP), expeditionary diving and salvage, and underwater mine countermeasures.

### 3100 Supply Officer

Primary duties and responsibilities involve research, planning, administration, or performance in connection with budget preparation and control, the accounting and disbursing of funds, auditing, general procurement, transportation, subsistence and food service, and the storage and distribution of supplies.

### 2100 Medical Corps Officer

Medical Corps Officers serve as health providers to the fleet in areas that are not covered by nursing, dentistry, or physicians. This includes administrative or technical fields like patient administrators, hospital operation directors, pharmacists, physical therapists, and physician assistants. Medical Corps Officers traditionally serve in shore-based health care facilities, but may be assigned to air-craft carriers and expeditionary units.

## 2300 Medical Service Corps Officer

Medical Service Corps Officers are a medical service subset. They serve as health providers to the fleet in areas that are not covered by nursing, dentistry, or physicians. This includes administrative or technical fields like patient administrators, hospital operation directors, pharmacists, physical therapists, and physician assistants. Medical Corps Officers traditionally serve in shore-based health care facilities, but may be assigned to air-craft carriers and expeditionary units

## 4100 Chaplain Corps Officer

Primary duties associated with providing religious services, spiritual counsel, and moral guidance for naval personnel and their dependents. They can be assigned to afloat, shore and expeditionary commands.

## Navy

## Open Warrant Officer Occupations

### 7120 Surface Operations Technician Warrant Officer

Primarily assist and advise commands in operations planning, direction, and control onboard ships, shore commands and expeditionary commands. Many of their assignments are similar to Surface Warfare Officers, but limited align with operation systems and combat systems. They may serve as, but are not limited to serving as, communications security material system custodians, combat information center officers, and electronic warfare officers. Traditionally have former enlisted experience as Cryptologic Technicians, Operations Specialists, and Sonar Technicians Surface.

## Navy

## Open Enlisted Occupations

### Boatswain's Mate (BM)

Train, direct, and supervise personnel in ship's maintenance duties in all activities relating to marlinespikes, decks, boat seamanship, painting, upkeep of ship's external structure, rigging, deck equipment, and life boats; take charge of working parties; perform seamanship tasks; act as petty officer-in-charge of picket boats, self-propelled barges, tugs, and other yard and district crafts; and operate and maintain equipment used in loading and unloading cargo, ammunition, fuel, and general stores.

### Culinary Specialist (CS)

Operate and manage Navy messes, afloat and ashore, established to subsist Naval personnel; estimate quantities and types of food items required; assist Supply Officers in ordering and stowage of subsistence items and procurement of equipment and mess gear; check delivery for quantity and assist medical personnel in inspection for quality; prepare menus; plan, prepare, and serve meals; maintain food service spaces and associated equipment, including storerooms and refrigerated spaces, in a clean and sanitary condition; maintain records of financial transactions; and submit required reports.

### Cryptologic Technician (Interpretative) (CTI)

Conduct Signals Intelligence (SIGINT) operations in support of Information Operations (IO) using foreign language skills and advanced computer systems; collect, analyze, exploit, and report foreign language communications and signals of interest to identify, locate, and monitor worldwide threats; control and safeguard access to classified material and information systems; manage, transcribe, translate, and interpret foreign language materials; prepare time-sensitive tactical and strategic reports; and provide cultural and regional guidance in support of Joint Fleet (special operations, air, surface, and subsurface), national, and multi-national consumers and decision makers.

### Cryptologic Technician (Networks) (CTN)

Provide computer (network and infrastructure) analysis and technical solutions to produce Computer Network Operations (CNO) effects in support of national intelligence requirements. Duties include, but are not limited to: Computer Network Defense Analysis, Digital Forensics Analysis, Digital Network Exploitation Analysis, Interactive Operations, Expeditionary Operations, Research and Development, and Cyber Planning in support of Computer Network Operations.

## Cryptologic Technician (Collections) (CTR)

Operate state-of-the-art computer systems to conduct Information and Cyberspace Operations; collect, analyze and exploit signals of interest to identify, locate and report worldwide threats; control and safeguard access to classified material and information systems; provide tactical and strategic signals intelligence, technical guidance, digital network intelligence, and information warfare support to surface, subsurface, air, special warfare units, and national consumers to maintain information dominance.

## Cryptologic Technician (Technical) (CTT)

Operate and maintain electronic sensors and computer systems; collect, analyze, exploit, and disseminate Electronic Intelligence (ELINT) all in accordance with fleet and national tasking; provide safety of platform, Indications and Warning (I&W), and Anti-Ship Missile Defense (ASMD); and provide technical and tactical guidance to Warfare Commanders and national consumers in support of surface, subsurface, air, and special warfare operations.

## Damage Controlman (DC)

Perform organizational and intermediate level maintenance and repair of damage control equipment and systems; plan, supervise, and perform tasks necessary for damage control, ship stability, preservation of watertight integrity, fire fighting, and Chemical, Biological, Radiological, and Nuclear Explosive (CBRNE) defense; instruct and coordinate damage control parties; instruct personnel in the techniques of damage control and CBRNE defense; and prepare records and reports.

## Electrician's Mate (EM)

Stand watch on generators, switchboards, control equipment, and electrical equipment; operate and perform organizational and intermediate maintenance on power and lighting circuits, electrical fixtures, motors, generators, voltage and frequency regulators, controllers, distribution switchboards and other electrical equipment; test for short circuits and grounds; and rebuild electrical equipment, including solid state circuitry elements.

## Electrician's Mate, Nuclear (EM(NUC))

Stand watch on generators, switchboards, control equipment, electrical equipment and shutdown reactor plants; operate and perform organizational and intermediate maintenance on power and lighting circuits, electrical fixtures, motors, generators, voltage and frequency regulators, controllers, distribution switchboards, and other electrical equipment; test for short circuits, grounds or other casualties; and rebuild electrical equipment, including solid state circuitry elements in an electrical shop.

## Engineman (EN)

Operate, maintain, and repair (organizational and intermediate level) internal combustion engines, main propulsion machinery, small craft clutches, transmissions, drive shafts, auxiliary propulsion support equipment, and other assigned equipment on Navy ships.

## Explosive Ordnance Disposal Technician (EOD)

Locate, identify, render safe, and explosively dispose of foreign and domestic ordnance including conventional, chemical, biological, nuclear, underwater, and terrorist-type devices, enabling access during military operations in support of Carrier and Expeditionary Strike Groups, Mine Countermeasures, Naval Special Warfare, and Army Special Forces; provide training and assistance for military, federal, state, and local civilian law enforcement agencies in Anti-Terrorism/Force Protection procedures; support and conduct ordnance-related intelligence collection and counter-terrorism operations; operate, maintain, and repair specialized EOD and combat equipment; and maintain required forms, records, correspondence, and files. Duties include performing and supervising open and closed-circuit diving, explosive demolition, parachuting, small arms proficiency, and tactical delivery and extraction by unconventional insertion methods.

## Electronics Technician (ET)

Perform, manage, and supervise preventive and corrective maintenance on electronic equipment; and maintain, repair, calibrate, tune, and adjust electronic equipment utilizing test equipment and technical drawings for Command, Control, Computer, Communication, and Intelligence (C4I) systems, cryptographic systems, radar systems, and navigation systems.

## Electronics Technician, Nuclear (ET(NUC))

Operate and maintain Naval Nuclear propulsion plants and associated equipment; supervise and administer Naval Nuclear propulsion plant operations; thoroughly understand reactor, electrical, and mechanical theory involved in the operation of the nuclear reactor, steam plant, propulsion plant, and auxiliary equipment; possess a detailed knowledge of reactor and steam plant chemistry and radiological controls; operate and perform organizational and intermediate maintenance on electronic equipment used for reactor control, instrumentation, measurement, alarm warning, power distribution, protection and airborne particulate radiation detection; operate General Purpose Test Equipment (GEPTE) and auxiliary equipment; test, calibrate, maintain, and repair electronic and hydraulic-electric systems that support reactor plant operation on both surface and sub surface ships.

### Electronics Technician, Navigation (ET(NAV))

Operate and perform maintenance on electronic equipment used for detection, tracking, recognition, and identification of all maritime vessels and navigational aids; operate and perform maintenance on Interior Communications (IC), alarms, warnings and indicators, ship's control, entertainment, gyrocompass, inertial navigation, atmosphere control, instrumentation, and control systems. They also operate and maintain personal computers, electronic, and auxiliary equipment used to safely and accurately navigate all classes of submarines; maintain highly accurate navigation data for use by the Strategic Weapons Systems (SWS), develop and execute navigation plans; stand watch as assistants to officers of the deck and to navigators; perform ship control, navigation, and lookout duties; procure, correct, use, and stow navigation publications and charts; maintain navigational instruments, and computer software. Keep correct navigational time and render "honors and ceremonies" in accordance with national observance and foreign customs.

### Electronics Technician, Communications (ET(COMM))

Operate and maintain electronic equipment used for detection, tracking, recognition and identification, communications, communication security, and Electronic Warfare (EW); operate and maintain General Purpose Test Equipment (GPTE), personal computers, and auxiliary equipment; operate, monitor, and control Information Systems (IS) in support of the world-wide telecommunications network; perform assigned mission organizational level maintenance and repair of Command, Control, Communications, Computers, and Intelligence (C4I) Systems; and stand watch on related equipment.

### Fire Control Technician (FT)

Perform organizational and intermediate level maintenance on submarine combat control systems equipment, and associated combat control systems test equipment; operate submarine combat control systems; test submarine combat control systems; operate and maintain combat control systems associated systems; participate in weapons handling functions; and operate and maintain non-tactical computer systems and peripherals.

### Gunner's Mate (GM)

Operate, perform, and coordinate organizational and intermediate maintenance on guided missile launching systems, missile launching groups, guns, gun mounts, small arms, and associated handling equipment; make detailed electrical, electronic, hydraulic, and mechanical casualty analyses; inspect, test, analyze, and direct repair of electric, electronic, hydraulic, mechanical, and servo systems; test and inspect ammunition, missiles, and their components; prepare missiles and launching equipment for checkout and firing; test, inspect, and repair magazine sprinkler systems; supervise personnel in handling and stowing of ammunition, missiles, and their components; supervise personnel in small arms qualifications; inspect and direct repair of magazines

and ammunition stowage spaces; and supervise crews assigned to ordnance equipment.

## Hospital Corpsman (HM)

Assist in the prevention and treatment of disease and injury using first aid and preventive medicine procedures; assist in the prevention and treatment of dental diseases and disabilities; assist with physical examinations; provide patient care and assist in the administration of medicinal and parenteral solutions; perform general laboratory, pharmacy, and other patient support services; assist in the administrative supply and accounting procedures within medical departments ashore, afloat, and with the Marine Corps; instruct medical and non-medical personnel in first aid, self-aid, personal hygiene, and medical records maintenance; assist in the transportation of the sick and injured; and provide assistance in the maintenance of environmental and occupational health standards and in Chemical, Biological, Radiological and Nuclear Explosive (CBRNE) casualties and other contingencies. Senior hospital corpsmen perform supervisory, technical, planning, and management functions in support of medical readiness and quality healthcare delivery. In addition to their general assignments, hospital corpsmen trained as technicians perform specialized functions within the operational forces, clinical specialties, and administrative departments and may be assigned independent of a medical officer.

## Hull Technician (HT)

Plan, supervise, and perform tasks necessary for fabrication, installation, maintenance, repair, and inspection of shipboard structures, plumbing, sewage, and piping systems; organize and supervise personnel in maintenance and hull repairs; instruct personnel; enforce safety and security procedures; and prepare records and reports.

## Interior Communications Electrician (IC)

Operate, coordinate, and perform organizational and intermediate maintenance on alarm, warning, and indicating systems, interior communication systems, ship's speed and steering control systems, power generation and distribution systems, data conversion and distribution systems, aviation monitoring and landing aids, information and training systems, gyroscopic navigation systems, and environmental systems; interpret and analyze ship's blueprints and system interface diagrams; inspect, test, analyze, and make detailed casualty analysis; and direct repair of electrical, electronic, fiber optic, hydraulic, mechanical, and synchro and servo systems.

## Intelligence Specialist (IS)

Assist in every phase of the planning, collection, processing, analysis, and dissemination of intelligence in support of all warfare domains, both ashore and afloat; prepare and present intelligence briefings; provide input to and receive data from organic and non-organic sources; and maintain files and libraries.

## Information Systems Technician (IT)

Perform core and specialty functions of communications operations, message processing, and network administration and security; establish, monitor, and maintain Radio Frequency (RF) communications systems; perform spectrum management within an area of responsibility; handle, store, and retrieve incoming and outgoing messages; perform network system administration, maintenance and training; manage, plan and coordinate unit-level information systems security and integration across platforms, fleets, and services; and ensure the proper security, distribution, handling, accounting, reporting, and control of Communications Security (COMSEC) materials, systems, and equipment.

## Information Systems Technician, Submarine (ITS)

Perform core and specialty functions of network system administration, maintenance, security, and training; and plan, coordinate, and manage unit-level Information Systems (IS) security and integration across platforms, fleets, and services.

## Logistics Specialist (LS)

Provide diverse logistics and accounting support in a global setting to aviation, surface, subsurface, and expeditionary forces; order, receive, inspect, stow, preserve, package, ship, and issue materials and cargo; operate Navy Post Offices; account for government materials; and prepare and maintain required forms, records, correspondence, reports, and files.

## Machinist Mate (MM)

Operate, maintain, and repair (organizational and intermediate level) ship propulsion machinery, auxiliary equipment, and outside machinery, such as: steering engine, hoisting machinery, food preparation equipment, refrigeration and air conditioning equipment, windlasses, elevators, and laundry equipment; operate and maintain (organizational and intermediate level) marine boilers, pumps, forced draft blowers, and heat exchangers; perform tests, transfers, and inventory of lubricating oils, fuels, and water; maintain records and reports; and generate and stow industrial gases.

## Machinist Mate, Auxiliary (MM(AUX))

Machinist's Mates (Auxiliary) operate, maintain, and repair (at the organizational and intermediate level) damage control equipment and systems, internal combustion diesel engines and diesel engine support systems, hydraulic systems, atmosphere control and oxygen generating equipment, refrigeration systems, compressed air and gas systems, potable water system, seawater systems, and sanitary and plumbing systems.

## Machinist Mate, Weapons (MM(WEP))

Machinist's Mates (Weapons) perform organizational and intermediate level maintenance on test equipment, launching/firing systems, and stowage facilities associated with underwater ordnance, to include hydraulic systems, air systems, and seawater systems associated with launching/firing systems; perform organizational maintenance on underwater ordnance, small arms, and ammunition; prepare underwater ordnance for launching to include conducting post fire and post run routines; and perform operations and organizational maintenance on submarine anchoring systems.

## Machinist Mate, Nuclear (MM(N))

Machinist's Mates (Nuclear) operate and maintain Naval Nuclear propulsion plants and associated equipment; supervise and administer naval nuclear propulsion plant operations; thoroughly understand reactor, electrical, and mechanical theory involved in the operation of the nuclear reactor, steam plant, propulsion plant, and auxiliary equipment; possess a detailed knowledge of reactor and steam plant chemistry and radiological controls; operate, maintain, and repair (organizational and intermediate level) ship propulsion machinery, auxiliary equipment, and outside machinery, such as: air compressors, distilling plants, propulsion turbines, electric power generation turbines, shaft line components, and air conditioning equipment; operate and maintain propulsion plant systems (organizational and intermediate level) such as feed and condensate, steam, hydraulic, seawater systems, air, potable water, lubricating oil and oil purification, reactor auxiliary and support systems, pumps, valves, and heat exchangers; perform tests, transfers, and inventory of lubricating oils, fuels, and water; maintain records and reports; and generate and stow industrial gases on both surface and subsurface ships.

## Navy Driver (ND)

Perform underwater salvage, recovery, repair, and maintenance on ships and submarines; search for and recover downed aircraft; conduct harbor clearance operations; provide assistance to military, federal, state, and local civilian law enforcement agencies in diving operations and procedures; maintain and repair diving equipment and systems; research and develop new diving techniques and procedures; conduct submarine rescue operations; maintain forms, records, correspondence, and files; and perform and supervise recompression chamber operations, hyperbaric treatment for diving and non-diving illnesses, open and closed-circuit Underwater Breathing Apparatus (UBA) diving, surface-supplied air and mixed-gas diving operations, demolition operations, and small arms proficiency.

## Operations Specialist (OS)

Advise on shipboard warfare operations and navigation; maintain Combat Information Center (CIC)/Combat Direction Center (CDC) displays and provide strategic plotting for warfare areas, weapons control and navigation; operate surveillance radars,

identification equipment, communications equipment, and associated Command and Control equipment; interpret and evaluate radar presentations and tactical situations and make recommendations to senior leadership; apply current procedures and doctrine to CIC/CDC operations as specified by Joint/Allied/U.S. Navy publications and instructions; and display and disseminate tactical information during Surface Warfare (SUW), Air Warfare (AW), Submarine Warfare (USW), Amphibious Warfare (AMW), Mine Warfare (MIW), Littoral Warfare (LW), Naval Surface Fire Support (NSFS), and Search and Rescue (SAR) operations.

### Personnel Specialist (PS)

Maintain financial and electronic service records for active and reserve components; provide customer service to active and reserve members, retirees and dependents; prepare, audit, and verify military personnel and pay transaction documents; process and review military pay entitlements and deductions and perform related computations; prepare, verify and submit all pay and personnel documents resulting from Absent Without Official Leave (AWOL), Non-Judicial Punishment (NJP), and Court Martial; counsel personnel regarding permanent change of station (PCS), separation entitlements, and policies; determine transportation entitlements, prepare orders, arrange transportation, and compute allowances; prepare reenlistment and separation documentation; counsel personnel on education and training opportunities; order, prepare advancement worksheets, and administer Navy-wide advancement examinations; prepare routine naval correspondence and administrative naval messages; conduct pre-deployment and indoctrination briefs; manage Enlisted Distribution Verification Reports (EDVR) and optimal manning posture; monitor accession, contract, and quality control reports; verify security screening for enlistment qualification and special duty assignments; maintain leave and accounting records; prepare military payrolls; process and audit vouchers; maintain related fiscal records and prepare associated reports and returns; operate shipboard Automatic Data Processing (ADP) equipment associated with afloat pay delivery systems; and verify, issue, and maintain security of active, reserve, retired, and dependent identification cards.

### Quartermaster (QM)

Stand watch as assistants to the Officer of the Deck (OOD) and the Navigator; serve as Steersmen; perform ship control, navigation, and bridge watch duties; procure, correct, use, and stow navigational and oceanographic publications and charts; maintain navigational instruments and keep correct navigational time; and render honors and ceremonies in accordance with national observances and foreign customs.

### Religious Programs Specialist (RP)

Perform as Religious Ministry Professionals in support of the Professional Naval Chaplaincy (PNC); provide Religious Ministry (RM) for Navy and Marine Corps

personnel and their families of all faith groups; facilitate the free exercise of religion for all Sea Service personnel; support delivery of care as part of a Religious Ministry Team (RMT); and advise leadership on morale, ethical decision-making issues, and cross cultural awareness.

## Sonar Technician (STS)

Operate (control, evaluate, and interpret data) submarine sonar, oceanographic equipment, and submarine auxiliary sonar; coordinate submarine sonar and underwater fire control interface; perform organizational and intermediate maintenance.

