# IN THE UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF TEXAS

# HOUSTON DIVISION

| | |
|---|---|
| NATIONAL COALITION FOR MEN; ANTHONY DAVIS; AND JAMES LESMEISTER, Individually and on behalf of others similarly situated,<br><br>PLAINTIFFS,<br><br>v.<br><br>SELECTIVE SERVICE SYSTEM; LAWRENCE G. ROMO, as Director of SELECTIVE SERVICE SYSTEM; and DOES 1 through 50, Inclusive,<br><br>DEFENDANTS. | Civil Action No. 4:16−cv−03362<br><br>Honorable Gray H. Miller |

TO THE HONORABLE COURT:

Plaintiffs respectfully request that the Court take judicial notice of the following from the Declarations and Exhibits submission in support of Plaintiffs' Motion for Summary Judgment:

EXHIBIT 1:  United States Secretary of Defense titled: "Memorandum for Secretaries of the Military Departments Acting Under Secretary of Defense for Personnel and Readiness."  This is an official publication that is self-authenticating pursuant to Federal Rule of Evidence 902(5).

EXHIBIT 2: Selective Service System's website titled "Women and the Draft," which I obtained on July 15, 2018 at www.sss.gov/Registration/Women-and-Draft/Backgrounder-Women-and-the-Draft. This is an official publication that is self-authenticating pursuant to Federal Rule of Evidence 902(5).

EXHIBIT 3: Department of Defense report dated March 17, 2017 titled: "Report of the Purpose and Utility of a Registration System for Military Selective Service," which I obtained on or around July 2018 on the internet at https://twt-media.washtimes.com/media/misc/2017/10/25/SSS_Report_FINAL_10_July.pdf. This is an official publication that is self-authenticating pursuant to Federal Rule of Evidence 902(5).

Respectfully Submitted.

Law Office of Marc E. Angelucci

Date: 8/29/18

By: *Marc Angelucci*
Marc E. Angelucci, Esq.
Attorney for Plaintiffs,
National Coalition For Men, and
James Lesmeister