UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| NATIONAL COALITION FOR MEN, *et al.,* | § § § | |
| *Plaintiffs*, | § § | |
| v. | § § | CIVIL ACTION H-16-3362 |
| SELECTIVE SERVICE SYSTEM., *et al.,* | § § § | |
| *Defendants*. | § | |

# ORDER

Plaintiffs' motion for extension of time and to set briefing schedule (Dkt. 74) is GRANTED IN PART. It is therefore ORDERED that plaintiffs' response to defendants' motion for summary judgment is due on or before Thursday, September 20, 2018; defendants' reply is due within three days of the response.

Signed at Houston, Texas on September 13, 2018.

_____
Gray H. Miller
United States District Judge