UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| NATIONAL COALITION FOR MEN, *et al.*, | § | |
| | § | |
| *Plaintiffs*, | § | |
| | § | |
| v. | § | CIVIL ACTION H-16-3362 |
| | § | |
| SELECTIVE SERVICE SYSTEM, *et al.*, | § | |
| | § | |
| *Defendants*. | § | |

**ORDER**

Defendants' emergency motion for clarification or reconsideration and request for status conference (Dkt. 78) is DENIED. The court's scheduling order (Dkt. 69) and order granting in part Defendants' motion for extension of time (Dkt. 77) remain in place and no other deadlines will be continued. Defendants' response to plaintiffs' motion for summary judgment (Dkt. 73) is due on or before Thursday, September 20, 2018; plaintiffs' reply is due within three days of the response. The scheduling order (Dkt. 69) remains in effect for all other deadlines.

Signed at Houston, Texas on September 17, 2018.

_____
Gray H. Miller
United States District Judge