UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

NATIONAL COALITION FOR MEN *et al.*,

    Plaintiffs,

v.

SELECTIVE SERVICE SYSTEM *et al.*,

    Defendants.

No. 4:16-cv-3362

## DECLARATION OF MICHAEL J. GERARDI

1. I am a trial attorney in the Civil Division of the United States Department of Justice, and I am counsel of record for Defendants in this matter.

2. Attached as Exhibit 1 is a true and correct copy of a memorandum from Secretary Ashton Carter regarding "Implementation Guidance for the Full Integration of Women in the Armed Forces," dated December 3, 2015.

3. Attached as Exhibit 2 is a true and correct copy of the legal analysis included with the notice provided by the Secretary of Defense to Congress regarding the intent of the Department of Defense to assign women to previously closed positions and units across all Services and U.S. Special Operations Command, dated December 3, 2015.

4. Attached as Exhibit 3 is a true and correct copy of a memorandum from Secretary Ashton Carter regarding "Approval of Final Implementation Plans for the Full

Integration of Women in the Armed Forces," dated March 9, 2016.

5. Attached as Exhibit 4 is a true and correct copy of a "Dear Colleague" letter from seventeen senators to the Chairman and Ranking Member of the Armed Services Committees of the House and Senate Armed Services Committees, dated September 7, 2016.

6. Attached as Exhibit 5 is a true and correct copy of a message from the President of the United States transmitting the principles for reforming the military selective service process, pursuant to Public Law 114-328, § 555(c)(1), dated April 4, 2017.

7. Attached as Exhibit 6 is a true and correct copy of the recommendations of the Secretary of Defense, the Attorney General, the Secretary of Homeland Security, the Secretary of Labor, and other relevant government officials pursuant to Public Law 114-32, § 555(d).

8. Attached as Exhibit 7 is a true and correct copy of a press release entitled, "National Commission on Military, National, and Public Service Announces Locations of Public Meetings for 2018," dated April 13, 2018.

9. Attached as Exhibit 8 is a true and correct copy of the final report of the Military Leadership Diversity Commission, *From Representation to Inclusion: Diversity Leadership for the 21st-Century Military*, released in 2011.

10. Attached as Exhibit 9 is a true and correct copy of a joint case management statement filed in *Service Women's Action Network v. Mattis*, No. 3:12-cv-06005-EMC, ECF No. 113 (N.D. Cal. April 12, 2018)

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States that the foregoing declaration as is true and correct to the best of my knowledge, information, and belief.

Executed on September 20, 2018, in Washington, D.C.

_____

Michael J. Gerardi