# IN THE UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF TEXAS

# HOUSTON DIVISION

| | |
|---|---|
| NATIONAL COALITION FOR MEN; ANTHONY DAVIS; AND JAMES LESMEISTER, Individually and on behalf of others similarly situated,<br><br>PLAINTIFFS,<br><br>  v.<br><br>SELECTIVE SERVICE SYSTEM; LAWRENCE G. ROMO, as Director of SELECTIVE SERVICE SYSTEM; and DOES 1 through 50, Inclusive,<br><br>DEFENDANTS. | Civil Action No. 4:16−cv−03362<br><br>Honorable Gray H. Miller<br><br>JOINT MEDIATION STATEMENT |

TO THE HONORABLE COURT:

On December 13, 2018, counsel for all parties conferred by telephone and agreed that mediation would not be appropriate in this case because it is a legal challenge to the constitutionality of a federal statute, *see* 50 U.S.C. § 451, and Defendants lack authority to set aside or modify the statutorily imposed draft registration requirements by settlement.

Dated: _____        /s/*Michael J. Gerardi*_____

Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L St. NW
Washington, D.C. 20005
Telephone: (202) 616-0680
Fax: (202) 616-8470
E-mail: michael.j.gerardi@usdoj.gov

*Attorney for Defendants*

LAW OFFICE OF MARC E. ANGELUCCI
/s/Marc E. Angelucci_____
Marc E. Angelucci (CA Bar #211291)
11734 Wilshire Blvd, Ste. C903
Los Angeles, CA 90025
Telephone: (626) 319-3081
Fax: (626) 236-4127
E-mail: marc.angelucci@yahoo.com

*Attorney for Plaintiffs*