# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| NATIONAL COALITION FOR MEN and JAMES LESMEISTER, individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SELECTIVE SERVICE SYSTEM; DONALD M. BENTON as Director of Selective Service System; and Does 1 through 50, inclusive,<br><br>Defendants. | No. 4:16-cv-3362 |

## NOTICE TO THE COURT OF COMMISSION REPORT

Defendants hereby give notice that the Interim Report from the National Commission on Military, National and Public Service ("Commission") was publicly released on January 23, 2019 and is available on the Commission's public website. *See* https://www.inspire2serve.gov/. As stated on the Commission's website, the Interim Report "shares information about the Commission's efforts to explore military, national, and public service across the United States, outlines what the Commission learned and is considering, and looks forward to what's ahead in 2019." *See id.* The Commission's Interim Report is attached as Exhibit 1.

-2-

DATED: February 1, 2019              Respectfully submitted,

                                                                  JOSEPH H. HUNT
Assistant Attorney General

ANTHONY J. COPPOLINO
Deputy Director, Federal Programs Branch

*/s/ Michael J. Gerardi*
Michael J. Gerardi (D.C. Bar No. 1017949)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L St. NW, Room 12212
Washington, DC 20005
Tel: (202) 616-0680
Fax: (202) 616-8460
E-mail: michael.j.gerardi@usdoj.gov