UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| NATIONAL COALITION FOR MEN, *et al.*, | § § § | |
| *Plaintiffs*, | § § | |
| v. | § § | CIVIL ACTION H-16-3362 |
| SELECTIVE SERVICE SYSTEM, *et al*, | § § § | |
| *Defendants*. | § | |

**FINAL JUDGMENT**

Pursuant to the court's Order signed this date, judgment is ENTERED in favor of plaintiffs National Coalition for Men ("NCFM"), Anthony Davis, and James Lesmeister (collectively, "Plaintiffs"), and against defendants Selective Service System and Lawrence Romo (collectively, "Defendants") as follows:

A. The male-only registration requirement of the Military Selective Service Act, 50 U.S.C. § 3802(a), violates the Due Process Clause of the Fifth Amendment to the United States Constitution;

B. Defendants' motion for summary judgment and motion to stay (Dkt. 80) is DENIED;

C. Plaintiffs' request for injunction (Dkt. 60) is DENIED;

D. Plaintiffs' motion for summary judgment (Dkt. 73) is GRANTED; and

E. This is a FINAL JUDGMENT.

Signed at Houston, Texas on February 22, 2019.

_____
Gray H. Miller
Senior United States District Judge