IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| NATIONAL COALITION FOR MEN and JAMES LESMEISTER, individually and on behalf of others similarly situated,<br><br>                Plaintiffs,<br><br>      v.<br><br>SELECTIVE SERVICE SYSTEM; DONALD M. BENTON as Director of Selective Service System; and Does 1 through 50, inclusive,<br><br>                Defendants. | No. 4:16-cv-3362 |

**NOTICE OF APPEAL**

Please take notice that Defendants hereby appeal to the United States Court of Appeals for the Fifth Circuit from the Court's final judgment (ECF No. 88); from the Court's memorandum opinion (ECF No. 87) granting Plaintiffs' motion for summary judgment (ECF No. 73) and denying Defendants' motion for summary judgment and for a stay of proceedings (ECF No. 80); and from all previous rulings in this action.

Dated: April 22, 2019

Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

ANTHONY J. COPPOLINO
Deputy Director, Federal Programs Branch

*/s/ Michael J. Gerardi*
MICHAEL J. GERARDI (D.C. Bar #1017949)
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue NW
Washington, D.C. 20530
Tel: (202) 305-0531
E-mail: michael.j.gerardi@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on April 22, 2019, I electronically filed a copy of the foregoing. Notice of this filing will be sent via email to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF System.

*/s/ Michael J. Gerardi*
MICHAEL J. GERARDI