# United States Court of Appeals for the Fifth Circuit

United States Courts
Southern District of Texas
FILED
October 05, 2020

David J. Bradley, Clerk of Court

United States Court of Appeals
Fifth Circuit
**FILED**
August 13, 2020
Lyle W. Cayce
Clerk

No. 19-20272

NATIONAL COALITION FOR MEN; JAMES LESMEISTER, INDIVIDUALLY AND *on behalf of* OTHERS SIMILARLY SITUATED; ANTHONY DAVIS,

*Plaintiffs—Appellees*,

*versus*

SELECTIVE SERVICE SYSTEM; DONALD BENTON, AS DIRECTOR OF SELECTIVE SERVICE SYSTEM,

*Defendants—Appellants*.

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:16-CV-3362

Before WIENER, STEWART, and WILLETT, *Circuit Judges*.

## JUDGMENT

This cause was considered on the record on appeal and was argued by counsel.

IT IS ORDERED and ADJUDGED that the judgment of the District Court is REVERSED.

IT IS FURTHER ORDERED that Appellees pay to Appellants the costs on appeal to be taxed by the Clerk of this Court.



Certified as a true copy and issued
as the mandate on **Oct 05, 2020**

Attest: *Lyle W. Cayce*
Clerk, U.S. Court of Appeals, Fifth Circuit

# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE  
CLERK

TEL. 504-310-7700  
600 S. MAESTRI PLACE,  
Suite 115  
NEW ORLEANS, LA 70130

October 05, 2020

Mr. David J. Bradley  
Southern District of Texas, Houston  
United States District Court  
515 Rusk Street  
Room 5300  
Houston, TX 77002

No. 19-20272    National Coalition for Men, et al v. Selective Service System, et al  
USDC No. 4:16-CV-3362

Dear Mr. Bradley,

Enclosed is a copy of the judgment issued as the mandate and a copy of the court's opinion.

Sincerely,

LYLE W. CAYCE, Clerk

*Charles Whitney*

By: _____  
Charles B. Whitney, Deputy Clerk

cc:  
    Mr. Marc Etienne Angelucci  
    Mr. Lawrence John Joseph  
    Mrs. Claire McCusker Murray  
    Mr. Andre Segura  
    Mr. Benjamin M. Shultz  
    Mr. Mark Bernard Stern