# Supreme Court of the United States
## Office of the Clerk
### Washington, DC 20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

June 7, 2021

Clerk
United States Court of Appeals for the Fifth Circuit
600 S. Maestri Place
New Orleans, LA 70130

United States Courts
Southern District of Texas
FILED
*June 07, 2021*
Nathan Ochsner, Clerk of Court

Re: National Coalition For Men, et al.
v. Selective Service System, et al.
No. 20-928
(Your No. 19-20272)
4:16cv3362

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied. Statement of Justice Sotomayor, with whom Justice Breyer and Justice Kavanaugh join, respecting the denial of certiorari.

Sincerely,

Scott S. Harris, Clerk

# *United States Court of Appeals*

FIFTH CIRCUIT
OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

June 07, 2021

Mr. Nathan Ochsner
Southern District of Texas, Houston
United States District Court
515 Rusk Street
Room 5300
Houston, TX 77002

    No. 19-20272    Ntl Coaltn for Men v. Selective Srv Sys
                           USDC No. 4:16-CV-3362

Dear Mr. Ochsner,

Enclosed is a copy of the Supreme Court order denying certiorari.

                              Sincerely,

                              LYLE W. CAYCE, Clerk

                              */s/ Stacy Carpenter*
                              By: _____
                              Stacy M. Carpenter, Deputy Clerk