## Yeoman (YN)

Perform clerical, customer service, personnel/physical security, and general administrative duties, including typing and filing; prepare and route correspondence, reports and electronic service record entries; maintain records and publications; counsel office personnel on administrative matters; perform administrative support for shipboard legal proceedings and maintain shipboard legal files; conduct reporting and detaching procedures and required retention and transition counseling; prepare and maintain personnel security documents; perform other personnel related functions; and serve as executive office managers.

## Navy

### Closed Navy Enlisted Classification (NEC) Codes

### NEC 5301, Sea Air and Land (SEAL) Candidate

Volunteer for Basic Underwater Demolition/SEAL (BUD/S), EOD, or diver training. NEC is awarded upon selection as a SEAL candidate.

### NEC 5320, SO Candidate

Demolishes underwater and land objects and obstacles by the use of explosives. Possesses basics of underwater search, surveillance, beach reconnaissance, unconventional warfare, and basic qualifications in the operational use of all types of SCUBA. Awarded upon completion of BUD/S.

### NEC 5326, Special Warfare Operator (SEAL)

Performs unconventional and special warfare operations in support of fleet, unified, and specified commanders. Collects hydrographic, terrain, and target intelligence in and from coastal, riverine, and other restricted water areas. Performs parachuting (static line and freefall) and demolition of explosives as an essential portion of assigned duties and is qualified in the operational use of all types of SCUBA. Awarded upon completion of SQT.

### NEC 5323, Swimmer Delivery Vehicle (SDV) Pilot/navigator/Dry Dock Shelter (DDS) Operator

Conducts tactical SDV Naval Special Warfare and unconventional warfare operations in the deployed operating environment. Operates and maintains DDS systems. Deploys overland and fly away ancillary systems. Implements quality assurance procedures. Performs parachuting and the demolition of explosives as an essential portion of assigned duties and is qualified in the operational uses of all types of SCUBA.

### NEC 5392, Naval Special Warfare Medic

Provides pre-hospital medical care in support of Naval Special Warfare training and operations. Performs basic and advanced first aid and life support, tactical combat casualty care, tactical medical emergencies and other paramedicine emergency care. Conducts pre-deployment and pre-mission medical planning and coordination. Advises on medical tactics, techniques and procedures for special operations. Instructs personnel in basic and advanced first aid, tactical combat casualty care, and basic and advanced prehospital life support. Provides emergency care to diving casualties. Enters hyperbaric chambers to serve as inside tender to care for patients undergoing hyperbaric treatment.

## NEC 5350, Special Warfare Boat Operator (student) Candidate

Individual is in SWCC training  student status. Individual will perform as Special Warfare Combatant Crewman in the basic operation and maintenance of various Special Warfare Combatant Craft while assigned to Naval Special Warfare Center. Operates from coastal, riverine, and other restricted water areas.

## NEC 5352, Special Warfare Combatant-craft Crewman (SWCC)

Personnel will plan, conduct, and supervise Combatant Craft operations throughout the spectrum of special warfare missions within Special Warfare Commands. NEC is awarded upon completion of CQT.

## NEC 5392, Naval Special Warfare Medic

Provides pre-hospital medical care in support of Naval Special Warfare training and operations. Performs basic and advanced first aid and life support, tactical combat casualty care, tactical medical emergencies and other paramedicine emergency care. Conducts pre-deployment and pre-mission medical planning and coordination. Advises on medical tactics, techniques and procedures for special operations. Instructs personnel in basic and advanced first aid, tactical combat casualty care, and basic and advanced pre-hospital life support. Provides emergency care to diving casualties. Enters hyperbaric chambers to serve as inside tender to care for patients undergoing hyperbaric treatment.

# Air Force

## Closed Officer Air Force Specialty Codes

### 13CX Special Tactics Officer

Provides assault zone assessment and control, fire support, personnel recovery (PR)/Combat Search and Rescue, battlefield trauma care and tactical weather operations.  Deploys as team member, team leader or mission commander as a direct combatant or to command and battle staffs to provide subject matter expertise to plan and manage the command and control of Special Tactics forces. Provides command, control, communications, intelligence, surveillance and reconnaissance to assist, control and enable the application of manned and unmanned, lethal and non-lethal airpower in all geographic and environmental conditions across the full spectrum of military operations. Includes terminal control (air traffic control) and targeting, and control of air strikes (including close air support) and use of visual and electronic aids to control airheads and enable precision navigation. Provides long-range voice and data command and control and communications. Performs tactical level surveillance and reconnaissance functions, fusing organic and remote controlled technologies and manned platforms to build the common operating picture.

### 13DX Combat Rescue Officer (CRO)

The Combat Rescue Officer (CRO) specialty provides command and control of full spectrum Personnel Recovery (PR) operations. As direct combatants, CROs lead PR functions and execution tasks. They organize, train, and equip assigned personnel to conduct PR operations in support of combatant commander requirements, command direct combatants during PR operations, and provide PR expertise to battle staffs and theater command and control organizations. CROs perform as the essential surface, air link in PR and materiel recovery by functioning as the rescue and recovery specialist on flying status as mission crew or as surface elements. They provide rapid response capability and operate in the six geographic disciplines: mountain, desert, arctic, urban, jungle and water, day or night, to include friendly, denied, hostile, or sensitive areas. Provides assistance in and performs survival, evasion, resistance, and escape. Provides emergency trauma and field medical care, and security. Moves recovered personnel and materiel to safety or friendly control when recovery by aircraft is not possible.

## Air Force

### Closed Enlisted Air Force Specialty Codes

### 1C2XX Combat Control

Provides command, control, communications, intelligence, surveillance and reconnaissance (C3ISR) to assist, control and enable the application of manned and unmanned, lethal and non-lethal airpower in all geographic and environmental conditions across the full spectrum of military operations. Includes terminal control (air traffic control) and targeting, and control of air strikes (including close air support) and use of visual and electronic aids to control airheads and enable precision navigation. Provides long-range voice and data command and control and communications. Performs tactical level surveillance and reconnaissance functions, fusing organic and remote controlled technologies and manned platforms to build the common operating picture.

### 1T2XX Pararescue

Performs, plans, leads, supervises, instructs, and evaluates pararescue activities. Performs as the essential surface, air link in Personnel Recovery and materiel recovery by functioning as the rescue and recovery specialist on flying status as mission crew or as surface elements. Provides rapid response capability and operates in the six geographic disciplines: mountain, desert, arctic, urban, jungle and water, day or night, to include friendly, denied, hostile, or sensitive areas. Provides assistance in and performs survival, evasion, resistance, and escape. Provides emergency trauma and field medical care, and security. Moves recovered personnel and materiel to safety or friendly control when recovery by aircraft is not possible.

### 1W0X2 Special Operations Weather

Performs, plans, leads, supervises, instructs, and evaluates Special Operations weather activities. Provides critical environmental information from space to surface conditions and predications to include: resource protection, environmental/geographical evaluation, aviation support and weather mitigation in full spectrum operations. Provides specific capabilities to USASOC and AFSOC to support Combatant Commander's objectives and may operate under austere conditions for extended periods. Provides rapid response capability and operates in the six geographic disciplines: mountain, desert, arctic, urban, jungle and water, day or night, to include friendly, denied, hostile, or sensitive areas. Performs and manages the collection, analysis, and forecast of meteorological, oceanographic and space environmental information to produce military decision-making tailored information for planning and operations.

## **1C4XX Tactical Air Control Party**

Finds, fixes, tracks, targets, and engages enemy forces in close proximity to friendly forces and assesses strike results. Plans, coordinates and directs manned and unmanned, lethal and non-lethal air power utilizing advanced command, control communications technologies and weapon systems to direct airstrikes in close proximity of friendly forces in direct ground combat. Controls and executes operational air, and space, and cyber power across the full spectrum of military operations. Provides airspace deconfliction, artillery, naval gunfire, intelligence, surveillance, and reconnaissance and terminal control of close air support to shape the battlefield. Operates in austere combat environments independent of an established airbase or its perimeter defenses. Employed as part of a joint, interagency or coalition force, aligned with conventional or special operations combat maneuver units to support Combatant Commander objectives. Primarily assigned to U.S. Army Installations. Member of Battlefield Airman grouping.  In accordance with Air Force Policy Directive 10-35, Battlefield Airmen.

# Air Force

## Open Officer Air Force Specialty Codes

### 11XXU Pilot, Air Liaison Officer

The Pilot Utilization Field encompasses all functions performed by rated pilot officers to conduct or directly support flying operations, including combat, combat support, and training missions. Inherently included are supervisory and staff functions such as inspection, contingency planning, and policy formulation.

### 13LX Air Liaison Officer (Non-Rated)

The Air Liaison Officer (ALO) specialty is the senior Tactical Air Control Party member who functions as the primary advisor to the Ground Force Commander on airpower capabilities to include Close Air Support, Intelligence Surveillance and Reconnaissance, Electronic Warfare and Mobility. The ALO will engage enemy forces utilizing advanced technologies and weapons systems to direct lethal and non-lethal fires and effects as a Joint Terminal Attack Controller. ALOs perform tactical level surveillance and reconnaissance functions fusing organic and remote controlled technologies and manned platforms in order to build the Common Operating Picture (COP) for the Ground Force Commander. This specialty provides Command, Control, Communications, Intelligence, Surveillance and Reconnaissance to assist, control and enable the application of manned and unmanned, lethal and non-lethal airpower in all geographic and environmental conditions across the full spectrum of military operations. The ALO leads, plans, organizes, and supervises day-to-day Tactical Air Control Party members, as well as, Air Support Operations Squadron and TACP Air Operations Crew functions both in garrison and while deployed. The ALO represents the Joint/Combined Forces Air Component Commander as a supporting member of the Army Commander's staff. The ALO provides subject matter expertise to lead, plan, and execute airpower integration and terminal execution of Air, Space, and Cyber operations in direct support of land component forces from Battalion through Corps, or as required, as part of a coalition or joint force, or in coordination with an interagency operation. This specialty conducts tactical, strategic, and operational level planning and operations as a JTAC and Joint Fires expert; provides battle staff expertise, advocacy, liaison, and offensive air support command and control operations and employment in direct support of Special and Conventional Combat Operations.

### J15WX Jump Qualified Weather Officer

Commands, manages, and performs weather operations for Air Force and Army support organizations activities. Integrates current and forecast atmospheric and space weather conditions into operations and operational planning. Develops, directs, and coordinates

meteorological and space weather studies and research. Supports and executes weather operations through leadership and management of weather groups, squadrons, flights, detachments and operating locations. Supports Air Force core weather responsibility to provide meteorological and space weather information for DoD air, ground, and space operations.

Detailed Legal Analysis

The Department's notification under Section 652, title 10, United States Code, notifies Congress that, based on a comprehensive review of military assignment policies, the Department will open all positions to the assignment of women, thereby providing men and women the same opportunities to serve in all positions based on their abilities and qualifications. Section 652 requires that such notifications include a detailed analysis of the legal implications of the proposed change with respect to the constitutionality of the application of the Military Selective Service Act (50 App. U.S.C. 451 et seq.) (MSAA or Act) to males only. *See* 10 U.S.C. § 652(a)(3)(B).

The MSSA requires that every male citizen of the United States, and every other male person residing in the United States, between the ages of eighteen and twenty-six, register at such time or place, and in such manner, as shall be determined by proclamation of the President and by rules and regulations prescribed. 50 U.S.C. App. § 453(a).

In *Rostker v. Goldberg*, 453 U.S. 57 (1981), the United States Supreme Court considered the constitutionality of male-only draft registration under the Act and upheld the Act. The Court held that the Act's male-only registration provisions did not violate the Fifth Amendment to the United States Constitution because men and women were not similarly situated for purposes of a draft or registration, in that women were excluded from combat by statute and military policy. The Court found that Congress acted within its constitutional authority to raise and regulate armies and navies when it authorized the registration of men and not women. The Court made clear that its "precedents requiring deference to Congress in military affairs" were implicated in the case. *Id.* at 69.

In *Rostker*, the Court recognized that the decision by Congress to exclude women from the registration requirement was not the "accidental by-product of a traditional way of thinking about females" but rather was the subject of considerable national attention and public debate, and was extensively considered by Congress in hearings, floor debates, and in committee. *Id.* at 74 (internal quotation marks omitted). The Court deferred to Congress' explanation that "[i]f mobilization were to be ordered in a wartime scenario, the primary manpower need would be for combat replacements." *Id.* at 76 (internal quotation marks omitted). Additionally, the Court noted that women were not similarly situated to men for purposes of the Act because of their exclusion from assignments to certain units whose primary mission is to engage in direct combat on the ground. *See id.* at 76-78.

The landscape on the assignment of women has changed since *Rostker* was decided. Since the *Rostker* decision, sections 8549 and 6015 of title 10, U.S.C. (prohibiting the assignment of women to aircraft engaged in combat and vessels engaged in combat, respectively) have been repealed. On February 8, 2012, the Department rescinded its co-location restriction on the assignment of women, and approved an exception to the 1994 Direct Ground Combat

Definition and Assignment Rule that allowed the assignment of women to select direct ground combat units in specific occupations at the battalion level and above. On January 24, 2013, the Department rescinded its 1994 Direct Ground Combat Definition and Assignment Rule, which prohibited the assignment of women to certain units and positions. In rescinding the 1994 policy, the Department established a way forward, using the guiding principles and milestones developed by the Joint Chiefs of Staff, to integrate women into all then-closed positions as expeditiously as possible, considering good order and judicious use of fiscal resources, no later than January 1, 2016. Throughout this process, the Department has kept Congress abreast of its changes through briefings and required notifications.

The opening of all direct ground combat positions to women further alters the factual backdrop to the Court's decision in *Rostker*. The Court in *Rostker* did not explicitly consider whether other rationales underlying the statute would be sufficient to limit the application of the MSSA to men. The Department will consult with the Department of Justice as appropriate regarding these issues.

EXHIBIT 3



SELECTIVE SERVICE SYSTEM

OFFICIAL SITE OF THE UNITED STATES GOVERNMENT

(https://www.sss.gov/)

Search...

Registration (https://www.sss.gov/Registration-Info) ▶ Women And Draft (https://www.sss.gov/Registration/Women-And-Draft) ▶ Backgrounder: Women and the Draft (https://www.sss.gov/Registration/Women-And-Draft/Backgrounder-Women-and-the-Draft)

## Registration

Register Now
(https://www.sss.gov
/Home/Registration)

Registration Form
(https://www.sss.gov
/Registration/Register-
Now/Registration-
Form)

Registration Form
Foreign
(https://www.sss.gov
/Home/Registration
/RegistrationFormForeign)

Check a Registration
(https://www.sss.gov
/Home/Verification)

Check a Registration
Form
(https://www.sss.gov
/Registration/Check-
a-Registration
/Verification-Form)

Men 26 and OLDER
(https://www.sss.gov
/Home/Men-26-and-
OLDER)

Forms
(https://www.sss.gov
/Forms)

Why Register
(https://www.sss.gov
/Registration/Why-
Register)

## Backgrounder: Women and the Draft



LATEST UPDATE:  Defense Secretary Ash Carter announced on December 3, 2015, the Department of Defense will lift all gender-based restrictions on military service starting January 2016. In response, Armed Services Committee Chairmen, Rep. Mac Thornberry (R-TX) and Sen. John McCain (R-AZ), issued a joint statement on December 3, 2015, saying, "Congress has a 30-day period to review the implications of today's decision. … and receiving the Department's views on any changes to the Selective Service Act that may be required as a result of this decision."

As of January 2016, there has been no decision to require females to register with Selective Service, or be subject to a future military draft. Selective Service continues to register only men, ages 18 through 25.

Prior to this latest update, Defense Secretary Leon E. Panetta announced on January 24, 2013, the end of the direct ground combat exclusion rule for female service members, following a unanimous recommendation by the Joint Chiefs of Staff.

Based on the American Forces Press Service's news release, "Defense Department Expands Women's Combat Role," dated January 24, 2013, key statements are highlighted below:

The secretary announced that the service branches will continue to move forward with a plan to eliminate all unnecessary gender-based barriers to service. The change is intended to ensure that the best qualified and most capable service members, regardless of gender, are available to carry out the mission. Panetta added, "If members of our military can meet the qualifications for a job, then they should have the right to serve, regardless of creed, color, gender or sexual orientation."

Case 4:16-cv-03362  Document 73-12  Filed on 08/22/18 in TXSD  Page 122 of 186

Benefits and Penalties
(https://www.sss.gov
/Registration/Why-
Register/Benefits-and-
Penalties)

Who Must Register
(https://www.sss.gov
/Registration-Info/Who-
Registration)

　Chart
　(https://www.sss.gov
　/Registration/Who-
　Must-Register/Chart)

　Immigrants and Dual
　Nationals
　(https://www.sss.gov
　/Registration
　/Immigrants-and-Dual-
　Nationals)

　Hospitalized or
　Incarcerated Men
　(https://www.sss.gov
　/Registration/Who-
　Must-Register
　/Hospitalized-or-
　Incarcerated-Men)

　Men With Disabilities
　(https://www.sss.gov
　/Registration/Who-
　Must-Register/Men-
　With-Disabilities)

How to Register
(https://www.sss.gov
/Registration/How-to-
Register)

Change of Information
(https://www.sss.gov
/Home/Address-Change)

　Address Change Form
　(https://www.sss.gov
　/Registration/Change-
　of-Information
　/Address-Change-
　Form)

　Address Change
　Foreign
　(https://www.sss.gov
　/Home/Address-
　Change/Address-
　Change-Foreign)

Men Born Before 1960
(https://www.sss.gov

performance standards to ensure they are up to date and gender-neutral. Specialty schools will be included in the evaluation, a senior defense official said. … the entire process is to be completed by January 1, 2016.

Once the policy is fully implemented, military occupations will be closed to women only by exception, and only if approved by the defense secretary, a senior defense official said.

---

The following is an abstract taken from a GAO Report to the Ranking Minority Member, Committee on Armed Services, Subcommittee on Readiness, GAO / NSIAD-98-199. Appendix I of this GAO report is entitled, "Historical Perspectives on Women and the Draft." It provides an excellent chronological summary about this issue and nearly all of it is incorporated, verbatim, in this paper.

While women officers and enlisted personnel serve with distinction in the U.S. Armed Forces, women have never been subject to Selective Service registration or a military draft in America. Those women who served in the past and those who serve today in ever increasing numbers all volunteered for military service.

The U.S. came close to drafting women during World War II, when there was a shortage of military nurses. However, there was a surge of volunteerism and a draft of women nurses was not needed.

After America's draft ended in 1973, the Selective Service System was maintained in a standby status, just in case a return to conscription became necessary during a crisis. After March 29, 1975, men no longer had to register and Selective Service was placed in "deep standby." But then, in 1980, President Carter reactivated the registration process for men in response to the Soviet invasion of Afghanistan and in reaction to reports that the standby Selective Service System might not meet wartime requirements for rapid manpower expansion of the active and reserve forces.

Although the specter of a future draft remained solely the concern of young men, discussions in Congress and the Administration about registering and conscripting women periodically took place. Section 811 of the Department of Defense Authorization Act, 1980 (P.L. 96-107, Nov. 9, 1979) required the President to send to the Congress a plan for reforming the law providing for the registration and induction of persons for military service. The President sent his recommendations for Selective Service reform in a report dated Feb. 11, 1980. As noted above, the President requested reactivation of registration for men. But another recommendation to the Congress was that the act be amended to provide presidential authority to register, classify, and examine women for service in the Armed Forces. If granted, the President would exercise this authority when the Congress authorized the conscription of men. Although women would become part of the personnel inventory for the services to draw from, their use would be based on the needs and missions of the services. Department of Defense (DoD) policy, which was not to assign women to positions involving close combat, would continue. In response to these recommendations, the Congress agreed to reactivate registration, but declined to amend the act to permit the registration of women. In the legislative history for the Department of Defense Authorization Act, 1981, the Senate Armed Services Committee report stated that the primary reason for not expanding registration to include women was DoD's policy of not using women in combat. Additional reasons cited in the report included agreement by both civilian and military leadership that there was no military need to draft women and congressional concerns about the

Case 3:19-cv-03362   Document 78-1   Filed 08/22/23   Page 123 of 186

/Registration/Born-
Before-1960)

Proof of Registration
(https://www.sss.gov
/Registration/Proof-of-
Registration)

State – Commonwealth
Legislation
(https://www.sss.gov
/Registration/State-
Commonwealth-
Legislation)

   Other Legislations
   (https://www.sss.gov
   /Registration/State-
   Commonwealth-
   Legislation/Other-
   Legislations)

Women And Draft
(https://www.sss.gov
/Registration/Women-
And-Draft)

   Backgrounder: Women
   and the Draft
   (https://www.sss.gov
   /Registration/Women-
   And-
   Draft/Backgrounder-
   Women-and-the-Draft)

Veterans
(https://www.sss.gov
/Registration/Veterans)

Online Registration FAQ
(https://www.sss.gov
/Registration/Online-
Registration-FAQ)

Status Information Letter
(https://www.sss.gov
/Registration/Status-
Information-Letter)

The exclusion of women from the registration process was challenged in the courts. A lawsuit brought by several men resulted in a 1980 U.S. District Court for the Eastern District of Pennsylvania decision that the MSSA's gender-based discrimination violated the due process clause of the Fifth Amendment, and the District Court enjoined registration under the Act. Upon direct appeal, in the case of Rostker v. Goldberg (http://www.law.cornell.edu/supct/html/historics/USSC_CR_0453_0057_ZS.html), 453 U.S. 57 (1981), the Supreme Court reversed the District Court decision and upheld the constitutionality of the exclusion, ruling that there was no violation of the due process clause of the Fifth Amendment (http://www.law.cornell.edu/constitution /constitution.billofrights.html). The Supreme Court based its decision largely on DoD's policy that excluded women from combat. The Court reasoned that since the purpose of registration was to create a pool of potential inductees for combat, males and females could be treated differently. The Court also noted its inclination to defer to Congress since draft registration requirements are enacted by Congress under its constitutional authority to raise armies and navies, and observed that Congress had in 1980 considered but rejected a proposal to expand registration to women.

In 1992, a Presidential Commission on the Assignment of Women in the Armed Forces reexamined the issue of registration and conscription of women. In its November 1992 report, by a vote of 11 to 3, the Commission recommended that women not be required to register for or be subject to conscription. The Commission cited the 1981 Supreme Court decision in Rostker v. Goldberg (https://www.law.cornell.edu/supremecourt/text/453/57) upholding the exclusion of women from registration as the basis for its recommendation. The Commission also discussed enacting existing ground combat specialties exclusion policies into law to provide an additional barrier to the amendment of the MSSA to provide for the conscription of women. However, an appendix to its report suggested that public opinion was divided on the issue. The appendix, which included the results of a random telephone survey of 1,500 adults, showed that, in the event of a draft for a national emergency or threat of war (and assuming an ample pool of young men exists), 52 percent of respondents indicated women should be drafted, about 39 percent of respondents indicated women should not be drafted, and 10 percent responded they did not know.

In May 1994, President Clinton asked the Secretary of Defense (http://www.defense.gov/home/top-leaders/) to update its mobilization requirements for the Selective Service System and, as a part of the effort, "continues to review the arguments for and against continuing to exclude women from registration now that they can be assigned to combat roles other than ground combat." In its subsequent report, the DoD position remained "that the restriction of females from assignments below the brigade level whose primary mission is to engage in direct combat on the ground, provides justification from exempting women from registration (and a draft) as set forth in the decision of the U.S. Supreme Court in Rostker v. Goldberg (http://www.law.cornell.edu/supct/html/historics/USSC_CR_0453_0057_ZS.html) (1981)." However, the report also recognized the vastly increased role being played by women in each of the Armed Services who, in Fiscal Year 1994, comprised 16 percent of recruits. "Because of this change in the makeup of the Armed Forces," the report observed, "much of the congressional debate which, in the court's opinion, provided adequate congressional scrutiny of the issue...(in 1981) would be inappropriate today." While maintaining that it was not necessary to register or draft women, the DoD review concluded "the success of the military will increasingly depend upon the participation of women."

Case 3:16-cv-03362-D   Document 78-1   Filed 08/22/18   Page 124 of 186   PageID 1301

member of the Subcommittee on Readiness (http://www.armed-services.senate.gov
/about/subcommittees#readiness), Senate Armed Services Committee
(http://www.armed-services.senate.gov/), the General Accounting Office
(http://www.gao.gov) (GAO) addressed a variety of questions related to gender equity
in the military. Included was a budget and resource examination of the impact of
requiring women to register with Selective Service. The GAO report* did not address
the pros and cons regarding the exclusion of women from ground combat positions or
from the Selective Service registration requirement, nor did it make any policy
recommendations. Instead, GAO simply described the DoD position that there is no
need to register women as "being consistent with its policy of restricting women from
direct ground combat."

---

*(Compiled and edited by The Office of Public and Intergovernmental Affairs, Selective Service System, December 2015.)*

---

## Who Are you?

Men 18-25 (/Registration/Why-Register)
Men 26 and Older (/Home/Men-26-and-OLDER)
Men Born Before 1960 (/Registration/Men-Born-Before-1960)
Veterans (/Registration/Veterans)
Immigrants (/Registration/Immigrants-and-Dual-Nationals)
Women (/Registration/Women-And-Draft)
Students (/Influencers/Students-and-FInancial-Aid-

## Influencers

Parents / Guardians (/Influencers/Parents-and-Guardians)
Organizations (/Influencers/Organizations)
U.S. Postal Employees (/Influencers/US-Postal-Employees)
Government Agencies (/Influencers/Government-Agencies)
Media (/Influencers/Media)
Financial Aid Officers (/Influencers/Students-and-FInancial-Aid-Officers)

## Volunteers

Board Members (/Volunteers/Board-Member-Program)
Registrars (/Volunteers/Selective-Service-Registrar-Program)
State Resource Volunteers (/State-Volunteers)

## Reports

Annual Reports (/Reports/Annual-Report-to-Congress)
FOIA (/Reports/FOIA)
Financial Reports (/Reports/Financial-Reports)
EEO (/Reports/EEO) Information
Quality (/Reports-and-Notices/Quality-of-Information)

## Find us on:

(https://twitter.com/SSS_gov)

(https://www.facebook./SSSregistration?ref=ts fref=ts)

(https://www.youtul/user/SelectiveServ?fe

Officers)    Case 4:16-cv-03362    Document 73-1    Filed on 08/22/18 in TXSD    Page 125 of 186
SSS Employees
(/Selective-
Service-
Employees)

---

**HOME** (/) |  **About Us** (/About) |  **Contact Us** (/Contact-Us) |  **FAQs (/QA)**  |  **Resources (/Home/Resources)**  |  **Careers**
**(/Careers)**  |  **Privacy Policy** (/Privacy) |  **Terms of Use (/Terms-of-Use)** |  **FOIA (/Reports/FOIA)**  |  **EEO** (/EEO) |
**Accessibility** (/Accessibility)  |  **USA.gov** (http://www.usa.gov/)

Copyright 2018 by Selective Service System

EXHIBIT 4

# REPORT ON THE PURPOSE AND UTILITY
# OF A REGISTRATION SYSTEM
# FOR MILITARY SELECTIVE SERVICE



**Office of the Under Secretary of Defense
for Personnel and Readiness**

The estimated cost of this report for the Department of Defense is approximately $51,000 in
Fiscal Years 2016-2017.  This includes $0 in expenses and $51,000 in DoD labor.
Generated on 2017Mar17; RefID: F-FE1E85C

# <u>TABLE OF CONTENTS</u>

**Page**

**Introduction** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **1**

**Background** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **2**

**The Selective Service System** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **3**

    *The SSS maintains a registration structure and database*
*ready for immediate use in in the event of a national emergency* . . . . . . . . . . . . . . . . . **3**

    *The SSS regularly trains and exercises personnel and systems to*
*ensure readiness to execute a draft.* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **5**

**Actions Attending the Execution of a Draft** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **6**

    *Figure 1:  Structure of the Selective Service System* . . . . . . . . . . . . . . . . . . . . . . . . . **7**

**Benefits Derived from the Military Selective Service System** . . . . . . . . . . . . . . . . . **10**

    *Direct Benefit* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **10**

        The military selective service system guarantees the
certain and timely fulfillment of military manpower
requirements in a national emergency . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **10**
The selective service registration database provides
valuable military recruiting leads . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **11**

    *Indirect Benefit* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **12**

        Registration reminds America's youth of the importance of
Military, National, and Public Service . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **12**
Military selective service is a link between the AVF and society at large . . . . . . . **12**
Military selective service is a symbol of national will and a
deterrent to potential enemies of the United States . . . . . . . . . . . . . . . . . . . . . . . **13**

**The Extent to which Expanding Registration to Include Women**
**would Impact the Benefits of the Military Selective Service System** . . . . . . . . . . . . . . **14**

    *Direct Benefits Potentially Associated with Expanding Registration to Women* . . . . . . **17**

        The military selective service system guarantees the
certain and timely fulfillment of military manpower
requirements in a national emergency . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **17**
The selective service registration database provides
valuable military recruiting leads . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **17**

*Indirect Benefits Potentially Associated with Expanding Registration to Women* . . . . . **18**

**Registration reminds America's youth of the importance of Military, National, and Public Service** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **18**
**Military selective service is a link between the AVF and society at large** . . . . . . . **18**
**Military selective service is a symbol of national will and a deterrent to potential enemies of the United States.** . . . . . . . . . . . . . . . . . . . . . . . . **18**

*An Additional Benefit Potentially Associated with Expanding Registration to Women* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **19**

**The registration of women would promote fairness and equity.** . . . . . . . . . . . . . . **19**

*Additional Resource Requirements to Register Women.* . . . . . . . . . . . . . . . . . . . . . . . . **19**

**Functions Currently Performed by the SSS that Would Be Assumed by DoD in the Absence of a National Registration Capability** . . . . . . . . . . . . . . . . . . . . . **20**

**Systems, Manpower, and Facilities Needed by DoD to Mobilize Inductees in the Absence of the SSS** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **23**

*Systems* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **23**

*Manpower.* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **23**

*Facilities.* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **24**

**Feasibility and Utility of Eliminating the Current Focus on Mass Mobilization of Primarily Combat Troops in Favor of a System that Focuses on Mobilization of Military Occupational Specialties.** . . . . . . . . . . . . . . . . . **25**

*Mobilization of General Combat Forces.* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **26**

*Mobilization by Military Occupational Specialties.* . . . . . . . . . . . . . . . . . . . . . . . . . . **27**

**DoD Manpower Needs in the Event of an Emergency Requiring Mass Mobilization.** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **30**

*Timeline* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **31**

*Figure 2: Notional Timeline for Mobilization.* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **33**

*Additional Critical Skills Needed* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **34**

**Assumptions Used by the Department.** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **34**

**Conclusion.** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **35**

**Introduction**

Section 552 of the Fiscal Year (FY) 2017 National Defense Authorization Act (NDAA) requires the Secretary of Defense to submit a report and on the current and future need for a centralized registration system under the Military Selective Service Act (MSSA)[1], to the Committees on Armed Services of the Senate and the House of Representatives and the National Commission on Military, National, and Public Service, for the purposes of assisting the Commission in carrying out its duties.  The law further requires that the report include:

- A detailed analysis of the current benefits derived, both directly and indirectly, from the Military Selective Service System, including:
  - The extent to which mandatory registration benefits military recruiting;
  - The extent to which a national registration capability serves as  a deterrent to potential enemies of the United States;
  - The extent to which expanding registration to include women would impact these benefits.

- An analysis of the functions currently performed by the Selective Service System that would be assumed by the Department in the absence of a national registration capability.

- An analysis of the systems, manpower, and facilities that would be needed by the Department to physically mobilize inductees in the absence of the Selective Service System.

- An analysis of the feasibility and utility of eliminating the current focus on mass mobilization of primarily combat troops in favor of a system that focuses on mobilization of all military occupational specialties, and the extent to which such a change would impact the need for both male and female inductees.

- A detailed analysis of the Department's manpower needs in the event of an emergency requiring mass mobilization, including:
  - A detailed timeline, along with the factors considered in arriving at this timeline, of when the Department of Defense would require:
    - the first inductees to report for service;
    - the first 100,000 inductees to report for service; and
    - the first medical personnel to report for service.
  - An analysis of any additional critical skills that would be needed in the event of a national emergency, and a timeline for when the Department would require the first inductees to report for service.

- A list of the assumptions used by the Department when conducting its analysis in preparing the report.

---

[1] 50 USC 3801, *et seq.* [hereinafter MSSA].  The Military Selective Service Act (MSSA), first enacted as the Selective Service Act of 1948, establishes the Selective Service System (SSS) as an independent federal agency, responsible for delivering appropriately qualified civilian men for induction into the Armed Forces of the United States, as authorized by Congress.

## Background

Throughout most of the 20th century, the laws of the United States have obligated male citizens and residents to register for a draft administered by an agency of the federal government.[2]  Beginning with the Civil War and continuing through the Vietnam conflict, the federal government has episodically used draft calls and lotteries to mobilize military manpower for the Armed Forces.  On June 30, 1973, statutory induction authority expired[3] and in April 1975, President Gerald Ford temporarily suspended the registration requirement.[4]  The MSSA had not been repealed, however, and even as the military transitioned to the All-Volunteer Force (AVF), there remained in effect the requirement for a system and process ready to provide untrained manpower to the Armed Forces in the event of mass mobilization.[5]

In stark contrast to the "hollow force" of the post-Vietnam years, today's U.S. military is universally considered to be the most powerful and capable in the world.  Since its establishment in 1973, the AVF has proven its mettle in missions worldwide.  In the face of repeated combat deployments—including the crucible of the last 15 years of wars in Iraq and Afghanistan—the men and women comprising our AVF have distinguished themselves as well-disciplined, resilient, and lethal.

Comprised of Active Duty, Reserve, and National Guard personnel numbering approximately 2.1 million, the AVF has historically been manned, trained, and resourced to meet national security requirements.  However, the AVF was never intended to stand alone in time of national emergency.

In December 1979, the Soviet Union invaded Afghanistan, and in his January 1980 State of the Union address, President Jimmy Carter announced his intention to resume draft registration.  By Presidential Proclamation of July 2, 1980, Carter reestablished the requirement for all males aged 18 to 25 to register for military selective service.[6]  Unlike in previous registration regulations, however, men were not required to undergo immediate classification and evaluation for fitness to serve in the military.[7]

The Department of Defense currently has no operational plans that envision mobilization at a level that would require conscription.[8]  Even in the face of sustained conflicts in Iraq and Afghanistan, DoD has maintained its ability to recruit and retain a professional volunteer force without resorting to a draft.  Some assert that the "revolution in military affairs" wrought by

---

[2] Kristy Kamarck, *The Selective Service System and Draft Registration: Issues for Congress* (Washington, DC: U.S. Library of Congress, Congressional Research Service, April 11, 2016) [hereinafter Kamarck, *Issues for Congress*], summary.

[3] Per Public Law 92-129, *An Act to amend the Military Selective Service Act of 1967; to increase military pay; to authorize military active duty strengths for fiscal year 1972; and for other purposes*, September 28, 1971.

[4] Presidential Proclamation 4360 (89 Stat. 1255).

[5] Kamarck, *Issues for Congress*, p. 11.

[6] For purposes of this report, the terms "selective service" and "military selective service" are used to refer to the program and process associated with registration of American men for induction into the Armed Forces in time of national emergency, as described in the MSSA.  The title Selective Service System (SSS) refers to the independent federal agency charged to administer and oversee the selective service program and process.

[7] Kamarck, *Issues for Congress*, p. 12.

[8] Joint Staff, J-5, November 17, 2016.

high-technology weapons and the advent of the cyber battlefield could obviate the need to mobilize manpower at the rates seen in the 20th century.[9]

Nonetheless, the potential for global conflict on the scale of another world war still exists. Every Administration since 1980 has made the conscious decision to maintain national registration for selective service as the tool through which Congress and the President would provide additional manpower to the Armed Forces—an "insurance policy"—should future threats spark requirements for forces in excess of those available to the AVF.

**The Selective Service System**

The Selective Service System (SSS) is an independent federal agency within the executive branch, headquartered in Arlington, Virginia.  Since 1973, the MSSA has designated the SSS as an "active standby" organization, with the mission to:

- maintain a complete registration and classification structure capable of immediate operation in the event of a national emergency (including a structure for the registration and classification of persons qualified for practice or employment in a health care occupation essential to the maintenance of the Armed Forces); and

- maintain personnel adequate to reconstitute immediately the full operations of the System, including military reservists who are trained to operate such System, and who can be ordered to active duty for such purposes in the event of a national emergency.[10]

The report addresses each of these missions, in turn.

***The SSS maintains a registration structure and database ready for immediate use in in the event of a national emergency***.  In accord with President Carter's proclamation, selective service registration resumed in 1980.  The MSSA requires registration by most male citizens and residents of the United States who are at least 18 years of age, and not yet 26.  A man must register with 30 days of his 18th birthday and update his registration within 10 days of a change in address.  Individuals are not permitted to register beyond their 26th birthday.  Under current law, women may serve voluntarily in the U.S. Armed Forces but are not required to register with the SSS.

The SSS processes more than 2.3 million new registrations annually and regularly updates registrants' addresses using self-reported information and automatic data feeds from other federal and state agencies.  Most registration is accomplished on-line through the SSS website[11] and automatically via electronic data sharing arrangements with other federal and state

---

[9] David Barno and Nora Bensahel, *Mirages of War:  Six Illusions from our Recent Conflicts*, War on the Rocks, April 11, 2017 [hereinafter, Barno and Bensahel, *Mirages of War*].
[10] MSSA, section 10(h).
[11] Selective Service System website, https://www.sss.gov.  The website also serves as a public and intra-governmental interface that connects external and internal audiences and serves as a portal for access to information about SSS plans, policies, and initiatives.

agencies[12] that administer benefits for which selective service registration is a prerequisite.[13] Registration also may be accomplished using the Interactive Voice Response system at the SSS National Call Center[14], and by paper forms available from the U.S. Postal Service.[15]  The SSS engages with U.S. Embassies and consulates around the world in an effort to ensure that U.S. nationals living abroad are aware of registration requirement; approximately 40,000 registrations annually are from foreign addresses.  Because the peacetime authority of the SSS does not extend to the classification or examination of registrants, all of those registered would generally be considered to be "available for service" in the case of a draft, at which time they could be reclassified or determined unfit.[16]

In calendar year 2015, the overall registration compliance rate for men ages 18 through 25 was 91%.[17]  Compliance is monitored and enforced through a variety of mechanisms, including crosschecks with the Social Security Administration, the Internal Revenue Service, state motor vehicle departments, and other federal and state agencies that administer benefits for which selective service registration is a prerequisite.  Men who fail to register may be subject to criminal penalties, loss of eligibility for federal or state jobs and education benefits, and denial of a security clearance.  Documented or undocumented immigrants who fail to register may not be able to obtain United States citizenship.

---

[12] The SSS reports that in FY 2016, approximately 22% of its electronic registrant data was collected by the Department of Education as part of the student aid application process.  The application for federal student aid includes a "register me" checkbox that facilitates the automatic selective service registration of males.  In cooperation with U.S. Citizenship and Immigration Services, immigrant men ages 18 through 25 who are accepted for permanent U.S. residence are registered automatically; men of registration age who apply for an immigrant visa through the Department of State are also automatically registered.  40 states, 3 territories, and the District of Columbia have enacted legislation that provides for automatic registration of males of age at the time they apply for a driver's permit, license, or other form of state identification.  In FY 2016, more than 1 million young men registered electronically through their state Department of Motor Vehicles.  *See* SSS Report to the Congress of the United States for FY 2016, p. 8.  *See generally Kamarck, Issues for Congress*, pp. 15-17.

[13] For example, in November 1985, the *Thurmond Amendment* to the Defense Authorization Act established Title 5, U.S. Code, Section 3328, which requires a male to register with the selective service as a prerequisite for appointment to most federal jobs.  The *Solomon Amendment* added Section 12(f) to the Military Selective Service Act in September 1982.  Male students who have a requirement to register for the draft must do so as a precondition to receipt of Title 4 federal student financial aid, which includes such need-based programs as Guaranteed Student Loans and Pell Grants.  And, on November 6, 1986, President Reagan signed into law the Immigration Reform and Control Act, requiring males between the ages of 18 and 26 who applying for legalization under the act to register for selective service had they not already done so.  See

[14] The telephonic Integrated Voice Response system accounts for an average of 21,000 annual registrations.

[15] In FY 2016, only 3% of all registrations—78,000—were from paper forms "direct mailed" to potential registrants or distributed through the U.S Postal Service and returned via its "mail back" program.  The SSS ensures that the U.S. Postal Service is regularly stocked with a supply of registration and change of address forms for use in its nearly 32,000 post offices.  This program facilitates registration by young men who do not have access to the internet, and have neither a driver's license nor a social security number.  Young men who enlist or access into the military are automatically registered.  *See* SSS Report to the Congress of the United States for FY 2016, p. 6.

[16] Although putatively labeled as "available for service", in actuality many registrants could be eligible for postponement, deferment, or exemption from service.  Further, many may not meet the military's physical, mental, or moral suitability standards.  The classification and examination processes responsible for such determinations would be initiated only were a draft to be directed.

[17] SSS Report to the Congress of the United States for FY 2016, p. 5.  It appears that calendar year 2015 is the last year for which complete data is available.

The backbone of the registration process is the database of registrants maintained at the SSS Data Management Center, located north of Chicago, Illinois.[18]  The registration database, on which the conduct of any future draft would rely, includes approximately 17 million records of men in the primary draft pool (18-25 years old), 22.5 million registrants in the extended pool (26-35 years old), and 45.5 million men 36-80 years old.  With holdings totaling about 85 million records—the DMC maintains one of the largest databases of personally-identifiable information in the federal government.[19]

In peacetime, the database is used primarily to verify the registration of males who apply for federal or state employment or benefits, eligibility for which is conditioned on draft registration.  To a great degree, data sharing is automated and automatic.  Through its Registration, Compliance, and Verification tool, the SSS both provides data to, and receives data from, other government agencies, including the Department of Labor, the Department of Education, the Department of State, the United States Citizenship and Immigration Services, the Department of Defense, and the Alaska Permanent Fund.  Information received from these agencies is matched against existing database records; if no record exists, one is created and the SSS uses the information to reach out to individuals and remind them of their obligation to register.[20]  Each year, the SSS provides the names, addresses, and Social Security Numbers of men aged 18 through 25 to the U.S. Census Bureau for its inter-census estimate program.  Also annually, the SSS provides the Department of Justice with a list of individuals who are required to register, but have failed to do so.[21]

***The SSS regularly trains and exercises personnel and systems to ensure readiness to execute a draft.***  The field structure of the SSS is grounded in 2,069 *local boards* staffed with 11,000 volunteer board members—located in almost every county of the United States and its territories.  Each local board must be prepared to administer the registrant classification process in the community it serves and take action on any claims or appeals that arise.  Board members must be trained in applicable regulations and procedures so that, if a draft is reinstated, they will be able to fulfill their obligations fairly and equitably, ensuring that registrants' rights to due process are protected.  Board members receive annual training in which they review and adjudicate sample cases similar to real-life situations.  The SSS board structure also includes 96 District Appeal Boards and one National Appeal Board.  In the event of a mass mobilization, the SSS would draw on more than 500 Reserve Force Officers, 1,500 military retirees recalled to duty, 700 State Resource Volunteers, and 6,500 newly-hired federal employees to support the execution of a draft.[22]  Preparedness efforts span the entirety of the SSS, encompassing all

---

[18] Kamarck, *Issues for Congress*, p. 22.

[19] SSS Report to the Congress of the United States for FY 2016, p. 18.

[20] *Id.*

[21] *Ibid* at p. 18.  Annually, the SSS forwards to DoJ a list of roughly 630,000 names and addresses of men aged 19-30, who have either evaded registration or refused to register.  In practice, there have been no criminal prosecutions for failure to register since January 1986.

[22] *See generally*, Selective Service System website, https://www.sss.gov.  The SSS now manages all of its personnel through the agency's three region headquarters located in North Chicago, Illinois, Marietta, Georgia, and Denver, Colorado.  These regions are responsible for maintaining readiness at the grassroots level.  They also manage the activities of the agency's 56 State Directors, conduct training for Reserve Forces Officers and civilian board members, and ensure the local boards and District Appeal Boards are staffed.  The regions also directly support the SSS's goal of increasing registration compliance through local registration awareness programs.

functions necessary to maintain the mass mobilization infrastructure in a state of preparedness, transition it to full operational status, and manage it to accomplish the mobilization mission.

**Actions Attending the Execution of a Draft**

Although these processes could be modified for implementation in a future draft, past experience and current planning by the SSS indicate that the following actions, in the following sequence, likely would attend the execution of a draft.[23]

*Congress and the President authorize mass mobilization.* Should a crisis occur that requires more troops than the AVF can supply, a draft may be initiated only after the Congress passes and the President signs enabling legislation. The President cannot initiate a draft on his own. Congress would first have to pass authorizing legislation, and the President would have to sign the bill into law.

*All components of the SSS are activated.* In the event of a return to conscription, the SSS would expand significantly and technology links between all SSS locations and components would be activated. The structure of the SSS is illustrated in *Figure 1*.

- 56 presidentially-appointed State Directors would establish *State Headquarters* at designated National Guard armories to provide operational management for induction processing and operation of the Alternative Service Program within the state.

- 436 *Area Offices* would begin opening in select recruiting station offices across the United States, with the support of more than 500 Reserve Force Officers representing all branches of the Armed Forces, 1,500 noncommissioned officers recalled from retirement, and 700 State Resource Volunteers. Area Offices are authorized to classify registrants into an administrative class (*e.g.,* exemption to perform service in the National Guard, exemption as a "sole surviving son")[24], issue decisions on postponements[25], and will serve as an intake point for claims or appeals filed by registrants who have been ordered to report for examination or induction.

- 2,069 *local boards* would be activated throughout the Nation, staffed by more than 11,000 volunteers. The local board will serve as the initial classifying authority for judgmental classifications (*e.g.,* exemption as a conscientious objector, deferment for familial hardship, exemption as a minister) and will adjudicate claims or appeals of administrative classification and postponement decisions rendered by Areas Offices.[26]

---

[23] *See generally* Selective Service System website, https://www.sss.gov.

[24] 32 Code of Federal Regulations, part 1633.1(f).

[25] For example, a college student may have his induction postponed until he finishes the current semester or, if a senior, until the end of the academic year; a high school student may have his induction postponed until he graduates or reaches age 20. 32 Code of Federal Regulations, part 1624.6.

[26] 32 Code of Federal Regulations, part 1633.1(d) and (e).

*Figure 1:  Structure of the Selective Service System*



- The MSSA and federal regulations mandate the creation and establishment of at least one District Appeal Board in each of the 96 Federal judicial districts in the United States.[27]   A District Appeal Board, consisting of three or more members, has the jurisdiction to review, and to affirm or change, any local board decision appealed to it.  If a District Appeal Board

---

[27] MSSA, Section 10(b)(3).

denial is not unanimous, the case is reviewed and determined by a five-member National Appeal Board in Washington, D.C.[28]

*A lottery is conducted.*  An early step in the resumption of the induction process would be the conduct of a random drawing of dates of birth, to determine the sequence in which registrants of prime draft age would be called for processing for induction.  For a conventional draft of "untrained" manpower, a man is in the first priority during the calendar year of his 20th birthday.  The first to be called, in the sequence of birthdays determined by the lottery, will be men whose 20th birthday falls during that year, followed, if needed, by men aged 21, 22, 23, 24 and 25.  18-year-olds and those turning 19 probably would not be drafted.  Each year, as a man ages, he shifts into a lower-priority group.

*Registrants are classified.*  Classification is the process of determining who is available for military service and who is deferred or exempted.  Registrants are not classified during peacetime, but in a national emergency requiring mass mobilization directed by the President and Congress, would be placed into categories based on their eligibility for military service.  Initially, each registrant is presumed to be classified as "1-A" (available for unrestricted military service), unless and until they file a claim or appeal and are granted temporary deferment or permanent exemption in one of 21 different *administrative* (*e.g.,* postponements to allow completion of education, deferral due membership in the National Guard, exemption as a "sole surviving son") or *judgmental* (*e.g.,* exemption as a conscientious objector, deferment for familial hardship, exemption as a minister) categories.  Classifications are based on each registrant's individual circumstances and beliefs.

The following *administrative* classification categories are among those available under extant policies and procedures[29]:

- *Members of Reserve Components* (including members of the National Guard and senior Reserve Officers' Training Corps cadets or midshipmen who have contracted to accept a Reserve commission) may perform service in the National Guard or Reserves.

- A *surviving son or brother* in a family in which the parent or sibling died as a result of U.S. military service, or is in a captured or missing in action status, is exempt from service.

- *Officials deferred by law,* including state governors, members of federal and state legislative bodies, and U.S. Court Judges, are exempt from service for as long as they continue to hold office.

- *Immigrants and dual nationals* may, in some cases, be exempt from U.S. military service, depending upon their place of residence and country of citizenship.

---

[28] 32 Code of Federal Regulations, part 1633.
[29] 32 Code of Federal Regulations, parts 1602.2 and 1630.

The following *judgmental* classification categories are among those available under extant policies and procedures[30]:

- *Conscientious objectors* perform service to the Nation in a manner consistent with their moral, ethical, or religious opposition to participation in war in any form.[31]  Depending upon the nature of his beliefs, a conscientious objector serves in either a noncombatant capacity in the armed forces or a civilian job contributing to the national interest.  The SSS administers an *Alternative Service Program* for conscientious objectors who are required to perform civilian service in lieu of serving in the military.  Working with and through the *Alternative Service Employment Network,* the SSS identifies and approves employers ready to offer job placement to a classified conscientious objector in one of six approved occupations:  health care services, educational services, environmental programs, social services, community services, or agricultural work.  The employer supervises a conscientious objector's work and manages his 24-month period of alternative service.

- *Hardship* deferments are available for men whose induction would result in hardship to family members who depend upon them for support.  Such deferments are limited to 365 days.

- *Ministers of Religion* are exempt from service.

**Registrants are evaluated for physical, mental, and moral suitability for military service.**  Registrants with low lottery numbers are ordered to report to a U.S. Military Entrance Processing Station (MEPS) for a physical, mental, and moral evaluation to determine whether they are fit for military service.  Those who pass the military evaluation will receive induction orders.  An inductee will have 10 days to report to the local MEPS for induction.

**Claims and appeals are adjudicated.**  If a registrant believes that for some reason he cannot or should not report for examination or induction as directed, he may request a postponement or reclassification by filing a claim and sending it to the *Area Office* supporting his *local board* of jurisdiction.  The Area Office's receipt of such a claim delays the registrant's induction until his claim has been fully processed and adjudicated.  Local board members will begin reviewing and deciding the outcome of the individual's claims.  Board members may personally interview the registrant and persons who know him to gain a better understanding of his situation.  A man may appeal a local board's decision to a District Appeal Board, and subsequently to the National Appeal Board.

**Draftees are inducted into the military.**  According to current SSS plans, the first inductees must be delivered to the military within 193 days from a mass mobilization order.

Given this background, we now consider the specific matters posed by Congress in section 552 of the FY17 NDAA.

---

[30] 32 Code of Federal Regulations, parts 1602.13 and 1630.
[31] 32 Code of Federal Regulations, part 1636.  During the Vietnam conflict, an estimated 3% of inductees submitted judgmental claims for conscientious objector status.

**Benefits Derived from the Military Selective Service System**

### *Direct Benefits*

The military selective service system guarantees the certain and timely fulfillment of military manpower requirements in a national emergency.  Should mass mobilization be directed by the President and Congress, the selective service process is prepared to support DoD manpower requirements through the conduct of a fair and equitable draft.  The SSS and the registration database provide the structure to support a mass mobilization that will rapidly increase the size of Service forces.  This is not a theoretical capability.  In the last three major engagements before the draft was abolished, the military selective service system provided DoD with nearly 13.5 million men to fight and win our Nation's wars:  from 1940 to 1946 in World War II (10,021,279 inductions); from 1950 to 1953 in Korea (1,681,820 inductions); and from 1954 to 1973 in Vietnam (1,766,910 inductions).

The United States must always retain the ability to respond to the "catastrophe yet unanticipated."[32]  Maintaining the systems, infrastructure, and processes required to conduct a draft provides a strategic "shock absorber"[33] that will enable the country to mobilize parts or all of society in the face of a crisis of existential proportions—or in the words of President Reagan, "a relatively low-cost 'insurance policy' against our underestimation of the maximum level of threat we expect our Armed Forces to face."

Since the SSS resumed registration in 1980, each Administration has preserved the agency and its programs, with the realization that *it is the only* proven, time-tested mechanism by which to expand the AVF in the event of a national emergency.  At present, 91% of U.S. men 18 to 25 years old have registered with the SSS—nearly 17 million names and addresses are on file for men in the primary age group for draft.  The extended database for men aged 26 to 35 years contains the names and addresses of nearly 22.5 million registrants.  The registration database itself mitigates risk to the Nation; its very existence would reduce the time required for full defense mobilization.  More importantly, the vast pool of human capability represented in and by the database stands ready to be called to bridge a potential capacity gap between the AVF and the force requirements of a conflict of global proportions or mammoth national emergency.  Even though such scenarios remain unlikely, the consequences of being unable to wage such a war or respond to such a crisis would prove disastrous.[34]  A proven national program of selective service facilitates military manpower planning for an unknown future, particularly when contemplating the most likely and/or most dangerous national security scenarios.

No one can predict the future of war.  As former Secretary of Defense Robert Gates once quipped, since the Vietnam conflict, the United States has a perfect record of predicting the next war:  "we have never once gotten it right."  The prospect of a future draft—and the readiness of

---

[32] Attributed to Secretary of Defense Chuck Hagel, 2013.
[33] David Barno and Nora Bensahel, *Why We Still Need the Draft*, War on the Rocks, February 23, 2016 [hereinafter Barno and Bensahel, *Why We Still Need the Draft*].
[34] *Id.*

the underlying systems, infrastructure, and processes to effect it—serve as a quiet but important hedge against an unknowable future rife with ever-changing threats to the Nation.[35]

The selective service registration database provides valuable military recruiting leads.  The continued existence of the requirement that young males register for military selective service allows DoD and the Services to concentrate their recruiting resources on manning the current AVF, with the confidence that the SSS can provide a vast influx of manpower if needed in a national emergency.  Further, registration, once used only for conscription, now functions as a rich source of information for military recruiting.  The selective service process engages more than 2 million enlistment-eligible males annually through routine registration and compliance actions.  On a monthly basis, the SSS provides the DoD Joint Advertising and Market Research Studies Office (JAMRS) the names, addresses, and dates of birth of *all* new registrants—more than 2.3 million in FY 2016 alone—to be used by DoD for recruiting purposes.  In turn, working through the Military Service Recruiting Commands, JAMRS forwards hundreds of thousands of timely leads to military recruiters from young men potentially eligible for military service.  In addition, every man who registers with the SSS receives a registration acknowledgement letter and registration card in the mail.  Per agreement with DoD, the SSS inserts in this mailing a "joint lead" generation card developed by JAMRS on behalf of all the Services.  Annually, the "joint lead" generation card generates approximately 75,000-85,000 recruiting leads from men interested in the possibility of volunteering for service.

Although some have rightly suggested that JAMRS could obtain the names, addresses, and dates of birth of enlistment-eligible males through the purchase of data from commercial vendors—JAMRS purchases such databases as a means of securing information about enlistment-eligible females—recruiting experts believe that the "joint lead" generation card remains their most valuable source of new, "high propensity" leads.  When a young man receives his registration acknowledgement in the mail and extracts the "joint lead" generation card, he inevitably must consider, if only for the briefest of moments, the possibility of military service.  For some, the card and the thought are quickly set aside; for others, the moment induces an openness to, and curiosity about, the prospect of service—a consideration of one's options as an adult and duty as a citizen.  As a recruiting tool, the anonymous ease associated with culling the names of potential leads from a commercial database pales in comparison to the import and effect of that tangible "moment" at which a young man reviews the card and first thinks to himself, "maybe I could do that".[36]

The links to benefit programs that enlistment-eligible youths hold dear—such as student loan eligibility, federal employment opportunities, and the naturalization process—associate selective service registration with positive outcomes that may help influence their propensity to serve.  In addition, the registration system provides opportunities for key influencers to engage with the

---

[35] *Id.*

[36] In the context of recruiting, it is critical to build in potential recruits a belief in their "self-efficacy" related to military service.  "Self-efficacy" is defined generally as one's belief in one's ability to succeed in specific situations or accomplish a particular task.  One's sense of self-efficacy is believed to play a major role in how one approaches goals, tasks, and challenges.  In general, a potential recruit who reviews the "joint lead" generation card, or other recruiting media and believes "maybe I can do that" is more likely to pursue additional information about military service.

targeted population.  For example, 18,218 of the Nation's 20,989[37] targeted high schools—an 87 percent participation rate—participate in the selective service High School Registrar Program, affording an opportunity for civic-minded school officials to both encourage registration compliance and discuss with eligible students the positive aspects of military service.[38]

### *Indirect Benefits*

Registration reminds America's youth of the importance of Military, National, and Public Service.  The military selective service registration process empowers America's young men.  The voluntary act of registration by a young man on or around his 18th birthday has been, and will continue to be, an opportunity for young American men and male immigrants to consider deliberately a future of military service, and to act accordingly.  By registering with the SSS, every young man is reminded of the possibility that in a time of emergency, he may be called to arms in the defense of his nation.  As Secretary of Defense Chuck Hagel stated in May 2013, registration "remind[s] our youth that public service is a valuable part of American citizenship."  Even more, registration is a reminder to all it touches—a registrant's family, teachers, clergy, and other influencers—that military, national, and public service are inherent obligations of citizenship in a free society.

Military selective service is a critical link between the AVF and society at large.  Selective service is a lone, slender thread[39] that connects all U.S. citizens to their military.  By reinforcing the fundamental responsibility of all citizens to defend the country in times of crisis, the possibility of a draft links the entirety of the American people to our Nation's wars, and the risks of military service in those wars.[40]

Fewer than 1 percent of Americans today serve in uniform.  As the conscripts of World War II, Korea, Vietnam, and the Cold War fade away, the veteran population is declining in both actual size and the percentage of society it inhabits.[41]  Congress and the media make much of the fact that today, fewer Americans have a personal connection to the military than at any time in the past several decades—the gap between the American people and their military is growing ever larger.  The MSSA restates the sense of Congress that "in a free society, the obligations and privileges of serving in the armed forces . . . should be shared generally"[42].  But the general public's "[reliance] on others—self-selected volunteers—to fight for the Nation has slowly become an accepted norm."[43]

---

[37] High School Facts at a Glance: Number of Institutions.  Across the United States there are 26,407 public secondary schools and 10,693 private secondary schools.  (Digest of Education Statistics, 2001, Table 89, June 18, 2014).  However, the SSS High School Registrar's program targets only those schools with male students; therefore, the number of high schools cited is less than the total combined number of public, private, charter, parochial, and vocational secondary schools.

[38] SSS Report to the Congress of the United States for FY 2016, p. 2.

[39] Barno and Bensahel, *Why We Still Need the Draft*.

[40] *Id.*

[41] Phillip Carter, *99 Problems But a Draft Ain't One*, War on the Rocks, December 3, 2013 [hereinafter, Carter, *99 Problems*.]

[42] MSSA, Section 1(c).

[43] Barno and Bensahel, *Why We Still Need the Draft*.

As fewer and fewer members of our society have direct military experience, it becomes increasingly important to maintain the link between the AVF and our society at large. The men and women of today's Armed Forces must know that the general population of our country stands behind them, committed to sharing the risks and burdens of military service, should the preservation of our national security so require.

Absent the possibility of a draft, however remote, the American people will grow ever more distant from the military, from the need to think about America's changing role in a dangerous world, from the debates by their elected leaders on the use of force, and most importantly, from the always deadly decision to go to war.[44] In contrast, conscription would instantly link every family with a draftee in the force—or with a son, husband, father, or brother at risk of being drafted—to the military.[45] Maintaining the ability to mobilize the larger nation to fight when necessary, and the will of all to share personally in the hardships of war, is an essential link between the AVF, our society at large, and the preservation of our democracy.

Military selective service is a symbol of national will and a deterrent to potential enemies of the United States. Maintaining military selective service sends a strong signal to potential adversaries that the United States is willing to draw on the full depth and breadth of its national resources, if and when necessary to wage war. The mere existence of the SSS and the registration requirement serve as a symbol to the world of our Nation's resolve and preparedness. Those in favor of President Carter's 1980 decision to reestablish draft registration argued that it sent an unequivocal message to the Soviet Union that the United States was prepared to act to defend its interests.[46] In 1994, President Bill Clinton stated, ". . . terminating . . . draft registration now could send the wrong signal to our potential enemies who are watching for signs of U.S. resolve." And in 2012, President Barack Obama described the registration system as having "both military and symbolic significance."

Beyond symbolism, selective service signals—to allies and potential adversaries alike—the depth of U.S. commitment to the defense of our nation and its interests. Of reassurance to our allies, this signal has a deterrent effect on our nation's enemies. "Deterrence is not only a function of current power; it also includes the nation's potential power when galvanized."[47] Active registration and compliance processes provide a rock-solid foundation for a national strategic reserve, setting the conditions for timely and certain access to the full weight of manpower that may be required to defend ourselves and our treaty partners. Even considering only the 17 million men aged 18 through 25 whose names and addresses are recorded in the registration database, our enemies cannot help but be struck by the sheer mass of human force the United States could leverage. Through registration and the mobilization capability it promises, America demonstrates the public will and the practical ability to fight and win our Nation's wars.

Any decision with respect to the program of selective service—whether to sustain, modify, reaffirm, expand, or terminate registration—will send a signal to the world and have an impact

---

[44] *Id.*
[45] Carter, *99 Problems.*
[46] Kamarck, *Issues for Congress*, p. 12.
[47] Barno and Bensahel, *Why We Still Need the Draft.*

on deterrence, one way or the other.  Maintaining the mechanism to implement conscription in times of crisis, ensures that the United States stands ready to send an indisputable signal of national resolve by choosing to initiate a draft, even one of modest size.[48]  In contrast, eliminating military selective service could be interpreted by adversaries of the United States as a potential weakness, thus emboldening existing or potential enemies.

**The Extent to which Expanding Registration to Include Women would Impact the Benefits of the Military Selective Service System**

As previously noted, under current law, women may serve voluntarily in the U.S. Armed Forces but are not, and never have been, required to register for selective service.  In fact, the language of the MSSA and its implementing regulations prohibit the SSS from registering women.[49]  Before considering the effects of requiring women to register, it is appropriate to consider why women are currently exempt from this requirement.

President Carter's 1980 proposal to reinstate draft registration was originally accompanied by proposed legislative language that would have modified the MSSA to authorize the registration of women.[50]  In justifying his proposal, the President explained:

"My decision to register women is a recognition of the reality that both women and men are working members of our society.  It confirms what is already obvious throughout our society—that women are now providing all types of skills in every profession.  The military should be no exception. [ ] There is no distinction possible, on the basis of ability or performance, that would allow me to exclude women from an obligation to register."[51]

Congress rejected the President's proposal, with an explanation in Title VII of Senate Report 26-826:

"[T]he starting point for any discussion of the appropriateness of registering women for the draft is the question of the proper role of women in combat.  The principle that women should not intentionally and routinely engage in combat is fundamental, and enjoys wide support among our people.  It is universally supported by military leaders who have testified before the committee, and forms the linchpin for any analysis of this problem. [. . .] Current law and policy exclude women from being assigned to combat in our military forces, and the committee reaffirms this policy.  The policy precluding the use of women in combat is, in the committee's view, the most important reason for not including women in a registration system."

---

[48] *Id.*

[49] MSSA, Section 3(a).  As presently written, the law refers specifically to "male persons", in stating who must register and who is susceptible to draft.  Implementing regulations at 32 Code of Federal Regulations, part 1615.5 provide that Federal regulations state, "[n]o person who is not required by selective service law or the Proclamation of the President to register shall be registered."  For women to be required to register with Selective Service, Congress would have to amend the law.

[50] Kamarck, *Issues for Congress*, p. 13.

[51] Statement of the President, Office of the White House Press Secretary, February 8, 1980.

In the 1981 case of *Rostker v. Goldberg*[52], the Supreme Court ruled on a challenge to the exemption of women from selective service registration, upholding the constitutionality of the Nation's practice of registering only men. Writing for a majority of the Court, Justice William Rehnquist reasoned: "The existence of the combat restriction clearly indicates the basis for Congress' decision to exempt women from registration. The purpose of registration was to prepare for a draft of combat troops. Since women are excluded from combat, Congress concluded that they would not be needed in the event of a draft, and therefore decided not to register them."

Beginning in 2012, the Department of Defense gradually began to eliminate prohibitions on the assignment of women to direct ground combat. Following a unanimous recommendation by the Joint Chiefs of Staff, Defense Secretary Leon E. Panetta announced, on January 24, 2013, the end of the direct ground combat exclusion rule for female service members. The Military Services began planning to eliminate all unnecessary gender-based barriers to service and in the ensuing two years, opened more than 300,000 new military occupations and duty positions to women. Finally, on December 3, 2015, Secretary of Defense Ashton Carter promulgated a crowning policy that opened *all* military occupational specialties to women and removed all final restrictions on the service of women in combat. Qualified women were eligible to participate in all career fields, in all duty positions, at all echelons of the Armed Forces.

In advance of this all-encompassing change, the Department was required, by statute, to provide a report to Congress, analyzing the policy's legal implications for the MSSA. In December 2015, DoD advised Congress that the impending change "further alters the factual backdrop" underpinning *Rostker*, but took no further stance on the legal issues raised by Secretary Carter's decision to open all military positions to women.

The year that followed saw the appointment of the first female Combatant Commander. Women graduated from the Army's elite Ranger school, served on Navy submarines, and completed Marine Corps Artillery officer's training. The shift also enabled the Department to expand its recruiting reach to the entirety of the American population and to enlist qualified personnel, both male and female, for service in combat occupations. And, in the context of a mass mobilization, this change would permit the Department to place any qualified person— male or female—in any position, in any Service, to meet the manpower demands of any mission.

Since the ban on women in combat was lifted, the merits of including women in the requirement to register for the draft have been hotly debated in the media and in the halls of Congress. In December 2016, Secretary of Defense Carter stated publicly:

"While I strongly support our all-volunteer approach and do not advocate returning to a draft, I do think it makes sense for women to register for selective service at this time. With all combat positions now open to women, we need to have access to 100-percent of America's population for our all-volunteer force to be able to recruit the most qualified individuals and remain the finest fighting force the world has ever known."

---

[52] *Rostker v. Goldberg,* 453 U.S. 57 (1981).

Other senior military leaders from across the Services made similar personal statements in favor of registering women for the draft.[53]

A December 2016 survey asked respondents for their views on requiring women to register for a possible military draft.  About one-half (49%) of respondents would support requiring women to register for the military draft; only 14% would oppose the mandatory registration of women.[54]  These "support" or "oppose" survey choices do not reflect the breadth of public opinion on the issue, however.

At least two challenges to the current law excluding women from registration have been raised:  one lawsuit contending that the male-only draft is unconstitutional, the other claiming that the exclusion of women from the draft is unlawful discrimination.  On a broader level, some believe that women cannot be equal in society as long as they are barred from full participation in all levels of the national security system and thus should be *allowed to* register for the draft.[55]  Others argue that equal access to combat jobs should *oblige* women to take equal responsibility for registering for military selective service and potentially being assigned to combat roles in the event of a draft.[56]  But as things stand currently, the legal effect of removing all restrictions on the assignment and utilization of women in the Armed Forces on the constitutionality of a male-only draft registration requirement, has yet to be determined.

Some argue that the preservation of the national security does not require the service of our country's women.  Recruiting studies estimate that only 29% of today's youth qualify for entry into the military, for a variety of educational, medical, criminal justice and other reasons.[57]  In rough proportion, were the United States to draft only 5 million of the 17 million men of primary draft age, the resultant force would far exceed the foreseeable manpower requirements of all but the most global of conflicts.[58]

Others suggest that women should be obliged to enroll in the selective service system, but should not be forced into combat roles on the occasion of a draft.  But any such exemption for women would raise fairness concerns for men, who would not have the same opportunities to opt out of combat assignments.  And, making the choice not to serve in combat available to both male and female draftees would undercut the very purpose of the endeavor.[59]

Those who are opposed to a requirement for women to register suggest that it is not fair and equitable for women to be placed in the same roles as men because women do not have the same physical capabilities as the average man and thus would have a lower probability of survival if forced to serve in direct ground combat roles.  To this, they add that it would be inefficient to

---

[53] Both General Mark Milley, Army Chief of Staff, and General Robert Neller, Commandant of the Marine Corps, have publicly stated that all eligible and qualified men and women should be required to register for the draft. Lamothe, Dan, "Army and Marine Corps Chiefs:  It's time for women to register for the draft", *The Washington Post*, February 2, 2016.

[54] Joint Advertising Market Research and Studies, Current Events Tracker, December 2016.

[55] Kamarck, *Issues for Congress*, p. 26.

[56] Barno, David and Bensahel, Nora, "Now Women Should Register for the Draft, *Time*, December 7, 2015.

[57] Joint Advertising Market Research and Studies, Quality of Military Accessions, 2014.

[58] *See generally* Carter, *99 Problems.*

[59] Kamarck, *Issues for Congress*, p. 26.

draft thousands of women when only a small percentage would be physically qualified to serve as part of a combat troop.  Those in favor of female draft registration riposte that future wars may have greater requirements for more technical skills in non-combat fields, for which the percent of individuals qualified would not be as variable by gender.[60]

Finally, from a theological or moral perspective, some say that it is wrong for women to serve in combat roles; given that a draft would most likely be used to fill positions for combat operations, women should be exempt from registering.  This argument resonates strongly with a segment of the U.S. population.  Were women required to register for selective service, it could significantly increase public opposition to the conduct of a draft and degrade public support for engaging in a conflict that could require one.[61]  This leads to perplexing questions as to the potential draft classification of both men and women who hew to these perspectives, and whether such beliefs could translate into a form of conscientious objection to service in a mixed gender combat unit.

With this background in mind, we now address the potential effects of expanding registration to include women on the direct and indirect benefits of military selective service.

### Direct Benefits Potentially Associated with Expanding Registration to Women

The military selective service system guarantees the certain and timely fulfillment of military manpower requirements in a national emergency.  It would appear imprudent to exclude approximately 50% of the population—the female half—from availability for the draft in the case of a national emergency.  Future wars may have requirements for skills in non-combat fields in which the percentage of individuals qualified would not be as variable by gender.  A broader, deeper registrant pool would enhance the ability of the SSS to provide manpower to the DoD in accordance with its force needs.  This is particularly important because future wars may have requirements for skills in non-combat fields in which the percentage of individuals qualified would not be as variable by gender.[62]  And, if a draft becomes necessary, the public must see that it is fair and equitable.  For that to happen, the maximum number of eligible persons must be registered.

The registration database provides valuable military recruiting leads.[63]  Requiring the registration of women would substantially increase the number of leads provided to Service recruiting organizations, effectively doubling the name and address data transferred monthly from the SSS to the DoD.  The DoD-developed "joint lead" generation card enclosed in SSS mailings of acknowledgement letters to males who have registered, generates approximately 75,000-80,000 male leads annually.  The Department anticipates that female registration could generate an additional 35,000-40,000 annual female leads, providing a significant boost to military recruiters, particularly given that female applicants tend to meet quality benchmarks at higher rates than do males.[64]  If the discernable positive recruiting effects on males associated

---

[60] *Ibid*, p. 27.

[61] *Id.*

[62] Kamarck, *Issues for Congress*, p. 26.

[63] The potential for sharing a "total citizen database" with other National Service Organizations, such as USA Freedom Corps, Citizen Corps, AmeriCorps, and America's Promise, has yet to be explored.

[64] Joint Advertising Market Research and Studies, Joint Leads Study, 2009.

with reviewing the "joint lead" generation card—the "maybe I can do that" moment in which the possibility of military service is rendered tangible—translate as expected to a female registrant population, the number of female leads, motivated by the sense of self-efficacy, could be even higher.  That all military positions are now open to women also may influence an increase in leads among women registrants curious about, or propensed for service in combat occupations, and inspired by the equal opportunity now afforded both men and women who can meet the military's tough standards.[65]  As an aside, DoD currently pays commercial vendors for data to generate female leads; this practice could be discontinued, rendering a small cost savings to the Department.[66]

### *Indirect Benefits Potentially Associated with Expanding Registration to Women*

Registration reminds America's youth of the importance of Military, National, and Public Service.  The draft's utility as an "application of practical democracy" likely would be enhanced by the registration of females.  As recently as December 1, 2016, the Obama administration announced support for the selective service registration of women, stating, "[t]he President believes adding women to the draft would serve two purposes:  showing a commitment to gender equality throughout the armed services, and fostering a sense of public service that comes from requiring draft registration as a ritual of adulthood".[67]  Universal registration would expand emphasis on military, national, and public service by the totality of America's youth, reminding both men and women that service is a key tenet of citizenship.  As with young men, the act of registration, standing alone, would afford young American women a first, and perhaps best opportunity to act deliberately in considering and exploring the option of a military career.

Military selective service is a critical link between the AVF and society at large.  Registering *all* young people between the ages of 18 and 25 for selective service, without regard to gender, would further conjoin the interests of the American people and their military.  Universal registration would serve as a palpable reminder of the fundamental obligation, common to *all citizens*—men and women, sons and daughters, husbands and wives, brothers and sisters—to defend the country when called, and to share in the hardships of war.  One would be hard pressed to find an individual, a family, or a community without connection to a young man or woman registered for the draft.  These connections—the possibility that someone known or loved could be pressed into military service should the preservation of our national security so require, will link inextricably the American people with those who serve, now and into the future.

Military selective service is a symbol of national will and a deterrent to potential enemies of the United States.  Registering females for the first time in the Nation's history would not be expected to detract from the symbolic or deterrent effects of draft registration.  Rather, it would seem to signal to allies and potential enemies alike, an enhanced resolve to defend our nation and its partners, through the commitment and capability of the entirety of our citizenry.  It is not outside the realm of possibility, however, that nations that do not employ women in their Armed

---

[65] DoD Equities with Proposed Changes to the Selective Service System (SSS) In Support of the Deputies Small Group Meeting on Female Selective Service, July 1, 2016, p. 2.

[66] Discussion Paper, Deputies Small Group Meeting on Female Selective Service, June 29, 2016, TAB B, p. 3.

[67] Korte, Gregory and Vanden Brook, Tom, "White House: Obama supports registering women for military draft," *USA Today*, December 1, 2016.

Forces or in combat roles, could perceive the extension of the draft to women as weakening the power and lethality of the U.S. military.

### *An Additional Benefit Potentially Associated with Expanding Registration to Women*

The registration of women would provide an *additional* benefit not presently derived from the military selective service system, as follows:

The registration of women would promote fairness and equity.  That no segment of the population from ages 18 to 25 would be exempt from draft registration would ensure an equity not previously possible in the registration process and would comport the military selective service system with our Nation's touchstone values of fair and equitable treatment, and equality of opportunity.

In a tactical manifestation of the inequity inherent in the current system, men are required to register for selective service as a condition of eligibility for myriad consequential benefits and services at both the federal and state levels.  A man who forgets, delays, or fails to register is denied government employment, job training, student loans and grants, a driver's license, and a security clearance, to name but a few.[68]  Even if he has registered, government action on a man's application for benefits and services for which he is eligible often is held in abeyance while his selective service registration is verified with the SSS.  Women suffer none of these denials or delays, solely because they are not required to register for the draft, solely because they are . . . women.  That technical arguments can be applied to justify such differences in treatment is beside the point.  Men are treated differently than their female counterparts, for reasons seemingly grounded in gender; this inequity creates the perception of discrimination and unfair dealing—a tarnish that attaches to the military selective service system writ large.

A requirement for universal registration would place women and men on equal footing.  Each would be required to register; each would be required to verify registration as a prerequisite to receipt of government benefits and services; and each would be subject to the same penalties— the denial of benefits and services—for non-compliance.  Restoring the perception and *reality* of fair and equal treatment for *all* in the administration of essential federal and state programs is an additional benefit to be derived from extending to women the requirement to register for the draft.

### *Additional Resource Requirements to Register Women*

The immediate registration of all females in the 18-25 age range, the prospect of doubling the number of annual registrations and the associated compliance and verification processes, together with the potential requirement to mobilize from this larger pool, if directed, would seem likely to require an increase in SSS resourcing, as well as the revision of selective service policies and procedures to address this new population.

---

[68] A man who forgets or neglects to register until after he turns 26, past the age at which registration is required, must show, by a preponderance of the evidence, that his failure was not "knowing and willful".  The process for adjudicating the matter can be lengthy—as long as 18 months in some cases.  During this period, the man is not eligible for certain federal and state benefits and services.

Were Congress and the President to authorize the registration of women, the current cohort of about 11 million women in the primary age range of 18-25 would need to be registered in short order.  Annually thereafter, the inclusion of females would almost double the number of registrants, and the associated compliance and verification transactions.

The SSS has previously indicated that it has developed a five-year, phased implementation plan that would absorb such a significant increase in mission.  As we understand it, the SSS could initiate a drive to register women of all age cohorts, beginning paper-based registration within approximately 45 days of the enactment of directive legislation or a court order, electronic registration of the primary draft age cohorts within 12 months, and full registration, including compliance and verification cross-checks, within approximately 18 months.

We understand that the SSS has projected that it would require additional appropriations along the order of approximately $9 million in the first year of the plan, and $37 million over the first five years of execution.  If assigned the mission and provided the additional resources requested, the SSS believes that, with minor modifications, its existing infrastructure is adequate to register and draft women, as directed.[69]

To enable expanded registration, it is expected that the SSS would augment its staff with full-time equivalent civilian employees and contractors focused on increasing the capacity and throughput of its data intake, sharing, and management systems, and on reviewing and updating existing data exchange agreements and Memoranda of Understanding with federal and state agency stakeholders.[70]

Extant policies and procedures governing a future draft would require review and amendment to ensure consideration of women registrants in the execution of a fair and equitable lottery, call and deliver process, and MEPS examination and induction.  The Alternative Service Program for conscientious objectors also would require amendment, and potentially expansion, to address the female population.  And, the SSS would likely need to train and exercise its personnel and systems to ensure their readiness to execute a draft in accordance with the new policies and procedures, if directed to do so.

### Functions Currently Performed by the SSS that would be Assumed by DoD in the Absence of a National Registration Capability

We begin our discussion in this section by recalling the Congressional declaration that the "Selective Service System should remain administratively independent of any other agency, including the Department of Defense."[71]  Maintaining the clear distinction between the DoD and the administration of the Nation's selective service registration system ensures the preeminence of civilian control and has historically been viewed as important to the public's perception of the

---

[69] Selective Service System website, https://www.sss.gov/Registration/Women-And-Draft.
[70] Note too that federal and state laws conditioning the receipt of government benefits and services on draft registration would require deliberate assessment and possible modification to render them applicable to females. This would not be the responsibility of the SSS, but it would undoubtedly require the investment of significant time, effort, and funds on the part of federal and state stakeholders.
[71] MSSA, Section 1(f).

draft process as fair and equitable.[72]  DoD believes that there is great wisdom and value in sustaining this "separation of powers".

We note first the intractable challenge that would arise were the requirement for peacetime selective service registration repealed, precluding continued update of the current registration database.  Each year hence, another birth group of men would reach age 26 and be dropped from the active database; at the same time, no new 18-year-olds would be registered.  Consequently, in only 8 years, the current registration database would contain not a single name in the primary draft pool; in the face of a national emergency, our ability to identify the set of draft-age men and execute a mass mobilization would be undone.

In responding to this question, however, DoD presumed that it would be required to assume responsibility for the registration function as it currently exists, as detailed above in this report.[73]  This report does not purport to envision how DoD might otherwise execute the registration function.  While there would be no necessity for DoD to do things exactly as they have been done in the past, the SSS experience provides the only capability currently on hand to execute the registration requirement.  In the absence of a comprehensive study beyond the scope of this report, and a broader national dialogue on the issues, DoD takes no position on whether the current national registration system and process could or should be modified.

That said, were the current national registration responsibilities shifted to DoD, the Department would be required to assume responsibility for both the collection and verification of the personally-identifying information of draft-age men and the sustainment of the registration database.  The express and implied tasks comprising these functions are legion, including in main:

- Implementing multi-pronged *public outreach and awareness efforts* to educate and inform young men and influencers about the importance of selective service registration and promote compliance with the legal registration requirement.
  - Supporting and leveraging the efforts of approximately 26,192 part-time uncompensated civilian volunteer registrars in high schools, at job training sites, in the Federal Bureau of Prisons and State Correction Institutions, and at National Farm-Worker Jobs locations, to generate awareness of the registration requirement and promote compliance among their constituencies.

- Assuming wholesale responsibility for the *administration and management of all means and methods of registration*:  an on-line registration-capable web-site; automatic registration via electronic data exchanges with federal and state agencies (including more than 40 state Departments of Motor Vehicles); the Interactive Voice Response system and Call Center; and the printing and mailing of paper draft registration packets to eligible males and distribution of paper forms to U.S. Post Offices.

---

[72] Kamarck, *Issues for Congress*, 25.
[73] *Supra* pp. 3-5.  We believe it likely that DoD's assumption of the registration function would require significant legislative and regulatory action to modify the MSSA and its implementing regulations.

- o developing and sustaining interagency data exchange agreements and Memoranda of Understanding with the panoply of federal and state agencies that enable automatic registration and routinely share data with the registration database.
  - o preparing and mailing approximately 2.3 million registration acknowledgment letters each year to new registrants.
  - o identifying and taking appropriate action to address instances of registration non-compliance.

- Assuming responsibility for the *administration and management of one of the largest databases* of personally-identifiable information in the federal government. This would include all Chief Information Officer and network security functions, the requirement to maintain and update information technology hardware and software applications to ensure continuous operation of the system and its relational data base, and ensuring system connectivity with authorized federal and state agency stakeholders for purposes of data exchange.
  - o ensuring the accuracy and completeness of data maintained in the registration database, by cross-checking and validating information from individuals who register via electronic means, preventing fraudulent registrations, identifying deceased individuals, and correcting inaccurate personal information.
  - o responding timely to requests from federal and state agencies to verify a registration, with a view to determining eligibility for benefits linked to the selective service registration requirement.

- *Responding to inquiries* from registrants, the public, Congress, and the media.

Some have proposed that the personal data needed to inform a future draft could be acquired from other federal or state government databases, augmented by the purchase of third-party commercial datasets—a "big data" model. The current registration database relies extensively on information collected and shared by other federal and state entities, which is routinely validated and cross-checked by the SSS for accuracy and completeness. But because each federal agency's information systems include only that data related to the persons with whom that agency engages in the conduct of its particular mission, no single agency database is likely to be complete for purposes of a draft; each list would likely exclude some draft-eligible individuals. A cursory assessment leads to a preliminary conclusion that, at the present time, reliance on other existing government and/or commercial databases to generate a definitive list of draft-eligible youth would: raise privacy concerns; inject uncertainties as to data quality and completeness that would bear on the fairness and equity of the draft writ large; and potentially effect the missions of participating government agencies adversely as individuals sought to avoid inclusion on the list of potential draftees.[74]

---

[74] Kamarck, *Issues for Congress*, p. 25. Although a study of some vintage, in 1978, the Congressional Budget Office (CBO) proposed automatic registration of eligible persons by merging existing data on file with the Social Security System and Internal Revenue Service (IRS). The CBO report suggested that such a list might miss as many as 40% of eligible registrants. Further, IRS officials were concerned that such an approach would raise the level of tax evasion by those seeking to avoid draft registration.

**Systems, Manpower, and Facilities needed by DoD to Mobilize Inductees
in the Absence of the SSS**

We begin this section's discussion by reiterating the Department's stalwart belief in the value of maintaining a clear distinction between the DoD and the administration of the Nation's conscription processes.

For the first half of the 20th century, the military establishment was responsible for the operation of the national draft.  These Byzantine drafts[75] suffered from a dearth of consistency in the administration of postponements, deferments, and exemptions; the maltreatment of conscientious objectors; and lottery and quota systems racked by cronyism.  At times, the chance of being drafted varied by state, by local community, and by one's economic status, fostering near-universal perceptions of a lack of fairness and equity.[76]  The MSSA's establishment of an independent agency charged to administer the mass mobilization process was an unequivocal statement of Congress's intent to rectify these ills.  The "separation of powers" between DoD and the execution of the draft—codified in the MSSA—is essential to maintaining public trust in the fundamental fairness of the process, confidence in the system, and willingness to participate. Vesting in DoD the responsibility for mobilizing inductees has the potential to compromise the draft process, diminish the Department's effectiveness, and divert DoD senior leader attention from the grave national security challenges at hand during a mass mobilization.

Over the years, the SSS has developed a complex, yet methodical process to achieve the fair, orderly, time-phased induction of large numbers of men, with parallel tracking and processes for deferred inductions and reclassified personnel.  In responding to this question, DoD presumed that it would assume responsibility for the mobilization function as it currently exists, as detailed in this report.[77]  This report does not purport to envision how DoD might otherwise execute the mobilization function.  While there would be no necessity for DoD to do things exactly as they have been done in the past, the SSS experience provides the only model presently available for dealing with these requirements.  In the absence of a comprehensive study beyond the scope of this report, and a broader national dialogue on the issues, DoD takes no position on whether the current mass mobilization system and process could or should be modified.

In the absence of the SSS, DoD would need the following systems, manpower, and facilities to mobilize inductees.

*Systems*

Were DoD required to assume the mass mobilization functions presently under the auspices of the SSS, it would presumably need to inherit or replicate the capabilities of existing SSS systems, inclusive of the current public website and specialized Information Technology systems and databases, many of which are described earlier in this report.  In addition, DoD would assume responsibility for the Integrated Mobilization Information System (IMIS) to facilitate

---

[75] Carter, *99 Problems.*

[76] Kamarck, *Issues for Congress*, p. 8.

[77] *Infra* pp. 6-9, 23-25, 31-34.  We believe it likely that DoD's assumption of the mass mobilization function would require significant legislative and regulatory action to modify the MSSA and its implementing regulations.

management of the more than 11,000 local board members, accession requirements, and Reserve Force Officer administration, as well as for the Central Registrant Processing Portal, which builds on IMIS as the system of record for the management of information related to the induction process.

### Manpower

The SSS reports that in peacetime it is manned by about 125 full-time civilian employees assigned to its national and region headquarters.  In addition, 56 part-time State Directors, appointed by their State Governors, oversee selective service activities in every state, territory, and the District of Columbia.  These civilians support a field structure grounded in 2,069 local boards staffed with 11,000 volunteer board members—located in almost every county of the United States and its territories.  96 District Appeal Boards and one National Appeal Board provide avenues of redress for registrants dissatisfied with decisions at the local board level.

In keeping with SSS plans, in the event of a mass mobilization, DoD would recruit, onboard, train, and sustain more than 500 Reserve Force Officers, 1,500 military retirees recalled to duty, 700 State Resource Volunteers, and 6,500 newly hired federal employees, to support the execution of a draft.  Manpower augmentee assignments during a mass mobilization are projected as follows:

| | |
|---|---|
| National headquarters | 724 personnel (1 location) |
| Region headquarters | 531 personnel (3 locations) |
| State headquarters | 784 personnel (56 locations) |
| Area Offices | 4,360 personnel (436 locations) |
| Alternative Service Offices | 576 personnel (48 locations) |
| Liaisons at MEPS stations | 65 personnel |
| Reserve Force Officers | 504 personnel |
| Retiree recalls | 1,500 personnel |

Management of the Alternative Service Program would warrant special DoD attention. When properly classified by a local board in the context of a mass mobilization, conscientious objectors are required to fulfill their service obligation in a civilian capacity that contributes to the maintenance of the national health, safety, or interest.  DoD would be responsible for maintaining alternative service policies and procedures, building the Alternative Service Employer Network, and interfacing with religious institutions and the conscientious objector community.[78]

### Facilities

DoD would assume responsibility for managing the facilities housing the SSS National headquarters and 3 Region headquarters.  56 State headquarters would be established at designated National Guard armories, and 436 Area Offices would operate from select recruiting station offices across the United States.  48 Alternative Service Offices would be co-located with

---

[78] 32 Code of Federal Regulations, part 1656.2.

designated Area Offices to administer the Alternative Service Program for conscientious objectors.

The MSSA and federal regulations[79] mandate the establishment of one or more local boards in each county or political subdivision of the United States.  Each of the 2,069 local boards presently in existence performs its official duties at sites within the jurisdiction for which it is established.  DoD would coordinate site location and support requirements through servicing Area Office personnel, assigned Reserve Force Officers, and local government authorities.

Additional facilities would be required for the 96 District Appeal Boards, the National Appeal Board, and various other supporting elements.

**Feasibility and Utility of Eliminating the Current Focus on Mass Mobilization of Primarily Combat Troops in Favor of a System that Focuses on Mobilization of Military Occupational Specialties**

The current registration requirement and systems for mass mobilization are designed to provide a fair and equitable process by which individuals are generally conscripted as "untrained manpower," without regard to their individual skills or abilities.  We will never know with certainty how an enemy might fight or precisely what demands a future conflict might place on our forces; we must guard against a presumption that future wars will be "just like the last."[80] The particular skills needed by DoD and the Military Services in the event of a national emergency will vary with the nature of the crisis.  For example:[81]

- The changing shape of future wars may require conscripting the nation's best experts at code writing, hacking, and cyber security to rapidly build a world-class cadre of cyber warriors.

- There might be an immediate need to put financial experts and market analysts into uniform to help protect the nation from potentially disruptive economic warfare.

- The military might need to mobilize social media experts who can understand and undercut the insidious messaging of highly sophisticated adversaries aiming to inflame and radicalize populations at home and abroad.

This reality prompts questions as to the feasibility and utility of targeting the draft process to specific military occupation specialties (MOSs) that may be of particular necessity or high-value in the prosecution of a given conflict, similar to recruiting practices that have been used with some success to target persons with "high-demand, low-density" skills for enlistment in the AVF.

A targeted draft focusing on specific MOSs is feasible, but would add significant complexity to registration and mobilization processes.  More important is the understanding that applying qualitative conscription criteria to some, inevitably devolves into *de facto* exemptions for

---

[79] 32 Code of Federal Regulations, part 1605.51.
[80] Barno and Bensahel, *Mirages of War*.
[81] These examples are excerpted directly from Barno and Bensahel, *Why We Still Need the Draft*.

others.[82]  Significant thought and effort would need to be devoted to countering the specter of an unfair and inequitable draft raised by the use of targeted mobilization.  By segregating elements of society by intellect; skill, education or achievement in the desired discipline; or experience—the perennial question of "who serves when not all serve?" takes on a new connotation.  Those who meet the military's particular need would be conscripted to serve; those who do not would go home.  It has also been suggested that a targeted draft could prove an inefficient use of high-value labor, "indiscriminately compelling employment in the military regardless [of the fact that that even in the context of a national emergency, the] individual could have much greater value to our society elsewhere."[83]

### *Mobilization of General Combat Forces*

Under current law, the SSS will provide trained and untrained manpower to DoD in a national emergency, when directed by the President and Congress.  Although all 18-25 year old males are required to register with selective service, not all will serve.  In a mass mobilization, the Office of the Under Secretary of Defense for Personnel and Readiness would submit military manpower induction requirements through the U.S. Military Entrance Processing Command (MEPCOM) to the Director of the SSS.  The specific induction requirement would be extrapolated to identify the number of men who must be called up to achieve the desired end state, and define the timeline for processing and inducting them.  The mass mobilization system is both flexible and scalable, designed to adapt to the volume and immediacy of the requirement presented.  The MEPS receive manpower from the SSS, examine each registrant who presents to determine his physical, mental, moral, and administrative qualifications for military service, and induct qualified registrants into military service, before moving them onward to their Service military reception center for training.[84]

Past practice and current plans envision two methods for processing registrants.  Using a "one-step" process, the SSS would deliver a fixed number of registrants to each MEPS daily, in accordance with a predetermined order of call based on age cohort, lottery selection, and random sequence.  The MEPS will administer the Armed Services Vocational Aptitude Battery (ASVAB) and necessary Service-specific specialty tests, conduct a physical examination, induct qualified men into their respective Services, and provide for their immediate movement to training.  Applying the "two-step" method, the SSS would deliver a fixed number of registrants to each MEPS for aptitude testing, medical examination, and moral qualifications assessment.  Although the progression of registrants through the MEPS station mirrors the "one-step" method, at the "end of the day", registrants return home to await induction at a later date, as determined by the SSS and their respective Services.  In the interim, postponement, deferment, and exemption claims are adjudicated, and potential medical or conduct disqualifications are resolved.[85]

---

[82] Carter, *99 Problems*.

[83] *Id.  See also* Kamarck, *Issues for Congress*, p. 23.

[84] Army Regulation 601-270, OPNAVINST 1100.4C CH-2, AFI 36-2003_IP, MCO 1100.75, COMDTINST M 1100.2E Military Entrance Processing Station (MEPS)(Washington, DC: Department of Defense, September 13, 2011), p. 1.

[85] *Ibid* at p. 18.

Although most of these inductees likely will be used to fill the ranks of combat units, MEPS testing is generally capable of identifying those with special skills or aptitude for a particular military occupation for which there is a need. Those so identified *may be* trained and utilized accordingly.

### Mobilization by Military Occupational Specialties

"Conscription in the future could look very different than the draft calls of Korea or Vietnam".[86] Those who would threaten our national security wear many faces; the dangers they would unleash take many forms. Countering those bad actors and the threats they pose may require a fighting force not based solely on combat power, as was the case in the last century. But the 21st-century, cutting edge human capital so crucial to success in a major war of the future will not likely be found in our military of today.[87] Scrambling to identify, locate, and induct experts from scratch in the middle of a crisis mobilization would take too long, at a time when every day counts. Thus, there is some appeal to the idea of structuring a mobilization process to target and render up those with unique skills and capabilities relevant to the crisis at hand, in other words, "drafting to need." Current Secretary of Defense James Mattis signaled his interest in such an approach, when, in response to written question posed by the SASC in advance of his confirmation hearing he stated, "I will direct the Department to determine which needed skills are anticipated and pass those requirements to the Selective Service."

In its simplest form, rather than trusting to chance and presuming that each cohort of registrants that passes through a MEPS for examination and induction will possess, in the aggregate, the right mix of skills and experience that DoD needs, a targeted draft could focus on using information in the registration database to identify and cull for induction, those individuals with the knowledge, skills, and abilities associated with specific MOSs in demand. Populating the selective service registration database, well in advance of a crisis, with information requisite to the identification of "experts" in a wide variety of disciplines, would be integral to such a plan.[88]

The registration database maintains basic information comprising a registrant "profile" on men between the ages of 18 and 26. At initial registration, the individual could be required to report data reflecting his profession, skill certifications, conferred degrees, and licenses for inclusion in his profile. Given the relative youth of most of the registrant population, information of this sort is likely to be scant, however.[89] With successive periodic updates to the "critical skills" section of the profile—perhaps every two to three years, continuing even after the registrant is no longer in the primary draft pool—the foundation of a targeted draft could be established and sit ready for years. A major deficit of this method is that to maintain the functionality of the database, every American male would have to update his skills competencies

---

[86] Barno and Bensahel, *Why We Still Need the Draft.*

[87] *Id.*

[88] A broad-brush approach to collecting and recording information about a wide variety of skill categories would render it more likely that the registration database would be useful for a targeted draft going forward.

[89] Currently, the only profile information routinely updated is the registrant's "current address", changes in which are required to be reported within 10 days of a move. New address information is also collected and validated through SSS data exchanges with other federal and state agencies. The remaining information—name and social security number—is unlikely to change with the passage of years.

with selective service on a regular basis, over most of his adult life.  Further, efforts to mandate reporting of this additional information are likely to meet with widespread objection because of perceived infringements on privacy rights and civil liberties.  Given the level of detail in the information required, the periodicity of updates, the length of the reporting period, and the likelihood of public opposition to the proposal, securing the level of compliance necessary to ensure the accuracy and completeness of the database, and enforcing penalties for non-compliance, would present significant challenges.

And, given that females are not authorized to register for the draft, there would be no mechanism by which to collect and maintain a record of their professions, skills, academic degrees, and licenses—even were use of the information intended only for voluntary recruitment purposes.  This would prove an unfortunate omission.  A targeted draft in a future war would presumptively focus on highly technical skills in short supply in the labor market as a whole.  The percent of individuals qualified in such skills is unlikely to be as variable by gender as are the combat MOSs.  Accordingly, targeting a draft to only 50% of the available population would severely limit success.

Considering other options, in past conflicts, state medical licensing boards arranged to provide licensing lists to the SSS as means of identifying health care providers.  Similar "partnering" arrangements could be negotiated with licensing and credentialing boards associated with other disciplines, professional organizations, academic institutions, and private industry, to share data about individuals with particular high-value skills.  For example, the American Society for Civil Engineers or the National Society of Professional Engineers could provide the SSS with information about their members specializing in the management of electric grids or the build-out of transportation infrastructures.  Microsoft and Cisco Systems could yield a cadre of trained software engineers and coders.  Adding information about these individual's specialties to their profile in the selective service registration database would allow for easy retrieval, by area of expertise, when needed by DoD in a national emergency.  Of course, any such endeavor would likely raise privacy and other civil liberties concerns.  Absent Congressional engagement, these "partnering" arrangements would rely on voluntary disclosures by boards, professional organizations, academia, and industry. Their willingness to participate should not be presumed.  Finally, given that only males participate in the registration database, even were such information to be made available, there would be no means of recording and maintaining it for similarly expert females.  Once again, this constraint would limit the military's ability to identify the right expert, with the right skills, for use in the right place, at the right time.

Also, it is important to note that any mass mobilization process in which only those with critical skills are subject to draft will be pilloried as inequitable and unfair.  Efforts to evade would be commonplace, and—given that the information on which the draft would rely could be obtained only through voluntary disclosure—more often than not, successful.

Taking another tack, the examination phase of the induction process could be modified to permit a more robust assessment of a registrant's skills and capabilities, earlier in the mobilization timeline.  DoD would be required to identify, in advance, the critical skills and occupations known or projected to require expert manning.  A structured interview, designed to elicit detailed information about the registrant's profession, skills, academic degrees, and

licenses; a post call-up review of the registrant's selective service database profile; and consideration of the results of pinpoint aptitude tests, in addition to ASVAB scores, could identify those well suited for the high-value MOSs needed by DoD.  Those registrants would be separated from the cohort for special processing and channeled expeditiously to required training.  Although this method likely would not work with a one-step induction process, the two-step process could prove more adaptable.  The time required to conduct detailed interviews and the timing, logistics, and expense of pinpoint aptitude testing could prove challenging, however.  Nonetheless, this approach would probably be viewed as "more" fair and equitable, because an individual's identification for MOS targeting would occur only after he already had been selected for draft by regular random processes.  Given that the pool of individuals considered for channeling to special skills occupations would not include men not yet drafted and would include no women at all, the chance of identifying an individual with the particular expertise needed still would be limited.

The Health Care Professional Delivery System (HCPDS)[90] is yet another model for the induction of persons with special skills and qualifications.  HCPDS is a *standby plan* developed at the request of Congress that could be used to draft health care personnel in a crisis.[91]  No portion of the plan is intended for peacetime implementation; the plan could be implemented in connection with mass mobilization in a national emergency, but only if Congress and the President pass and sign legislation to enact it.  Further, the HCPDS plan would be activated only if the military's existing medical capability proved insufficient and there was a shortage of volunteers.  If implemented, HCPDS would provide a fair and equitable draft of medical personnel from the existing civilian pool of 3.4 million doctors, nurses, specialists, and allied health professionals in more than 60 fields of medicine.  Implementation would begin with the mass registration of both male and female[92] health care workers between the ages of 20 and 45.  The draft would call a very small percentage of these into military service.  The impact of the draft on the availability of civilian health care would be minimal; those health-care workers whose absence would seriously hurt their communities would be deferred on the basis of community essentiality.[93]  The benefits of this approach are that registration, which in itself can be controversial, takes place only after an emergency is declared and the President and Congress act affirmatively to implement the plan.  Because the ages of those required to register span a greater period of years, and females are included in the process, the pool of specialists is broader and more representative of all those with the requisite skill sets.  And, because the pool is larger, the chance that any single individual will be selected for draft is less, and the greater the likelihood that the process will be perceived as fair and equitable.  Because they are already skilled personnel, HCPDS draftees would require minimal training, allowing them to take their place in the force almost immediately.  Finally, the exemption process expressly weighs the

---

[90] Throughout the Vietnam conflict, the SSS located doctors and nurses by scouring state medical licensing boards.  They were offered an officer's commission and a two-year service commitment.  According to lore, some 83 of these 30,000 individuals actually refused the offer.  They were drafted anyway and put in the Army as buck privates, the military's lowest rank.

[91] In 1987, Congress enacted Public Law 100-180, codified at 50 USC Appendix, Section 460(h), ordering the SSS to prepare contingency plans for HCPDS.

[92] Female health care professionals would be included in the registration and draft unless the President or Congress directed otherwise.

[93] Selective Service System website, https://www.sss.gov/About/Medical-Draft-in-Standby-Mode.

needs of the community, blunting across-the-board assertions that these professionals would be of greater benefit to national security in their civilian capacities.

Finally, a "draft" targeted at particular skills should never forswear the benefits of incentivized volunteerism.  For example:[94]

- Older civilian experts in particular disciplines could be requested to pre-register (*i.e.,* if you are of a certain age and within the past 12 months you have worked in the following fields, you are encouraged to register), so that the SSS could locate them quickly in the event of an emergency.  These older recruits could be permitted to serve as civilians—enabling them to serve without committing to the full rigors of military life, and their period of obligation limited to a short-term stretch of perhaps six months, renewable at the individual's election.

- Skill-targeted conscripts could be "drafted" into the Reserve Components, and authorized to split time between their uniformed and civilian jobs, leveraging skills from both.

- Specialists who volunteer could be offered an incentive package that will differentiate between classes of service.  Serve at home providing healthcare, and you get some credit for doing so.  Serve in the military and deploy into harm's way, and you'll earn a more generous package of educational and economic benefits.

## DoD Manpower Needs in an Emergency Requiring Mass Mobilization

As far back as 1994, a DoD bottom-up review stated, "[w]e will never know with certainty how an enemy might fight or precisely what demands might be placed on our own forces in the future."  In an uncertain world, maintaining the systems, manpower, and infrastructure required to conduct a draft will enable the country to mobilize parts or all of society, as needed to counter the catastrophe yet unenvisioned.  The vast pool of human capability represented in and by the selective service registration database mitigates risk to the Nation, standing ready to be called to bridge a gap between the AVF and the force requirements of a future conflict, the demands of which we cannot predict.

A June 2012 Government Accountability Office (GAO) review recommended that the Department establish a process for "periodically reevaluating DoD's requirements for the SSS in light of changing threats, operating environments, and strategic guidance."[95]  In February 2013, Principal Deputy Assistant Secretary of Defense for Readiness and Force Management Frederick Vollrath, responded to GAO on behalf of the Department, stating:

"Currently the AVF is of adequate size and composition to meet the Department's demands, and the Department has no operational plans that envision mobilization at a level that would require conscription.
. . .

---

[94] These examples are excerpted directly from Barno and Bensahel, *Why We Still Need the Draft*.
[95] U.S. Government Accountability Office, *DoD Should Reevaluate Requirements for the Selective Service System*, (Washington, DC: U.S. Government Accountability Office, June 2012), p. 16.

There would be merit in a thorough assessment of this issue, to include a review of the statutes and polices surrounding the current registration process, and the potential to include the registration of women.  This review is part of a much broader national discussion and should not be solely determined by DoD.  However, the Department stands ready to participate in such a review."[96]

In March 2014, Acting Under Secretary of Defense for Personnel and Readiness Jessica L. Wright, responded to questions posed by the Senate Armed Services Committee, advising, "[d]uring our 2013 Government Accountability Office audit, DoD was asked to reevaluate the mission and military requirements for the Selective Service.  We found that the changes in the world following the end of the Cold War have revised our mobilization requirements.  As such, the Department has no operational plans that envision mobilization at a level that would require conscription.  However, we contend that although there may be no immediate military necessity, there continue to be national necessities for continuation of the SSS."[97]

### Timeline

The Department of Defense currently has no operational plans that envision mobilization at a level that would require conscription.[98]  At this time, should a national emergency so require, the Department would rely on the SSS and its current plans, policies, and procedures.  The timeline begins when Congress amends Section 17(c) of the MSSA to authorize the President to induct personnel into the Armed Forces, and the President issues follow-on directives governing the mass mobilization process.  The Office of the Under Secretary of Defense for Personnel and Readiness would submit military manpower induction requirements through the U.S. Military Entrance Processing Command (MEPCOM) to the Director of the SSS.  The specific induction requirement would be extrapolated to identify the number of men who must be called up to achieve the desired end state, and define the timeline for processing and inducting them.  The mass mobilization system is both flexible and scalable, designed to adapt to the volume and immediacy of the requirement presented.  Generally, as reported by the SSS, the phased timeline for mobilization would proceed as follows:

- *Days 1-5.*  The 56 State Directors and 175 Reserve Force Officers are activated.  Concurrently, the SSS Region headquarters are expanded and the State headquarters are established.

- *Days 6-45.*  The national draft lottery is conducted.  An additional 329 Reserve Force Officers and 1,500 retired National Guard members are recalled to active duty to support Area Offices.  The SSS receives authority for the expedited hire of more than 6,500 full-time employees.  In communities across the country, more than 11,000 local board members are notified to report for duty.

---

[96] Letter to Director, Capabilities and Management, Government Accountability Office, from Frederick E. Vollrath, Principal Deputy Assistant Secretary of Defense for Readiness and Force Management, Office of the Secretary of Defense, February 26, 2013.
[97] Acting Under Secretary of Defense for Personnel and Readiness Jessica L. Wright, "Response to SASC Question #91", March 26, 2014.
[98] Joint Staff J-5, November 17, 2016.

- *Days 46-85.*  The 436 Area Offices and 48 Alternative Service Offices are established and operational.  Initial and refresher training for local board members and new civilian employee hires is completed.
  - o  The first 100,000 or more registrants receive a notice to report to the MEPS for examination.  Notice is mailed to the most recent address for the registrant as recorded in the registration database.

- *Days 85-100.*  The first local board meeting takes place.  The 96 District Appeal Boards, consisting of 480 members, and the National Appeal Board, consisting of three or more Presidential appointees and 10 full-time employees, are activated.
  - o  Area Offices receive their first claims for postponement, deferral, or exemption.

- *Days 101-150.*  The first meetings of the District Appeal Boards and the National Appeal Board take place.

- *Day 183.*  The first induction notifications are mailed.

- *Day 193.*  The first inductees report to the MEPS for transport to their Service military reception center.

- *Day 210.*  The first 100,000 inductees report for service.

- *Day 222.*  The first medical personnel report for service.

*Figure 2* depicts the notional SSS mobilization timeline in graphic form.

**Figure 2:  Notional SSS Mobilization Timeline**



The Alternative Service Program is activated on a similar timeline.  An individual granted conscientious objector status would be processed and enrolled for employment through the Alternative Service Employment Network at generally the same rate as an inductee is processed for entry into military service.

The information above reflects the notional timeline established by the SSS.  We note, however, the findings of a 2012 GAO review, advising that "[a]ccording to official spokespersons for the SSS, the agency is not currently resourced to meet DoD's requirement for

it to deliver the first inductees in 193 days and 100,000 inductees in 210 days, without jeopardizing the fairness and equity of the draft." [99]

### Additional Critical Skills Needed

The Department of Defense currently has no operational plans that envision mobilization at a level that would require conscription.[100]  At present, the only plan for a separate registration and mobilization process targeting critical skills focuses on health care personnel.[101]  We will never know with certainty how an enemy might fight or precisely what demands might be placed on our own forces in the future.  Other critical skills needed in the event of a national emergency will depend on the threat we face, but certainly *could* extend to cyber specialists, drone operators, technical and scientific experts, and linguists.  Other more prosaic skills:  expertise in rapid road and rail logistics, fuel distribution and water purification, and policing and physical security, also *could* be deemed critical, depending on the nature of the conflict, the mission, environment, and other factors.

## Assumptions Used by the Department

- For the purpose of this report, the term "mass mobilization" refers to the activation of conscription or a military draft.

- Mass mobilization will be properly authorized by law and Presidential directive.  Legal authorities will be available to support mobilization processes.  Adequate funding and manpower will be available to execute the induction of untrained manpower (general registrants) and/or the registration and induction of health care personnel.

- The entry processing capability of MEPCOM is 18,000 registrants per day, presuming adequate augmentation of manpower and facilities.  Accessions will be inducted or enlisted/appointed and transported to designated Service training centers/duty stations identified by the Office of the Secretary of Defense or the appropriate Service.

- The SSS will adjust its master data file to remove from the list of eligible draftees those individuals reported by MEPCOM as already having been accessed by a Military Service.  The Defense Manpower Data Center (DMDC) will report to the SSS the names of personnel with less than 1 year of service who have been discharged or transferred to a Reserve Component for the convenience of the government.  DMDC's report will include the length of each individual's service and characterization of discharge.

- Conduct of the credentialing process for health care personnel, including the review and validation of professional licenses, diplomas, training certificates, and related materials, is the responsibility of the individual Military Service.  The Services will provide qualified

---

[99] U.S. Government Accountability Office, *DoD Should Reevaluate Requirements for the Selective Service System*, (Washington, DC: U.S. Government Accountability Office, June 2012), p. 7.
[100] Joint Staff J-5, November 17, 2016.
[101] *Supra* p. 29.

representatives at each MEPS to credential and determine the appropriate military pay grade of each health care professional prior to induction or commission.

- Lead-time permitting, the SSS will first use a two-step examination and induction process for both general and health care registrants, with only those deemed qualified for military service subsequently ordered for induction. Given insufficient lead-time, however, SSS would employ the one-step examination and induction process, then shift to a two-step process, as time and the number of inductees permit. Both large and small volume deliveries of registrants to DoD for induction processing can be managed under either process.

**Conclusion**

Throughout most of the 20th century, the laws of the United States have obligated male citizens and residents to register for a draft administered by an agency of the federal government. The Department of Defense currently has no operational plans that envision mobilization at a level that would require conscription. Even in the face of sustained conflicts in Iraq and Afghanistan, DoD has maintained its ability to recruit and retain a professional volunteer force without resorting to a draft. Nonetheless, the potential for global conflict on the scale of another world war still exists. Every Administration since 1980 has made the conscious decision to maintain national registration for selective service as the tool through which Congress and the President would provide additional manpower to the Armed Forces—an "insurance policy"— should future threats spark requirements for forces in excess of those available to the AVF.

The SSS is an independent federal agency within the executive branch, headquartered in Arlington, Virginia. Since 1973, the MSSA has designated the SSS as an "active standby" organization, with the mission to: maintain a complete registration and classification structure capable of immediate operation in the event of a national emergency (including a structure for the registration and classification of persons qualified for employment in a health care occupation essential to the maintenance of the Armed Forces); and maintain personnel adequate to reconstitute immediately the full operations of the mass mobilization system, including trained volunteers, military reservists and military retirees.

A number of benefits derive, both directly and indirectly, from the military selective service system. Primarily, selective service guarantees the certain and timely fulfillment of military manpower requirements in a national emergency. Also of significance, the selective service registration database provides valuable military recruiting leads. In a more indirect vein, registration reminds America's youth of the importance of Military, National, and Public Service and the existence of a draft serves as a critical link between the AVF and society at large. Finally, military selective service is both a symbol of our national will and a deterrent to potential enemies of the United States.

Under current law, women may serve voluntarily in the U.S. Armed Forces but are not, and never have been, required to register for selective service. Since the ban on women in combat was lifted, the merits of including women in the requirement to register for the draft have been hotly debated in the media and in the halls of Congress. It appears that, for the most part, expanding registration for the draft to include women would enhance further the benefits presently associated with the selective service system. Opening registration to *all* members of

the population aged 18-25—regardless of gender—would convey the added benefit of promoting fairness and equity not previously possible in the process and would comport the military selective service system with our nation's touchstone values of fair and equitable treatment, and equality of opportunity.

Maintaining the clear distinction between the DoD and the administration of the Nation's selective service system ensures the preeminence of civilian control and has historically been viewed as important to the public's perception of the draft process as fair and equitable.  DoD believes that there is great wisdom and value in sustaining this "separation of powers".  This report does not purport to envision how DoD might otherwise execute the registration and mass mobilization functions.  In the absence of a comprehensive study and a broader national dialogue on the issues, DoD takes no position on whether the current national registration system and mobilization process could or should be modified.

The current registration requirement and systems for mass mobilization are designed to provide a fair and equitable process by which individuals are generally conscripted as "untrained manpower," without regard to their individual skills or abilities.  We will never know with certainty how an enemy might fight or precisely what demands a future conflict might place on our forces.  The particular skills needed by DoD and the Military Services in the event of a national emergency will vary with the nature of the crisis.  A targeted draft focusing on specific MOSs is feasible, but would add significant complexity to registration and mobilization processes.  Significant thought and effort would need to be devoted to countering the specter of an unfair and inequitable draft raised by the use of targeted mobilization.

One option might be that at initial registration, the individual could be required to report data reflecting his profession, skill certifications, conferred degrees, and licenses for inclusion in his selective service profile.  With successive periodic updates to the "critical skills" section of the profile—perhaps every two to three years, continuing even after the registrant is no longer in the primary draft pool—the foundation of a targeted draft could be established and sit ready for years.  "Partnering" arrangements could be negotiated with licensing and credentialing boards associated with other disciplines, professional organizations, academic institutions, and private industry, to share data about individuals with particular high-value skills.

Taking yet another tack, the examination phase of the induction process could be modified to permit a more robust assessment of a registrant's skills and capabilities, earlier in the mobilization timeline.  Those registrants identified through structured interviews and aptitude testing as possessing special skills would be separated from their MEPS cohort for special processing and channeled expeditiously to required training.  This approach would probably be viewed as "more" fair and equitable, because an individual's identification for MOS targeting would occur only after he already had been selected for draft by regular random processes.

The Health Care Professional Delivery System (HCPDS) is yet another model for the induction of persons with special skills and qualifications.  HCPDS is a *standby plan* developed at the request of Congress that could be used to draft health care personnel in a crisis.  Finally, a "draft" targeted at particular skills should never forswear the benefits of incentivized volunteerism.

Given that females are not authorized to register for the draft, there would be no mechanism by which to collect and maintain a record of their professions, skills, academic degrees, and licenses—even were use of the information intended only for voluntary recruitment purposes. This would prove an unfortunate omission. A targeted draft in a future war would presumptively focus on highly technical skills in short supply in the labor market as a whole. The percent of individuals qualified in such skills is unlikely to be as variable by gender as are the combat MOSs. Accordingly, targeting a draft to 50% of the available population—males only—would severely constrain success.

A June 2012 Government Accountability Office (GAO) review recommended that the Department establish a process for "periodically reevaluating DoD's requirements for the SSS in light of changing threats, operating environments, and strategic guidance." The Department has consistently responded to such recommendations by advising that the AVF is currently of adequate size and composition to meet the Department's demands, and that we have no operational plans that envision mobilization at a level that would require conscription. At the same time, the Department acknowledges the merit of a thorough assessment of this issue, to include a review of the statutes and polices surrounding the current registration process, and the potential to include the registration of women. Any such review should be part of a much broader national discussion and should not be solely determined by DoD.

Finally, at this time, should a national emergency so require, the Department would rely on the SSS and its current plans, policies, and procedures to execute a mass mobilization.

EXHIBIT 5

## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | |
|---|---|
| NATIONAL COALITION FOR MEN et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>SELECTIVE SERVICE SYSTEM et al.,<br><br>    Defendants. | No. 4:16-cv-3362 |

## DEFENDANT SELECTIVE SERVICE SYSTEM'S OBJECTIONS AND RESPONSES TO PLAINTIFFS' FIRST SET OF INTERROGATORIES

Pursuant to Federal Rules of Civil Procedure 26 and 33, Defendant Selective Service System ("SSS"), by and through undersigned counsel, hereby submits objections and initial responses to plaintiffs' First Set of Interrogatories Upon Defendant Selective Service System, served May 15, 2018.  In presenting these objections, SSS does not waive any further objection in pretrial motions practice or at trial to the admissibility of evidence on the grounds of relevance, materiality, privilege, competency, or any other appropriate ground.

## GENERAL OBJECTIONS

SSS objects to these interrogatories to the extent that they seek (a) attorney work product; (b) communications or information protected by the attorney-client privilege; or (c) communications or information protected by the deliberative process privilege.

1

SPECIFIC OBJECTIONS AND RESPONSES

Interrogatory No. 1:

Explain, in detail, your reasons for requiring only men to register for the Selective Service System (for purposes of these interrogatories, "register for the Selective Service System" refers to registering for the military draft set forth in the Military Selective Service Act).

Response:

SSS requires only men to register for the SSS because the Military Selective Service Act ("MSSA"), 50 U.S.C. § 3802, authorizes only the registration of men.

Interrogatory No. 2: Explain, in detail, to what extent women are now allowed in combat roles in the United States.

Objection: SSS objects to this interrogatory on the grounds that it is vague and ambiguous.  Specifically, the interrogatory does not define "combat roles," nor is SSS aware of a universally accepted understanding of what that term means.

Response: SSS lacks knowledge or information regarding the extent to which women are now allowed in combat roles.  The Department of Defense ("DoD") may have responsive information, disclosure of which would be governed by DoD's *Touhy* regulations.  Please refer to DoD Directive No. 5405.2, "Release of Official Information in Litigation and Testimony by DoD Personnel as Witnesses."

Interrogatory No. 3: State whether or not your website says: "The U.S. came close to drafting women during World War II, when there was a shortage of military nurses. However, there was a surge of volunteerism and a draft of women nurses was not needed."

Response: The SSS website contains the above-quoted statement.


Interrogatory No. 4: State whether or not the following statement is true: "The U.S. came close to drafting women during World War II, when there was a shortage of military nurses.  However, there was a surge of volunteerism and a draft of women nurses was not needed."

Objection: SSS objects to this interrogatory on the grounds that it is vague and ambiguous, and calls for speculation.  The interrogatory does not identify any measure by which SSS can assess whether or when the United States "came close" to drafting women.

Response: There is some historical evidence that a limited draft of women appears to have been considered during WWII.  "In his January 1945 State of the Union Address President Franklin D. Roosevelt remarked that there was a critical shortage of Army nurses and that medical units in the European theater were being strained to the breaking point.  He proposed that nurses be drafted.  A nurse draft bill passed in the House and came within one vote in the Senate before the surrender of Germany.  In the interim, the enrollment of over 10,000 nurses in the Army Nurse Corps early in 1945 rendered the

3

measure superfluous." (Source: CMH Pub 72-14 The Army Nurse Corps: A

Commemoration of World War II Service, 1993)]


Interrogatory No. 5: Explain, in detail, how women would have been drafted during

World War II if the Selective Service actually drafted them, including, without limitation,

what capacity (combat, nurses, etc.) they would have been in, how you would have

handed it logistically, and any other explanation you have as to how and what

mechanisms would have been used.

    Objection: SSS objects to this interrogatory on the ground that it is vague and

ambiguous, and calls for speculation. How women would have been drafted during

World War II would have depended on the terms of the legislation authorizing the

drafting of women, which was never enacted into law; additionally, SSS would not have

been responsible for determining in what capacity any drafted women would have served.

SSS also objects to this interrogatory to the extent that it creates interrogatories with

multiple discrete subparts.

    Response: SSS lacks sufficient knowledge or information to respond to this

interrogatory.


Interrogatory No. 6: Explain, in detail, any other reasons for not drafting women in

World War II other than that there was a surge of volunteerism.

    Objection: SSS objects to this interrogatory on the grounds that it is vague and

ambiguous, and calls for speculation. To the extent that only Congress could have legally

required women to be drafted for service in World War II, SSS does not know what reasons Congress might have had for not doing so.

Response: SSS lacks sufficient knowledge or information to respond to this interrogatory. SSS is not aware of any specific reasons for not drafting women during World War II other than a surge of volunteerism.

Interrogatory No. 7: Explain, in detail, any other times in United States history when the United States came close to drafting women.

Objection: SSS objects to this interrogatory on the grounds that it is vague and ambiguous, and calls for speculation. The interrogatory does not identify any measure by which SSS can assess whether or when the United States "came close" to drafting women.

Response: SSS lacks sufficient knowledge or information to respond to this interrogatory. SSS is not aware of any other times in United States history when the United States government contemplated subjecting women to a military draft.

Interrogatory No. 8: Explain, in detail, why women should not be required to register for the Selective Service when the U.S. came close to drafting women during World War II as nurses.

Response: SSS is a service agency responsible for implementing the MSSA. SSS takes no position on whether Congress should require women to register for the Selective Service.

5

<u>Interrogatory No. 9</u>: Explain, in detail, why women cannot now be required to register for the Selective Service for non-combat roles.

    <u>Response</u>: When SSS registers a person, it does not determine the role that person will serve once inducted.  This determination is made by DoD after induction.  To the extent that this interrogatory seeks information from DoD, please refer to DoD Directive No. 5405.2, "Release of Official Information in Litigation and Testimony by DoD Personnel as Witnesses."

<u>Interrogatory No. 10</u>: Explain, in detail, whether Selective Service registration is solely for combat roles.

    <u>Objection</u>: SSS objects to this interrogatory on the ground that it is vague and ambiguous.  Specifically, the interrogatory does not define "combat roles," nor is SSS aware of a universally accepted understanding of what that term means.

    <u>Response</u>: Selective Service registration requires all eligible individuals to register without consideration of what roles they will ultimately serve.  Historically, Selective Service registration has been relied upon to replace those falling in combat.

<u>Interrogatory No. 11</u>: Explain, in detail, any logistical problems you are aware of with requiring women to register for the Selective Service?

    <u>Objection</u>: SSS objects to this interrogatory on the ground that it calls for speculation.  Given that women do not currently register for the Selective Service, SSS

cannot identify with any certainty what logistical problems might arise if they were legally required to do so.

Response: SSS is presently unaware of any specific logistical problems that would arise if women were required to register for the Selective Service.

Interrogatory No. 12: State whether or not it is true that, in a report by the United States Department of Defense dated March 17, 2017, titled "Report on the Purpose and Utility of a Registration System for Military Selective Service," the Department of Defense recommends that women should be required to register for the Selective Service.

Response: The cited report speaks for itself, and SSS refers plaintiffs to the full text of the report for a complete and accurate statement of its contents.

Interrogatory No. 13: For each document in your possession, control, or knowledge that supports, contradicts, or relates to your position that women should be required to register for the Selective Service, state the title, author(s), date(s), description, and location of said document.

Response: SSS has no documents that are responsive to this interrogatory.

Interrogatory No. 14: For each expert you have consulted regarding women and the Selective Service, state the name, title, contact information, and position of that expert.

Response: SSS has not consulted any experts regarding women and the Selective Service.

7

<u>Interrogatory No. 15</u>: Explain, in detail, how many women have served in combat roles in the United States military from January 1, 2001 to the present date, including, without limitation, the countries they served combat in and their combat positions.

<u>Objection</u>: SSS objects to this interrogatory on the grounds that it is vague and ambiguous, overbroad, unduly burdensome, and disproportionate to the needs of this case. Specifically, the interrogatory does not define "combat roles," nor is SSS aware of a universally accepted understanding of what that term means. Moreover, providing a comprehensive list of every woman who has ever served in a "combat role" (particularly if broadly defined) for the past 17 years would require a wide sweep of a large amount of potentially sensitive information that bears no clear relevance to the issues in this case. In any event, as noted below, SSS does not possess this information.

<u>Response</u>: SSS lacks knowledge or information regarding the extent to which women have served in combat roles since January 1, 2001. DoD may have responsive information, disclosure of which would be governed by its *Touhy* regulations. Please refer to DoD Directive No. 5405.2, "Release of Official Information in Litigation and Testimony by DoD Personnel as Witnesses."

<u>Interrogatory No. 16</u>: Explain, in detail, all facts supporting or otherwise relating to your denials and affirmative defenses to the operative complaint in this action.

<u>Objection</u>: SSS objects to this interrogatory as premature, given that this case is still in the early stages of discovery.

Response: It is premature for SSS to respond at this time.  SSS will supplement its response before the close of discovery.

Interrogatory No. 17: Describe, in detail, all documents supporting or otherwise relating to your denials and affirmative defenses to the operative complaint in this action.

Objection: SSS objects to this interrogatory as premature, given that this case is still in the early stages of discovery.

Response: It is premature for SSS to respond at this time.  SSS will supplement its response before the close of discovery.

Dated: June 14, 2018                        Respectfully submitted,

                                            CHAD A. READLER
                                            Acting Assistant Attorney General

                                            ANTHONY J. COPPOLINO
                                            Deputy Director, Federal Programs Branch

                                              /s/ Lynn Y. Lee
                                            LYNN Y. LEE
                                            Trial Attorney
                                            U.S. Department of Justice
                                            Civil Division, Federal Programs Branch
                                            20 Massachusetts Avenue NW
                                            Washington, D.C. 20530
                                            Tel: (202) 305-0531
                                            E-mail: lynn.lee@usdoj.gov

lesbians, and other groups that California businesses discriminated against based on protected personal characteristics did not have to first assert their right to equal treatment to an offending business in order to have standing to sue for unlawful discrimination under California's Unruh Civil Rights Act.

6.  NCFM has one or more members who are males ages 18-25, are harmed by or subject to the sex-discrimination of the Selective Service, are United States citizens, are not members of the military or students at military academies or otherwise exempt from the draft, and who meet all other qualifications for registration in the Selective Service System.

    I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.  Executed on _____8/21/18_____, 2018 in San Diego, California.

Harry Crouch

EXHIBIT 6

# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | |
|---|---|
| NATIONAL COALITION FOR MEN et al.,<br><br>               Plaintiffs,<br><br>     v.<br><br>SELECTIVE SERVICE SYSTEM et al.,<br><br>               Defendants. | No. 4:16-cv-3362 |

## DEFENDANT SELECTIVE SERVICE SYSTEM'S OBJECTIONS AND RESPONSES TO PLAINTIFFS' FIRST SET OF DOCUMENT REQUESTS

Pursuant to Federal Rules of Civil Procedure 26 and 34, Defendant Selective Service System ("SSS"), by and through undersigned counsel, hereby submits objections and initial responses to plaintiffs' First Set of Document Demands Upon Defendant Selective Service System, served May 15, 2018.  In presenting these objections, SSS does not waive any further objection in pretrial motions practice or at trial to the admissibility of evidence on the grounds of relevance, materiality, privilege, competency, or any other appropriate ground.

### GENERAL OBJECTIONS

SSS objects to these requests to the extent that they seek (a) attorney work product; (b) communications or information protected by the attorney-client privilege; (c) communications or information protected by the deliberative process privilege; or (d)

1

material the disclosure of which would violate legitimate privacy interests and

expectations of persons not party to this litigation.

SPECIFIC OBJECTIONS AND RESPONSES

<u>Request No. 1</u>: All documents supporting or otherwise relating to your denials and

affirmative defenses to the operative complaint in this action.

    <u>Objection</u>: SSS objects to this request as premature, given that this case is still in

the early stages of fact discovery.

    <u>Response</u>: Subject to and without waiving the above objections, SSS refers

plaintiffs to (1) defendants' initial disclosures, which will be supplemented as

appropriate; and (2) defendants' motion to dismiss filed October 6, 2017 (ECF No. 63),

including all attachments.


<u>Request No. 2</u>: All documents supporting or otherwise relating to your reason for

requiring only men to register for the Selective Service System (for purposes of these

interrogatories, "register for the Selective Service System" refers to registering for the

military draft set forth in the Military Selective Service Act).

    <u>Response</u>: Subject to and without waiving the above objections, SSS refers

plaintiffs to the Military Selective Service Act, 50 U.S.C. § 3802, which requires only

men to register.


<u>Request No. 3</u>: All documents relating to the extent that women are now allowed in

combat roles in the United States.

2

Objection: SSS objects to this request on the grounds that it is vague and ambiguous. Specifically, the request does not define "combat roles," nor is SSS aware of a universally accepted understanding of what that term means.

Response: Subject to and without waiving the above objections, SSS has no documents responsive to this request. The Department of Defense ("DoD") may have responsive information, disclosure of which would be governed by DoD's *Touhy* regulations. Please refer to DoD Directive No. 5405.2, "Release of Official Information in Litigation and Testimony by DoD Personnel as Witnesses."

Request No. 4: All documents relating to the statement on your website that "The U.S. came close to drafting women during World War II, when there was a shortage of military nurses. However, there was a surge of volunteerism and a draft of women nurses was not needed."

Response: Subject to and without waiving the above objections, *see* CMH Pub 72-14, *The Army Nurse Corps: A Commemoration of World War II Service*, 1993.

Request No. 5: All documents relating to the issue of whether Selective Service registration is solely for combat roles.

Objection: SSS objects to this request on the grounds that it is vague and ambiguous. Specifically, the request does not define "combat roles," nor is SSS aware of a universally accepted understanding of what that term means.

3

<u>Response</u>: Subject to and without waiving the above objections, SSS has no documents responsive to this request because it plays no part in determining what roles will be assigned to Selective Service registrants.  DoD may have responsive information, disclosure of which would be governed by its *Touhy* regulations.  Please refer to DoD Directive No. 5405.2, "Release of Official Information in Litigation and Testimony by DoD Personnel as Witnesses."

<u>Request No. 6</u>: All documents relating to any logistical problems you are aware of with requiring women to register for the Selective Service.

<u>Response</u>: Subject to and without waiving the above objections, SSS possesses no documents responsive to this request.

<u>Request No. 7</u>: The report by the United States Department of Defense dated March 17, 2017, titled "Report on the Purpose and Utility of a Registration System for Military Selective Service."

<u>Response</u>: Subject to and without waiving the above objections, this report was previously attached as Exhibit B to defendants' Oct. 6, 2017 motion to dismiss (ECF No. 63-2).

<u>Request No. 8</u>: All documents relating to the United States Department of Defense dated March 17, 2017, titled "Report on the Purpose and Utility of a Registration System for Military Selective Service."

<u>Response</u>: Subject to and without waiving the above objections, SSS has no documents responsive to this request.  DoD may have responsive information, disclosure of which would be governed by its *Touhy* regulations.  Please refer to DoD Directive No. 5405.2, "Release of Official Information in Litigation and Testimony by DoD Personnel as Witnesses."

<u>Request No. 9</u>: All documents that support, contradict, or otherwise relate to your position that women should be required to register for the Selective Service.

<u>Response</u>: Subject to and without waiving the above objections, SSS has no documents responsive to this request.  SSS has not taken the position that women should be required to register for the Selective Service.

<u>Request No. 10</u>: All documents relating to how many women have served in combat roles in the United States military from January 1, 2001 to the present date.

<u>Objection</u>: SSS objects to the request on the grounds that it is vague and ambiguous.  Specifically, the interrogatory does not define "combat roles," nor is SSS aware of a universally accepted understanding of what that term means.

<u>Response</u>: Subject to and without waiving the above objections, SSS has no documents responsive to this request.  DoD may have responsive information, disclosure of which would be governed by its *Touhy* regulations.  Please refer to DoD Directive No. 5405.2, "Release of Official Information in Litigation and Testimony by DoD Personnel as Witnesses."

Request No. 11: All documents relating to whether women should be allowed in combat.

Objection: SSS objects to the request on the grounds that it is vague and ambiguous, in that it fails to define what it means to be "allowed in combat."

Response: Subject to and without waiving the above objections, SSS has no documents responsive to this request.  DoD may have responsive information, disclosure of which would be governed by its *Touhy* regulations.  Please refer to DoD Directive No. 5405.2, "Release of Official Information in Litigation and Testimony by DoD Personnel as Witnesses."


Request No. 12: All documents you intend to use in this case.

Objection: SSS objects to this request as premature, given that this case is still in the early stages of fact discovery.

Response: Subject to and without waiving the above objections, SSS refers plaintiffs to (1) defendants' initial disclosures, which will be supplemented as appropriate; and (2) defendants' motion to dismiss filed October 6, 2017 (ECF No. 63), including all attachments.

Dated: June 14, 2018

Respectfully submitted,

CHAD A. READLER
Acting Assistant Attorney General

ANTHONY J. COPPOLINO
Deputy Director, Federal Programs Branch

  _/s/ Lynn Y. Lee_____
LYNN Y. LEE
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue NW
Washington, D.C. 20530
Tel: (202) 305-0531
E-mail: lynn.lee@usdoj.gov

## <u>DECLARATION OF HARRY CROUCH</u>

1. I, Harry Crouch, am the President of the National Coalition For Men ("NCFM") and am authorized to sign this declaration on behalf of NCFM.  I have personal knowledge of the facts stated herein and would testify to them truthfully under oath if called upon to do so.

2. NCFM is a non-profit, 501(c)(3) educational and civil rights corporation organized under the laws of the State of California and of the United States.

3. NCFM has members in every state of the United States.

4. NCFM is registered with the Combined Federal Campaign for non-profit organizations.

5. NCFM was established in 1976 to examine how sex discrimination adversely affects males in military conscription, child custody laws, parenting rights, domestic violence services, family law, paternity laws, criminal sentencing, public benefits, education, occupations that are not traditionally male (nursing, school teachers, etc.), and other areas.   NCFM assisted the California Legislature in enacting legislation to protect men from paternity fraud, and helped overturn unconstitutional laws that discriminated against male victims of domestic violence in California in *Woods v. Horton* (2008) 167 Cal.App.4th 658.   NCFM members were the prevailing appellants and attorney in the landmark California Supreme Court case of *Angelucci v. Century Supper Club* (2007) 41 Cal.4th 160, which held that women, people of color, gays and